IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CMG WORLDWIDE, INC., an Indiana Corporation and MARILYN MONROE, LLC, a Delaware Limited Liability Company, )<br><br>Plaintiffs, )<br><br>v. )<br><br>BRADFORD LICENSING ASSOCIATES, THE SHAW FAMILY ARCHIVES, Ltd., a New York Corporation, and JAMES E. DOUGHERTY, )<br><br>Defendants. ) | Cause No.:1:05-cv-0423-DFH-WTL |

## APPEARANCE

James B. Chapman II of the law firm Dann Pecar Newman & Kleiman, P.C., hereby enters his Appearance as counsel on behalf of Plaintiffs, CMG Worldwide, Inc. and Marilyn Monroe, LLC.

Dated: March 24, 2004

DANN PECAR NEWMAN & KLEIMAN,
Professional Corporation

By:   s/ James B. Chapman II
        James B. Chapman II, #25214-32

DANN PECAR NEWMAN & KLEIMAN, P.C.
2300 One American Square
Box 82008
Indianapolis, Indiana 46282
(317) 632-3232 – Telephone
(317) 632-2962 – Facsimile

900012_1.DOC