```
Wed Mar 23 16:41:01 2005

   UNITED STATES DISTRICT COURT

   INDIANAPOLIS

Receipt No.   108 1213
Cashier        pag

Check Number:  73457

DO Code    Div No
  4628       1

Sub Acct Type Tender      Amount
1:510000  N     2         190.00
2:086900  N     2          60.00

Total Amount       $      250.00

1:05-CV-0423 H/L FILING FEE

DANN PECAR



xDF



Wed Mar 23 16:41:01 2005

Check No.  73457
Amount     250.00
NY Federal Reserve Bank of
General Depository for credit to
United States Treasury Symbol 4628
```