IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CMG WORLDWIDE, INC., an Indiana Corporation and MARILYN MONROE, LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>BRADFORD LICENSING ASSOCIATES, THE SHAW FAMILY ARCHIVES, Ltd., a New York Corporation, and JAMES E. DOUGHERTY,<br><br>Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Cause No.: _____<br> ) <br> ) **1 : 05-cv-0423̄-DFH-WTL**<br> ) <br> ) <br> ) <br> ) <br> ) |

FILED
MAR 23 PM 4:35
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS

## CORPORATE DISCLOSURE STATEMENT

Plaintiffs CMG Worldwide, Inc., and Marilyn Monroe, LLC, pursuant to S.D.Ind. L.R. 81.2, respectfully submit the following Corporation Disclosure Statement:

    A.    CMG Worldwide, Inc., is a corporation organized and existing pursuant to the laws of the State of Indiana.

    B.    No public company has ownership interest in CMG Worldwide, Inc.

    C.    Marilyn Monroe, LLC, is a Limited Liability Company organized and existing pursuant to the laws of the State of Delaware.

    D.    No public company has ownership interest in Marilyn Monroe, LLC.

900010_1

Respectfully submitted,

DANN PECAR NEWMAN & KLEIMAN,
Professional Corporation

By: _____
Jonathan G. Polak, # 21954-49
James B. Chapman II, # 25214-32

DANN PECAR NEWMAN & KLEIMAN, P.C.
2300 One American Square
Box 82008
Indianapolis, Indiana 46282
(317) 632-3232 – Telephone
(317) 632-2962 – Facsimile

2