AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                     District of      Indiana

CMG WORLDWIDE, INC., an Indiana
Corporation and MARILYN MONROE, LLC,
a Delaware Limited Liability Company          **SUMMONS IN A CIVIL ACTION**
V.

BRADFORD LICENSING ASSOCIATES,
THE SHAW FAMILY ARCHIVES, LTD., a
New York Corporation, and                     CASE NUMBER:
JAMES E. DOUGHERTY
                                              1:05-cv-0423-DFH-WTL

TO: (Name and address of Defendant)

Shaw Family Archives, Ltd.
c/o David Marcus, Esq.
199 Main Street, Suite 101M
White Plains, New York  10601

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan G. Polak
Dann Pecar Newman & Kleiman
One American Square, Suite 2300, Box 82008
Indianapolis, IN 46282

an answer to the complaint which is served on you with this summons, within ____23____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

CLERK

(By) DEPUTY CLERK

MAR 2 3 2005

DATE

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern     District of     Indiana

CMG WORLDWIDE, INC., an Indiana
Corporation and MARILYN MONROE, LLC, a
Delaware Limited Liability Company

        V.

BRADFORD LICENSING ASSOCIATES,
THE SHAW FAMILY ARCHIVES, LTD., a
New York Corporation, and
JAMES E. DOUGHERTY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

1:05-cv-0423-DFH-WTL

TO: (Name and address of Defendant)

    James E. Dougherty
    P.O. Box 103
    Sabattus, ME 04280

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Jonathan G. Polak
    Dann Pecar Newman & Kleiman
    One American Square, Box 82008
    Indianapolis, IN 46282

an answer to the complaint which is served on you with this summons, within ___23___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                DATE

MAR 2 3 2005

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __Indiana__

CMG WORLDWIDE, INC., an Indiana Corporation and MARILYN MONROE, LLC, a Delaware Limited Liability Company

V.

BRADFORD LICENSING ASSOCIATES, THE SHAW FAMILY ARCHIVES, LTD., a New York Community Corporation, and JAMES E. DOUGHERTY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

1:05-cv-0423-DFH-WTL

TO: (Name and address of Defendant)

Bradford Licensing Associates
c/o Lee Reiter
209 Cooper Avenue
Upper Montclair, NJ 07043

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan G. Polak
Dann Pecar Newman & Kleiman
One American Square, Suite 2300, Box 82008
Indianapolis, IN 46282

an answer to the complaint which is served on you with this summons, within __23__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK _[signature]_

(By) DEPUTY CLERK _[signature]_

DATE   MAR 2 3 2005