IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CMG WORLDWIDE, INC., an Indiana Corporation and MARILYN MONROE, LLC, a Delaware Limited Liability Company, | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Cause No.: 1:05-cv-0423-DFH-WTL |
| BRADFORD LICENSING ASSOCIATES, THE SHAW FAMILY ARCHIVES, Ltd., a New York Corporation, and JAMES E. DOUGHERTY, | )<br>)<br>)<br>) |
| Defendants. | ) |

## APPEARANCE

Jonathan G. Polak of the law firm Dann Pecar Newman & Kleiman, P.C., hereby enters his Appearance as counsel on behalf of Plaintiffs, CMG Worldwide, Inc. and Marilyn Monroe, LLC.

Dated: March 23, 2005

DANN PECAR NEWMAN & KLEIMAN,
Professional Corporation

By: _____
Jonathan G. Polak, #21954-49

DANN PECAR NEWMAN & KLEIMAN, P.C.
2300 One American Square
Box 82008
Indianapolis, Indiana 46282
(317) 632-3232 – Telephone
(317) 632-2962 – Facsimile

900011_1