## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| CMG WORLDWIDE, INC., an Indiana corporation and MARILYN MONROE, LLC, A Delaware Limited Liability Company, | ) ) ) ) |
| Plaintiffs, | ) |
| vs. | ) Cause No. 1:05-cv-0423-DFH-WTL ) |
| BRADFORD LICENSING ASSOCIATES, THE SHAW FAMILY ARCHIVES, Ltd., a New York Corporation, and JAMES E. DOUGHERTY, | ) ) ) ) ) |
| Defendants. | ) |

### APPEARANCE

J. Lee McNeely of the law firm of McNeely Stephenson Thopy & Harrold, hereby enters his Appearance as counsel on behalf of Plaintiffs, CMG Worldwide, Inc. and Marilyn Monroe, LLC.

Dated:   March 28, 2005.

McNEELY STEPHENSON THOPY & HARROLD


By: /s/ J. Lee McNeely
J. Lee McNeely, Atty. No. 9542-73

McNEELY STEPHENSON THOPY & HARROLD
30 E. Washington St., Suite 400
Shelbyville, Indiana 46176
Telephone: (317) 392-3619
Facsimile:  (317) 835-7777

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2005, a copy of the forgoing pleading was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronically filing system. Parties may access this filing through the Court's system.

James Braden Chapman, III
DANN PECAR NEWMAN & KLEIMAN, P.C.
jchapman@dannpecar.com

Jonathan G. Polak
DANN PECAR NEWMAN & KLEIMAN, P.C.
jpolak@dannpecar.com

                                                s/ J. Lee McNeely
                                                J. Lee McNeely

McNEELY, STEPHENSON, THOPY & HARROLD
ATTORNEYS AT LAW
30 East Washington Street, Suite 400
Shelbyville, IN 46176

| | |
|---|---|
| Phones: | 317-392-3619 Shelbyville |
| | 317-835-2225 Indianapolis |
| Facsimile: | 317-835-7777 |
| Email: | jlmcneely@msth.com |