AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __Indiana__

CMG WORLDWIDE, INC., an Indiana
Corporation and MARILYN MONROE,
LLC, a Delaware Limited Liability
Company
          V.

BRADFORD LICENSING ASSOCIATES, THE SHAW
FAMILY ARCHIVES, LTD., a New York
Community Corporation, and
JAMES E. DOUGHERTY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

1:05-cv-0423-DFH-WTL

TO: (Name and address of Defendant)

    Bradford Licensing Associates
    c/o Lee Reiter
    209 Cooper Avenue
    Upper Montclair, NJ 07043

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Jonathan G. Polak
    Dann Pecar Newman & Kleiman
    One American Square, Suite 2300, Box 82008
    Indianapolis, IN 46282

an answer to the complaint which is served on you with this summons, within __23__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK _[signature]_      DATE MAR 2 3 2005

(BY) DEPUTY CLERK _[signature]_

≪AO 440 (Rev. 10/93) Summons in a Civil Action

(By) DEPUTY CLERK

≪AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[(1)] | DATE March 29, 2005 |
|---|---|
| NAME OF SERVER *(PRINT)* Jonathan G. Polak | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint _____

☐ Returned _____

X Other    Served on Defendant via Certified Mail, Return Receipt Requested. Receipt was signed and returned on March 26, 2005.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed    March 29, 2005
               Date            *Signature of Server*

DANN PECAR NEWMAN & KLEIMAN, P C.
2300 One American Square, Box 82008
Indianapolis, IN 46282

*Address of Server*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Bradford Licensing Associates
    c/o Lee Reiter
    209 Cooper Avenue
    Upper Montclair, NJ  07043

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____   ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery 3/26/05
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7004 2510 0001 4713 7561

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE    First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Jonathan G. Polak
DANN PECAR NEWMAN & KLEIMAN, P.C.
2300 One American Square
Box 82008
Indianapolis, IN  46282

cms/Bradford