AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                                                  District of      Indiana

| | |
|---|---|
| CMG WORLDWIDE, INC., an Indiana Corporation and MARILYN MONROE, LLC, a Delaware Limited Liability Company<br><br>V.<br><br>BRADFORD LICENSING ASSOCIATES, THE SHAW FAMILY ARCHIVES, LTD., a New York Corporation, and JAMES E. DOUGHERTY | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER:<br><br>**1:05-cv-0423-DFH-WTL** |

TO: (Name and address of Defendant)

James E. Dougherty
P.O. Box 103
Sabattus, ME 04280

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan G. Polak
Dann Pecar Newman & Kleiman
One American Square, Box 82008
Indianapolis, IN 46282

an answer to the complaint which is served on you with this summons, within ___23___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_[signature]_
CLERK

_[signature]_
(By) DEPUTY CLERK

MAR 2 3 2005
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

### RETURN OF SERVICE

| Service of the Summons and complaint was made by me[(1)] | DATE<br>March 31, 2005 |
|---|---|
| NAME OF SERVER *(PRINT)*<br>Jonathan G. Polak | TITLE<br>Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

   Name of person with whom the summons and complaint _____

☐ Returned _____

X Other    Served on Defendant via Certified Mail, Return Receipt Requested. Receipt was signed and returned on March 28, 2005.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed    March 31, 2005    _____
                Date                     *Signature of Server*

DANN PECAR NEWMAN & KLEIMAN, P.C.
2300 One American Square, Box 82008
Indianapolis, IN 46282

*Address of Server*



