UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CMG WORLDWIDE, INC., and<br>MARILYN MONROE, LLC,<br><br>      Plaintiffs,<br><br>      v.<br><br>BRADFORD LICENSING ASSOCIATES,<br>THE SHAW FAMILY ARCHIVES, and<br>JAMES E. DOUGHERTY,<br><br>      Defendants. | CASE NO. 1:05-cv-0423-DFH-WTL |

## APPEARANCE

Come now James M. Hinshaw and Hamish S. Cohen of the law firm of BINGHAM MCHALE LLP, 2700 Market Tower, 10 West Market Street, Indianapolis, Indiana 46204, and enter their Appearances as counsel on behalf of Defendant, The Shaw Family Archives, in this matter.

Respectfully submitted,

*/S/Hamish S. Cohen*
James M. Hinshaw
Hamish S. Cohen
BINGHAM MCHALE LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204-4900
(317) 635-8900

*Attorneys for Defendants, Bradford Licensing Associates and The Shaw Family Archives*

**CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing document has been served on the following via the Court's electronic filing system this 19th day of April 2004:

J. Lee McNeely
McNEELY STEPHENSON THOPY & HARROLD
30 E. Washington Street
Suite 400
Shelbyville, IN 46176

James Braden Chapman, II
Jonathan G. Polak
DANN PECAR NEWMAN & KLEIMAN
One American Square
Suite 2300
PPO Box 82008
Indianapolis, IN 46282

                                                /S/Hamish S. Cohen

951680