UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CMG WORLDWIDE, INC., and<br>MARILYN MONROE, LLC, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | CASE NO. 1:05-cv-0423-DFH-WTL |
| BRADFORD LICENSING ASSOCIATES,<br>THE SHAW FAMILY ARCHIVES, and<br>JAMES E. DOUGHERTY, | )<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

## NOTICE OF ENLARGEMENT OF TIME

Pursuant to Local Rule 6.1 of the United States District Court, Southern District of Indiana, Defendant the Shaw Family Archives, Ltd. ("Shaw Family"), by counsel, hereby notifies the Court that opposing counsel has agreed to a thirty (30) day extension in which Shaw Family may respond to Plaintiff's Complaint. Shaw Family contends, and expressly reserves the right to assert, that it has not been properly served in this matter, but for purposes of this Notice, the original due date is April 20, 2005, and the date to which time is extended is May 20, 2005.

Respectfully submitted,

*/S/Hamish S. Cohen*
James M. Hinshaw
Hamish S. Cohen
BINGHAM MCHALE LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204-4900
(317) 635-8900

*Attorneys for Defendants, Bradford Licensing Associates and Shaw Family Archives, Ltd.*

### **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing document has been served on the following via the Court's electronic filing system this 19th day of April 2005:

J. Lee McNeely
McNEELY STEPHENSON THOPY & HARROLD
30 E. Washington Street
Suite 400
Shelbyville, IN 46176

James Braden Chapman, II
Jonathan G. Polak
DANN PECAR NEWMAN & KLEIMAN
One American Square
Suite 2300
PPO Box 82008
Indianapolis, IN 46282

                                                                                   */S/Hamish S. Cohen*

951775.1