IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CMG WORLDWIDE, INC., an Indiana Corporation and MARILYN MONROE, LLC, a Delaware Limited Liability Company, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Cause No.:1:05-cv-0423-DFH-WTL ) |
| BRADFORD LICENSING ASSOCIATES, THE SHAW FAMILY ARCHIVES, Ltd., a New York Corporation, and JAMES E. DOUGHERTY, | ) ) ) ) ) |
| Defendants. | ) |

## APPEARANCE

Amy L. Wright of the law firm Dann Pecar Newman & Kleiman, P.C., hereby enters her Appearance as counsel on behalf of Plaintiffs, CMG Worldwide, Inc. and Marilyn Monroe, LLC.

Dated: May 3, 2005

DANN PECAR NEWMAN & KLEIMAN,
Professional Corporation


By:   /s/Amy L. Wright
       Amy L. Wright, #22241-49

DANN PECAR NEWMAN & KLEIMAN, P.C.
2300 One American Square
Box 82008
Indianapolis, Indiana 46282
(317) 632-3232 – Telephone
(317) 632-2962 – Facsimile

1

904045_1.DOC

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 3, 2005 a true and correct copy of the foregoing has been served by electronic means via the digital document delivery system established by this Court.

                                       /s/ Amy L. Wright
                                       Amy L. Wright