AO 440  (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | Indiana |
|---|---|---|

CMG WORLDWIDE, INC., an Indiana corporation
corporation and MARILYN MONROE, LLC,
a Delaware Limited Liability Company
V.
BRADFORD LICENSING ASSOCIATES,
THE SHAW FAMILY ARCHIVES, LTD, and
JAMES E. DOUGHERTY

**ALIAS**

**SUMMONS IN A CIVIL CASE**

CASE          1:05-cv-0423-DFH-WTL

TO: (Name and address of Defendant)

Shaw Family Archives, Ltd.
Larry Shaw or Highest Executive Officer Found
143 Independence Avenue
Tappan, New York 10983

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jonathan G. Polak
James B. Chapman II
Amy L. Wright
DANN PECAR NEWMAN & KLEIMAN, P.C.
2300 One American Square
Box 82008
Indianapolis, IN 46282

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.

CLERK

CLERK

DATE

MAY 0 4 2005

AO 440  (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | Indiana |
|---|---|---|

CMG WORLDWIDE, INC., an Indiana corporation
corporation and MARILYN MONROE, LLC,
a Delaware Limited Liability Company

V.

BRADFORD LICENSING ASSOCIATES,
THE SHAW FAMILY ARCHIVES, LTD, and
JAMES E. DOUGHERTY

**ALIAS**

**SUMMONS IN A CIVIL CASE**

CASE          1:05-cv-0423-DFH-WTL

TO: (Name and address of Defendant)

Shaw Family Archives, Ltd.
Larry Shaw or Highest Executive Officer Found
225 Hudson Terrace
Piermont, New York 10968

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jonathan G. Polak
James B. Chapman II
Amy L. Wright
DANN PECAR NEWMAN & KLEIMAN, P.C.
2300 One American Square
Box 82008
Indianapolis, IN 46282

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.

**CLERK**

MAY 0 4 2005

| CLERK | DATE |
|---|---|