UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CMG WORLDWIDE, INC., and  MARILYN MONROE, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 1:05-cv-0423-DFH-WTL |
| BRADFORD LICENSING ASSOCIATES, THE SHAW FAMILY ARCHIVES, LTD., and JAMES E. DOUGHERTY, | ) ) ) ) | |
| Defendants. | ) ) | |

### DEFENDANT BRADFORD LICENSING ASSOCIATES' 12 (B)(2) MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF PERSONAL JURISDICTION

Defendant, Bradford Licensing Associates ("Bradford"), by counsel, pursuant to Rule 12(B)(2) of the Federal Rules of Civil Procedure respectfully moves the Court to dismiss Plaintiffs' Complaint as to Bradford for lack of personal jurisdiction and in support states:

1. Bradford is a New Jersey Limited Liability Corporation with its primary place of business located at 209 Cooper Avenue, Upper Montclair, New Jersey.

2. Bradford's contacts with Indiana are and have been limited and do not relate to the transactions at issue in this lawsuit.

3. Bradfor does not have sufficient contacts with Indiana such that the exercise of jurisdiction over it comports with due process.

4. The exercise of jurisdiction over Bradford would be unreasonable under the circumstances.

5. In support of this Motion, Bradford submits its Memorandum of Law in Support of Its Motion to Dismiss.

WHEREFORE, Defendant, Bradford, respectfully requests that this Court dismiss Plaintiffs' Complaint for lack of personal jurisdiction pursuant to Rule 12(B)(2) of the Federal Rules of civil Procedure and for all other just and appropriate relief.

Respectfully submitted,

/S/Hamish S. Cohen
James M. Hinshaw
Hamish S. Cohen
BINGHAM MCHALE LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN  46204-4900
(317) 635-8900

*Attorneys for Defendants, Bradford Licensing Associates and Shaw Family Archives, Ltd.*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document has been served on the following via the Court's electronic filing system this 20th day of May 2005:

J. Lee McNeely
McNEELY STEPHENSON THOPY & HARROLD
30 E. Washington Street
Suite 400
Shelbyville, IN 46176

James Braden Chapman, II
Jonathan G. Polak
DANN PECAR NEWMAN & KLEIMAN
One American Square
Suite 2300
PPO Box 82008
Indianapolis, IN 46282

/S/Hamish S. Cohen

951983.1