G Squared Promotions, Ltd. for Canada. These appointments are in addition to those already announced for BIC in Italy and International Merchandising for S. America.

Additional appointments in Australia, Japan and Asia are expected to be announced soon.

Marilyn's Man will feature never before seen photographs of Norma Jeane/Marilyn Monroe, and these images are available for license.

### Bradford Licensing Associates Announcing New Deals

[March 23, 2004] - Bradford Licensing Associates, the exclusive licensing agency for PEZ Candy, Inc. in North America, announced today that a host of new deals have been signed to expand the PEZ Candy licensing program.

In a deal finalized today by Bradford Licensing Associates, Graphique De France will create a line of PEZ Calendars, Packaged Stationary, Posters, and Greeting Cards. Product will be available through specialty and gift stores.

The Italia Collection will be producing a line of PEZ charms which will be available through gift stores, specialty shops, card shops and mall kiosks.

### Sakamoto Adds New Array of Product to Existing Pepsi License

[March 19, 2004] - Bradford Licensing Associates, the international licensing agent for PepsiCo, Inc., announced today that Sakamoto, of Japan, has added new Pepsi products to its license agreement. Products include: Ballpoint Pens, Mechanical Pens, Pencils, Pencil Toppers, Erasers, Memo, Files and File Boxes. These items will be available throughout a variety of distribution channels in the Japanese marketplace

### Bradford Licensing Associates Announces International Representatives Rosterto the Marilyn's Man program

[March 19, 2004] - Bradford Licensing Associates, licensing agent for Marilyn's Man, the upcoming documentary based upon the early years of Marilyn Monroe is pleased to announce that it has appointed the following international representatives:

Business International Company has been appointed the representative

for Italy, the Republic of San Marino, the Vatican City and Italian speaking areas of Malta, while International Merchandising SRL will represent Argentina, Paraguay, Bolivia, Chile and Uruguay.

Additional appointments in Australia, Japan, Canada, Asia, Spain, Germany and The United Kingdom are expected to be announced soon.

Marilyn's Man will feature never before seen photographs of Norma Jeane/Marilyn Monroe, and these images are available for license.

## Pepsi-Cola Beverages International Licensing Program Expanding With New Deals Arranged by Bradford Licensing Associates

[March 8, 2004] - Bradford Licensing Associates, the international licensing agency for PepsiCo, Inc., is pleased to announce the following new international Pepsi licenses, secured through local sub-agent Interasia & Associates.

Shanghai Mianye Industrial Co., Ltd. will be manufacturing and distributing a variety of products including Bedroom Textiles: innerwear, sleepwear, pajamas, bedding, linens, and pillows. Bathroom Textiles: towels, floor mats, and tissue boxes. Home Furnishings: table cloths, phone mats, and dining mats. These items will be available in late 2004 and can be found throughout a variety of distribution channels in the Chinese marketplace.

P.C. Wong Enterprise Sdn Bhd will be manufacturing and distributing men's and women's footwear. These items will also be available in late 2004 and can be found throughout a variety of distribution channels in the Malaysian marketplace.

## Bradford Licensing Associates Announces Appointment of Representative in the UK

[February 26, 2004] - Bradford Licensing Associates, licensing agent for the Aspen® brand, is beginning to appoint International Representative to the Aspen® licensing program.

In an agreement arranged by Bradford through Aspen®, Licensing Management International has been appointed to represent Aspen® in the United Kingdom and Eire. The goal of the program is to offer exciting and upscale merchandise at affordable mass market and mid-tier retail price points.

Targeting mass and mid-tier retailers, the Aspen® brand has held a record of proven success.

At present, there is a family of Aspen® brands available for licensing ranging from the Aspen® brand to Aspen Sport and Aspen Extreme. Each has its own application and fit among the product categories to which it can be applied. Initial product categories will include apparel and outerwear, leather goods, luggage and travel goods and footwear. Product is slated to reach the market in late 2005.

### Bradford Licensing Associates and Valhalla Productions Join Forces to Develop The Norma Jeane/Marilyn Monroe Limited Edition Collection

[February 3, 2004] - Bradford Licensing is pleased to announce that it has partnered with Valhalla Productions to develop a line of merchandise based around the early years of Marilyn Monroe's life, appropriately titled The Jim Dougherty and Norma Jeane Limited Edition Collection. In addition, there are images from throughout her career, with famed photographer Sam Shaw, titled Shaw Limited Edition Marilyn/Norma Jeane Collection. The birth of these collections stem from the upcoming 92-minute documentary titled Marilyn's Man, a film by Schani Krug.

Through the eyes of Jim Dougherty, Marilyn's first love, the truth about Marilyn's life is revealed from her days as Norma Jeane to the forever loved Marilyn Monroe. Over 500 never before seen photos and clips make up the film, and these images are now available for license.

The Norma Jeane/Marilyn Monroe Limited Edition Collection of merchandise will draw upon the beauty and timelessness of Marilyn. Products will range from collectibles to publishing, gift items and more forever capturing Norma Jeane and Marilyn.

### Bradford Licensing Associates and Valhalla Productions Join Forces to Develop The Jim Dougherty and Norma Jeane Limited Edition Collection

[February 3, 2004] - Bradford Licensing Associates is pleased to announce that it has partnered with Valhalla Productions to introduce a line of merchandise based around the early years of Marilyn Monroe's life: appropriately titled The Jim Dougherty and Norma Jeane Limited Edition Collection. The birth of this collection stems from the upcoming 92 minute documentary titled Marilyn's Man, a film by Schani Krug.

Through the eyes of Jim Dougherty, Marilyn's first love, the truth about Marilyn's life is revealed from her days as Norma Jeane to the forever loved Marilyn Monroe. Never before seen photos and clips make up the film, and these images are now available for license.

The Jim Dougherty and Norma Jeane Limited Edition Collection of merchandise will draw upon the beauty and timelessness of Marilyn.

Products will range from collectibles to publishing, gift items and more forever capturing Norma Jeane and Marilyn.

---

### Bradford Licensing Associates Announces New License To The PepsiCo Beverages International Licensing Program

[January 22, 2004] - Bradford Licensing Associates, International licensing agency for PepsiCo, Inc., is pleased to announce that its local representative in France, RMP Licensing, has secured a new license for the French marketplace.

E.C.I will be manufacturing and distributing motion light mirrors and clocks. These fun novelty items will be available in 2004 and can be found throughout a variety of distribution channels in Austria, Belgium, France, Netherlands, Germany, United Kingdom, Ireland, Sweden, Finland, Denmark, Spain, Portugal, Italy, Greece, and Luxembourg.

---

### Bradford Licensing Associates and Aspen Licensing International Join Forces to Develop Worldwide Licensing Program for Aspen® Brand

[January 12, 2004] - Bradford Licensing Associates is pleased to announce that it has partnered with Aspen Licensing International to develop and manage the Aspen® licensing program on a worldwide basis. The goal of the program is to offer exciting and upscale merchandise at affordable mass market and mid-tier retail price points.

The Aspen® brand was founded in the 1940's as a complete line of rugged, functional skiwear, and became a top brand for skiers demanding performance apparel for decades. Today, the Aspen® brand has evolved far beyond the ski slopes' ... it relates to some of the most powerful influences in our modern lifestyle: ecological concerns, an increase in outdoor recreational activities, and a new found appreciation for all things natural. This lifestyle is evident in what we eat, drive, play and watch on television, as well as what we wear.

Targeting mass and mid-tier retailers, the Aspen® brand has held a record of proven success, with the most notable success being the Aspen® fragrance for men and women. These fragrances alone, produced by Coty, generate several millions of dollars per year at retail.

At present, there is a family of Aspen® brands available for licensing ranging from the Aspen® brand to Aspen Sport and Aspen Extreme. Each has its own application and fit among the product categories to which it can be applied. Initial product categories will include apparel and outerwear, leather goods, luggage and travel goods and footwear. Product is slated to reach the market in late 2004.

## Bradford Licensing Associates and Ironwear® Join Forces to Develop Licensing Program for Ironwear® Brand

[January 12, 2004] - Bradford Licensing Associates is pleased to announce that it has partnered with Ironwear® to develop and manage the Ironwear® licensing program for the United States, it's territories and possessions.

Ironwear®, a name synonymous with safety and protection, is known for supplying the industrial trade with a variety of safety and protective gear. Based upon the brand's success, Ironwear® is ready to bring a line of Ironwear® work wear to the general consumer.

The line of merchandise is expected to include work pants, work shirts, jackets, vests, one-piece suits, footwear, gloves, headwear, thermal underwear, hosiery and protective eyewear. Materials and fabrics used to develop the Ironwear® line will be highly durable, protective and waterproof. Targeted channels of distribution include mass retailers, work wear retailers and specialty stores, with product expected to launch late 2004.

Home | About Our Company | Client Overview | Bradford Productions | Press Releases
Contact Bradford | Industry Websites | E-Mail



**Bradford Licensing Associates**
209 Cooper Avenue
Upper Montclair, NJ 07043
Tel: 973.509.0200   Fax: 973.509.7419

Click here to view the
Bradford Licensing Associates Organizational Chart.

- About Our Company
- Client Overview
- Bradford Productions
- Press Releases
- Contact Bradford
- Industry Websites
- Homepage

| Name / Title | E-mail |
|---|---|
| **Len Reiter**<br>President | Len.Reiter@bradfordlicensing.com |
| **Nicole Iozzi**<br>Vice President | Nicole.Iozzi@bradfordlicensing.com |
| **Sabrina Puleo**<br>Vice President Operations/Finance | Sabrina.Puleo@bradfordlicensing.com |
| **Michelle Minieri**<br>Director Marketing & Licensing | Michellem@bradfordlicensing.com |
| Lorena Perrone<br>Account Executive | LorenaP@bradfordlicensing.com |
| Danielle Foley<br>Product Development Manager | DanielleF@bradfordlicensing.com |

For all new property inquiries please contact Michelle Minieri.

Home | About Our Company | Client Overview | Bradford Productions | Press Releases
Contact Bradford | Industry Websites | E-Mail



- About Our Company
- Client Overview
- Bradford Productions
- Press Releases
- Contact Bradford
- Industry Websites
- Homepage



International Licensing Industry Merchandisers' Association



License! Magazine

licensingmedia.com

Licensing Media

---

Home | About Our Company | Client Overview | Bradford Productions | Press Releases
Contact Bradford | Industry Websites | E-Mail