# Exhibit E

**Michelle Minieri**

**From:** Ginger Snyder [ginger@thetimefactory.com]
**Sent:** Thursday, December 16, 2004 1:56 PM
**To:** Michelle Minieri
**Subject:** RE: MARILYN'S MAN LICENSING

Michelle,

Thanks for sending me this information. Let me know what you find out about selling in Indiana because I don't know how exactly this would work since we do have our own website and do sell some directly to consumers. I assume if someone bought directly from us, this would be considered a sale in Indiana. Just let me know what you find out from the lawyers.

Best regards,
Ginger


Ginger Snyder
Licensing Manager
The Time Factory
6355 Morenci Trail
Indianapolis, IN 46268
(317) 290-1333 ext. 26

>      -----Original Message-----
>      **From:** Michelle Minieri [mailto:MichelleM@bradfordlicensing.com]
>      **Sent:** Thursday, December 16, 2004 1:28 PM
>      **To:** Ginger Snyder
>      **Subject:** RE: MARILYN'S MAN LICENSING
>
>      Hi Ginger,
>
>      The release date is tentatively scheduled for a mid February release. This is a documentary-type movie and will be showing on approximately 500 screens. By March, it is set to be distributed internationally to the major markets.
>
>      One thought occurred to me and I wanted to discuss before we spoke further. We are prohibited to sell and/or distribute any Marilyn's Man merchandise in the state of Indiana. CMG on behalf of her estate was able to pass a law to prohibit any others from selling licensed merchandise there. I have not had any concerns with our current licensees, although I noticed your address. I have scheduled a call with our lawyer to discuss since this has not come up yet, but I thought at the same time I would let you know as well.
>
>      Thanks Ginger and I look forward to hearing your comments.
>
>      Best regards,
>      Michelle

4/13/2005

**Michelle Minieri**
**Director of Marketing & Licensing**
**Bradford Licensing Associates**
**973-509-0200**

---

**From:** Ginger Snyder [mailto:ginger@thetimefactory.com]
**Sent:** Tuesday, December 14, 2004 2:31 PM
**To:** Michelle Minieri
**Subject:** MARILYN'S MAN LICENSING

Michelle,

I would be interested in learning more about the licensing opportunities for this movie. When you say the movie will release early next year, do you know a specific release date? Obviously the release date is somewhat important for a dated product such as calendars. Please contact me so that we can discuss the possibilities.

Thanks,
Ginger


Ginger Snyder
Licensing Manager
The Time Factory
6355 Morenci Trail
Indianapolis, IN 46268
(317) 290-1333 ext. 26

4/13/2005