UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CMG WORLDWIDE, INC., and <br> MARILYN MONROE, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BRADFORD LICENSING ASSOCIATES, <br> THE SHAW FAMILY ARCHIVES, LTD., <br> and JAMES E. DOUGHERTY, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> )    CASE NO. 1:05-cv-0423-DFH-WTL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER GRANTING DEFENDANT
## SHAW FAMILY ARCHIVES, LTD.'S MOTION TO TRANSFER

Defendant, Shaw Family Archives, Ltd., having filed its Motion to Transfer Plaintiff's Complaint pursuant to 28 U.S.C. § 1404(a), and the Court having considered said Motion and otherwise being duly advised in the premises, now hereby finds that said Motion is meritorious and should be GRANTED.

IT IS, THEREFORE, ORDERED that Plaintiff's Complaint against Shaw Family Archives, Ltd. is hereby transfered pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Southern District of New York.

SO ORDERED this _____ day of _____, 2005.

_____
Judge, United States District Court
Southern District of Indiana, Indianapolis Division

Distribution:

    J. Lee McNeely
    McNEELY STEPHENSON THOPY & HARROLD
    30 E. Washington Street
    Suite 400
    Shelbyville, IN 46176

    James Braden Chapman, II
    Jonathan G. Polak
    DANN PECAR NEWMAN & KLEIMAN
    One American Square
    Suite 2300
    PPO Box 82008
    Indianapolis, IN 46282

    James M. Hinshaw,
    Hamish S. Cohen,
    BINGHAM McHALE LLP
    2700 Market Tower
    10 West Market Street
    Indianapolis, IN 46204
    E-mail:  jhinshaw@binghammchale.com
    E-mail:  hcohen@binghammchale.com

961015.1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CMG WORLDWIDE, INC., and<br>MARILYN MONROE, LLC, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )     CASE NO. 1:05-cv-0423-DFH-WTL<br>) |
| BRADFORD LICENSING ASSOCIATES,<br>THE SHAW FAMILY ARCHIVES, LTD.,<br>and JAMES E. DOUGHERTY, | )<br>)<br>)<br>) |
| Defendants. | ) |

### ORDER GRANTING DEFENDANT
### SHAW FAMILY ARCHIVES, LTD.'S MOTION TO DISMISS

Defendant, Shaw Family Archives, Ltd., having filed its Motion to Dismiss Plaintiff's Complaint pursuant to Rule 12(B)(2) of the Federal Rules of Civil Procedure, and the Court having considered said Motion and otherwise being duly advised in the premises, now hereby finds that said Motion is meritorious and should be GRANTED.

IT IS, THEREFORE, ORDERED that Plaintiff's Complaint against Shaw Family Archives, Ltd. is hereby dismissed for lack of *in personam* jurisdiction pursuant to Rule 12(B)(2) of the Federal Rules of Civil Procedure.

SO ORDERED this _____ day of _____, 2005.

 

_____
Judge, United States District Court
Southern District of Indiana, Indianapolis Division

Distribution:

    J. Lee McNeely
    McNEELY STEPHENSON THOPY & HARROLD
    30 E. Washington Street
    Suite 400
    Shelbyville, IN 46176

    James Braden Chapman, II
    Jonathan G. Polak
    DANN PECAR NEWMAN & KLEIMAN
    One American Square
    Suite 2300
    PPO Box 82008
    Indianapolis, IN 46282

    James M. Hinshaw,
    Hamish S. Cohen,
    BINGHAM McHALE LLP
    2700 Market Tower
    10 West Market Street
    Indianapolis, IN 46204
    E-mail:  jhinshaw@binghammchale.com
    E-mail:  hcohen@binghammchale.com

961015.1