IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CMG WORLDWIDE, INC., an Indiana Corporation and MARILYN MONROE, LLC, a Delaware Limited Liability Company, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Cause No.:1:05-cv-0423-DFH-WTL<br>) |
| BRADFORD LICENSING ASSOCIATES, THE SHAW FAMILY ARCHIVES, Ltd., a New York Corporation, and JAMES E. DOUGHERTY, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## APPEARANCE

Eric M. Hylton of the law firm Dann Pecar Newman & Kleiman, P.C., hereby enters his

Appearance as counsel on behalf of Plaintiffs, CMG Worldwide, Inc. and Marilyn Monroe, LLC.

Dated:  June 3, 2005

                                                            DANN PECAR NEWMAN & KLEIMAN,
                                                            Professional Corporation


                                                         By:   s/ Eric M. Hylton
                                                                Eric M. Hylton, #20178-32

DANN PECAR NEWMAN & KLEIMAN, P.C.
2300 One American Square
Box 82008
Indianapolis, Indiana 46282
(317) 632-3232 – Telephone
(317) 632-2962 – Facsimile

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 3, 2005 a true and correct copy of the foregoing has been served by electronic means via the digital document delivery system established by this Court.

J. Lee McNeely, Esq.
MCNEELY, STEPHENSON, THOPY & HARROLD
30 East Washington Street, Suite 400
Shelbyville, Indiana 46176

James M. Hinshaw
Hamish S. Cohen
Bingham McHale LLP
2700 Market Tower
10 W. Market Street
Indianapolis, IN 46204-4900

                                              s/ Eric M. Hylton
                                              Eric M. Hylton

907405_1