UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CMG WORLDWIDE, INC., an Indiana Corporation and MARILYN MONROE, LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>TOM KELLEY STUDIOS, INC., a California Corporation,<br><br>Defendant. | ) ) ) ) ) ) ) ) Cause No.: 1:05-cv-0442-LJM-WTL ) ) ) ) ) ) |

### ORDER GRANTING MOTION TO SET BRIEFING SCHEDULE

This cause having come before the Court on Plaintiffs' Motion to Set Briefing Schedule, and the Court, having reviewed said motion and being duly advised in the premises, now FINDS that said motion should be GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that Plaintiffs have no duty, obligation, or responsibility to respond to Defendant's motion to dismiss or, alternatively, to transfer venue in light of the filing of the First Amended Complaint and that Defendant is directed to respond to the First Amended Complaint on or before June 20, 2005.

So ORDERED 06/07/2005

LARRY J. McKINNEY, CHIEF JUDGE
United States District Court
Southern District of Indiana



906581_1

Distribution to:

Jonathan G. Polak
Amy L. Wright
James B. Chapman II
One American Square, Suite 2300
Box 82008
Indianapolis, IN  46282

J. Lee McNeely
30 E. Washington Street, Suite 400
Shelbyville, IN  46176


Surjit P. Soni
M. Danton Richardson
Leo E. Lundberg, Jr.
The Soni Law Firm
55 South Lake Ave., Suite 720
Pasadena, CA  91101

Daniel P. Byron
Rafael A. Sanchez
BINGHAM MCHALE LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN  46204-4900