## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| CMG WORLDWIDE, INC., an Indiana Corporation and MARILYN MONROE, LLC, a Delaware Limited Liability Company, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Cause No.:1:05-cv-0423-DFH-WTL ) |
| BRADFORD LICENSING ASSOCIATES, THE SHAW FAMILY ARCHIVES, Ltd., a New York Corporation, and JAMES E. DOUGHERTY | ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER GRANTING MOTION TO SET BRIEFING SCHEDULE

This cause having come before the Court on Plaintiffs' Motion to Set Briefing Schedule, and the Court, having reviewed said motion and being duly advised in the premises, now FINDS that said motion should be GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that Plaintiffs have no duty, obligation, or responsibility to respond to Defendants' motions to dismiss or, alternatively, to transfer venue in light of the filing of the First Amended Complaint and that Defendants are directed to respond to the First Amended Complaint on or before June 30, 2005.

So ORDERED this _____ day of June, 2005.

_____

UNITED STATES DISTRICT COURT

907818_1.DOC

Distribution to:

Jonathan G. Polak
Eric M. Hylton
Amy L. Wright
James B. Chapman II
One American Square, Suite 2300
Box 82008
Indianapolis, IN  46282

J. Lee McNeely
30 E. Washington Street, Suite 400
Shelbyville, IN  46176

James M. Hinshaw
Hamish S. Cohen
BINGHAM MCHALE LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204-4900

907818_1.DOC