**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| CMG WORLDWIDE, INC., an Indiana<br>Corporation and MARILYN MONROE, LLC,<br>a Delaware Limited Liability Company, | )<br>)<br>) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Cause No.:1:05-cv-0423-DFH-WTL |
| | ) |
| | ) |
| BRADFORD LICENSING ASSOCIATES,<br>THE SHAW FAMILY ARCHIVES, Ltd.,<br>a New York Corporation, VALHALLA<br>PRODUCTIONS, LLC, a Maine Limited<br>Liability Company, and CMZ, | )<br>)<br>)<br>)<br>) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING OF MOTION TO CONSOLIDATE

Plaintiffs CMG Worldwide, Inc. ("CMG"), and Marilyn Monroe, LLC, by counsel, and

pursuant to Local Rule 42.2 hereby provide notice to Defendants Bradford Licensing Associates,

The Shaw Family Archives, Ltd, Valhalla Productions, LLC, and CMZ, and their counsel of the

filing of a motion to consolidate the above-captioned case with *CMG Worldwide, Inc., et al. v.*

*The Milton H. Green Archives, LLC*, Cause No. 1:05-CV-0415-RLY-TAB, a factually and

legally related case which is pending before this Court.  A copy of said motion to consolidate is

attached hereto as Exhibit "A".

907401_1

Respectfully submitted,

DANN PECAR NEWMAN & KLEIMAN, P.C.


By: s/ Jonathan G. Polak
      Jonathan G. Polak, No.  21954-49
      Amy L. Wright, No. 22241-49
      James B. Chapman II, No. 25214-32
      One American Square, Suite 2300
      Box 82008
      Indianapolis, IN  46282
      (317) 632-3232 – Telephone
      (317) 632-2962 – Facsimile


McNEELY STEPHENSON THOPY & HARROLD

      J. Lee McNeely, No. 9542-73
      30 E. Washington Street, Suite 400
      Shelbyville, IN  46176
      (317) 392-3619 – Telephone
      (317) 835-7777 – Facsimile


## CERTIFICATE OF SERVICE

      I also hereby certify that a true and correct copy of the foregoing has been served upon the following by electronic means *via* the Court's digital document delivery system this 10th day of June, 2005:

James M. Hinshaw
Hamish S. Cohen
BINGHAM MCHALE LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204-4900


                                s/      Jonathan G. Polak
                                    Jonathan G. Polak

907401_1