IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CMG WORLDWIDE, INC., an Indiana Corporation and MARILYN MONROE, LLC, a Delaware Limited Liability Company, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Cause No.:1:05-cv-0423-DFH-WTL<br>)<br>) |
| BRADFORD LICENSING ASSOCIATES, THE SHAW FAMILY ARCHIVES, Ltd., a New York Corporation, and JAMES E. DOUGHERTY, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND ADD A PARTY TO ACTION**

Plaintiffs, having filed their unopposed motion for leave to file second amended complaint and add a party to action, and the Court, having read said motion and being duly advised in the premises, now FINDS that said motion should be GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that Plaintiffs' Unopposed Motion for Leave to File Second Amended Complaint and Add a Party to Action is GRANTED. The Clerk of the Court is DIRECTED to file Plaintiffs' Second Amended Complaint (which is attached to Plaintiffs' motion for leave) INSTANTER.

So ORDERED this _____ day of June 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT

910202_1

Distribution to:

Jonathan G. Polak
Eric M. Hylton
Amy L. Wright
James B. Chapman II
DANN PECAR NEWMAN & KLEIMAN
One American Square, Suite 2300
Box 82008
Indianapolis, IN 46282


J. Lee McNeely
MCNEELY STEPHENSON THOPY & HARROLD
30 E. Washington Street, Suite 400
Shelbyville, IN 46176


James M. Hinshaw
Hamish S. Cohen
BINGHAM MCHALE LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204-4900

910202_1