UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CMG WORLDWIDE, INC., and<br>MARILYN MONROE, LLC, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | CASE NO. 1:05-cv-0423-DFH-WTL |
| BRADFORD LICENSING ASSOCIATES,<br>THE SHAW FAMILY ARCHIVES, LTD.,<br>and JAMES E. DOUGHERTY, | )<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

**DEFENDANT BRADFORD LICENSING AND SHAW FAMILY ARCHIVES'
NOTICE OF OBJECTION TO MOTION TO CONSOLIDATE**

Defendants, Bradford Licensing Associates and Shaw Family Archives, Ltd., by counsel and pursuant to Local Rule 42.2, hereby provide notice to the Court and CMG Worldwide, Inc. and Marilyn Monroe, LLC of the filing of their Objection to the Plaintiffs' Motion to Consolidate the above-captioned case with *CMG Worldwide, et al. v. The Milton Greene Archives, LLC*, Cause No. 1:05-CV-0415-RLY-TAB.  A copy of said Objection is attached hereto as Exhibit A.

Respectfully submitted,

*/S/* Hamish S. Cohen
James M. Hinshaw
Hamish S. Cohen
BINGHAM MCHALE LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN  46204-4900
(317) 635-8900

*Attorneys for Defendants, Bradford Licensing Associates and Shaw Family Archives, Ltd.*

**CERTIFICATE OF SERVICE**

    This is to certify that a copy of the foregoing document has been served on the following via the Court's electronic filing system this 28th day of June 2005:

J. Lee McNeely
McNEELY STEPHENSON THOPY & HARROLD
Shelbyville, IN
jlmcneely@msth.com

Jonathan G. Polak
Eric M. Hylton
Amy L. Wright
James Braden Chapman, II
DANN PECAR NEWMAN & KLEIMAN
Indianapolis, IN
jpolak@dannpecar.com
ehylton@dannpecar.com
awright@dannpecar.com
jchapman@dannpecar.com

                                                   */S/Hamish S. Cohen*

968964.1