UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CMG WORLDWIDE, INC. *an Indiana Corporation*, and MARILYN MONROE, LLC *a Delaware Limited Liability Company*,<br><br>　　　　*Plaintiffs*,<br><br>v.<br><br>BRADFORD LICENSING ASSOCIATES, THE SHAW FAMILY ARCHIVES, Ltd. *a New York Corporation*, and JAMES E. DOUGHERTY,<br><br>　　　　*Defendants*. | Cause No. 1:05-cv-0423-DFH-WTL |

### ENTRY FOR JUNE 29, 2005
### MAGISTRATE JUDGE WILLIAM T. LAWRENCE

The Initial Pre-Trial Conference scheduled to take place on July 8, 2005 is hereby VACATED, to be reset at upon the earlier of a ruling on the Motion to Consolidate or the Motion to Dismiss.

Copy to:

James Braden Chapman II
DANN PECAR NEWMAN & KLEIMAN
jchapman@dannpecar.com

Hamish S. Cohen
BINGHAM MCHALE
hcohen@binghammchale.com

James M. Hinshaw
BINGHAM MCHALE LLP
jhinshaw@binghammchale.com

Eric M. Hylton
DANN PECAR NEWMAN & KLEIMAN
ehylton@dannpecar.com

J. Lee McNeely
MCNEELY STEPHENSON THOPY & HARROLD
jlmcneely@msth.com

Jonathan G. Polak
DANN PECAR NEWMAN & KLEIMAN
jpolak@dannpecar.com

Amy L. Wright
DANN PECAR NEWMAN & KLEIMAN
awright@dannpecar.com