


- About Our Company
- Client Overview
- Bradford Productions
- Press Releases
- Contact Bradford
- Industry Websites
- Homepage

Ironwear, a name synonymous with safety and protection, is best known for supplying the industrial trade with a variety of safety and protective gear. Currently only available via catalog, Ironwear is now offering licensees the opportunity to tap into this brand's equity and stature in the work wear industry.

Categories available for licensing include work apparel, footwear, accessories such as gloves and protective eyewear, headwear and more.

For more information, please contact Michelle Minieri, Director of Marketing & Licensing
MichelleM@Bradfordlicensing.com.

---

Home | About Our Company | Client Overview | Bradford Productions | Press Releases
Contact Bradford | Industry Websites | E-Mail

# Bradford Licensing Associates

## Client Overview

- About Our Company
- Client Overview
- Bradford Productions
- Press Releases
- Contact Bradford
- Industry Websites
- Homepage



"Teaching KIDS one click at a time"

ClickN' Kids has developed the world's most comprehensive online Beginning Reading Program, ClickN' Kids. Their scientifically based instruction is derived from the extant research literature on effective reading instruction, National Academy of Sciences and National Reading Panel.

The ClickN' READ curriculum, developed by J. Ron Nelson, Ph.D., includes 100 carefully sequenced online lessons to ensure that students acquire the phonemic awareness, alphabetic understanding and automaticity skills necessary for reading success. Each 20 to 30 minute lesson consists of 6-14 instructional activities and incorporates strategically connected stories selected to match the skills being taught. Non-Readers without prior computing skills are able to use the program independently and acquire proficient reading skills.

Additional online programs are currently being developed to include math, science, geography, and spelling among others.

More information can be found at: *(Flash 7 required)*

www.clicknkids.com

---

Home | About Our Company | Client Overview | Bradford Productions | Press Releases
Contact Bradford | Industry Websites | E-Mail





- About Our Company
- Client Overview
- Bradford Productions
- Press Releases
- Contact Bradford
- Industry Websites
- Homepage

The LA Triathlon is no longer just an event, now it's a brand!

The LA Triathlon, with approximately 3,000 competitors from around the world, is the second largest Olympic Distance Triathlon in this country and is on its way to become the largest Olympic Distance Triathlon in the world. It incorporates swimming, cycling, and running to produce a spectacular event for the 10,000 spectators, local radio stations, and other media in the area. Incorporated in 1988 as the LA Sports Council, this non-profit organization serves as a bidding agent to bring major sporting events to the five-county Los Angeles area.

Bradford Licensing Associates is pleased to be working with LA Sports to bring this brand to the retail marketplace. Current licensing opportunities include footwear, headwear, accessories, novelties/collectibles, and sporting goods.

LA Triathlon is expected to be found locally throughout souvenir shops, gift shops, grocery stores, supermarkets, and airport shops. Eventually LA Triathlon will expand nationally and in turn globally.

For more information about the LA Triathlon licensing program, please visit their website at http://lasports.org/ and contact Nicole Iozzi, Nicole.Iozzi@bradfordlicensing.com.

Home | About Our Company | Client Overview | Bradford Productions | Press Releases
Contact Bradford | Industry Websites | E-Mail



- About Our Company
- Client Overview
- Bradford Productions
- Press Releases
- Contact Bradford
- Industry Websites
- Homepage

We are now introducing a multi-faceted licensing program for Mark Bode Comic Creations which will include video, computer, and interactive games, as well as toys, apparel, novelty gifts, and animation series.

Mark Bode was born in Utica, New York. He is the son of the legendary cartoonist Vaughn Bode. Mark is best known for his work on COBALT 60 and as the creator of the hit comic Miami Mice. He worked for Heavy Metal Magazine and created the strip Zooks, the First Lizard in Orbit.



His publications include GYRO COMICS, TEENAGE MUTANT NINJA TURTLES and COBALT 60, the graphic novel. Mark's work has also appeared in HEAVY METAL, EPIC MAGAZINE, PENTHOUSE HOT TALK, HUSTLER COMICS and GAUNTLET MAGAZINE.

Mark's work was exhibited in "Picturing the Modern Amazon" at the New Museum of Contemporary Art in New

York City. He is featured in the latest comic book from GWAR, worked on a line of clothes for ECKO clothing, and is reviving Cheech Wizard, his father's most popular character in THE LIZARD OF OZ that was published in 2002 by FANTAGRAPHICS.

More information on Bode's Creations can be found at: www.markbode.com

Home | About Our Company | Client Overview | Bradford Productions | Press Releases
Contact Bradford | Industry Websites | E-Mail



- About Our Company
- Client Overview
- Bradford Productions
- Press Releases
- Contact Bradford
- Industry Websites
- Homepage

Bradford Licensing Associates is pleased to announce that it has partnered with The Bice® Group to develop and manage the Bice® licensing program on a worldwide basis. The goal of the program is to offer an exciting, fashion forward and upscale merchandise initially selling at high end department and specialty stores.

Renowned around the world since 1926 Bice® has come to be more than just superb fine cuisine but rather a worldwide dining sensation that exemplifies style, class and high profiles but at the same time within the publics reach. With more than 40 Restaurants in over 10 countries worldwide, including the great metropolitan cities of the fashion world such as Milan, New York, Paris, Tokyo, London, Amsterdam, Montreal, Buenos Aires, Miami and Barcelona, Bice® still continues to have the same authenticity as the first day they started in the great city of Milan.

The Bice® lifestyle most importantly symbolizes fashion in all of its senses through stylish interiors, stylish patrons and stylish food. Recognized as the focal dining center in Milan for the fashion industry since the start of Fashion Week in

the early 1970's and with nine decades of consistent rave reviews for their first-class cuisine and hospitality, Bice® provides a true international dining ambiance in a setting noteworthy for its chic, contemporary design, white linens and exotic greenery. Targeting specialty and upscale retailers, the primary focus for Bice® categories available for licensing include houseware, home furnishings, and fashion accessories. Product is slated to reach the market in late 2005.

For more information regarding the Bice® licensing program, please contact Nicole Iozzi, Vice President at Bradford Licensing Associates at Nicole.Iozzi@Bradfordlicensing.com.

Home | About Our Company | Client Overview | Bradford Productions | Press Releases
Contact Bradford | Industry Websites | E-Mail

http://www.bradfordlicensing.com/client_overview/bice.htm　　　5/17/2005



# Client Overview

- About Our Company
- Client Overview
- Bradford Productions
- Press Releases
- Contact Bradford
- Industry Websites
- Homepage

Bradford Licensing Associates is pleased to announce that we have recently developed a relationship with women's fitness icon Monica Brant to develop the Monica Brant licensing program.



Since the start of her fitness career in 1991, Monica has won several amateur and professional fitness competitions including the Jan Tana Fitness Pro in 1995 and the Fitness Olympia title in 1998, which graduated her to the highest level of her sport. Monica's continued contribution to the industry has dictated the ideals and image of women's health and fitness, and fans and peers all over the world have made her the public's most adored fitness athlete. Monica personifies beauty, strength, vitality and a magnetism with which men and women identify.

Within her career, which continues to strive, Monica Brant has graced over 100 health and fitness magazine covers, in addition to having numerous articles published on her personal training tips, recipes and nutrition. Additionally, Monica co-promotes the Monica Brant Fitness Classic competition and has traveled the world, including Europe, Brazil, Canada, Mexico, Australia and more, to share her experiences and fitness knowledge with her fans.

Monica Brant licensed merchandise is targeted for specialty stores, national retailers, department stores and

drug/grocery chains. Available categories for licensing include fitness products and equipment, apparel, accessories and publishing.

For more information about the Monica Brant Licensing progam, please contact: Nicole Iozzi, VP at Nicole.Iozzi@Bradfordlicensing.com.

Additional information can also be found at www.monicabrant.com.

---

Home | About Our Company | Client Overview | Bradford Productions | Press Releases
Contact Bradford | Industry Websites | E-Mail



# Press Releases

**Lorena Perone** Manager - Public Relations

### Bradford Licensing Associates Announces Marilyn's Man Licensing Program Expansion

[April 4, 2005] Bradford Licensing Associates, licensing agent for Marilyn's Man, the upcoming documentary based upon the early years of Marilyn Monroe is pleased to announce today that a new deal has just been signed through local sub-agent, Biplano Licensing. Grupo Erik Distribuciones in Spain will be manufacturing stationary such as posters, postcards, calendars, school agendas, diaries, blank books and deskmats featuring never before seen images from the documentary film, Marilyn's Man. Merchandise will be distributed throughout Spain and Portugal and is expected out in the market by September of 2005. For more information regarding Marilyn's Man, please contact Michelle Minieri, Director of Marketing and Licensing, Bradford Licensing Associates at 973-509-0200.

### Bradford Licensing Continues to Develop the Pepsi-Cola Beverages International Licensing Program Now with a Nostalgic Feel

[April 4, 2005] Bradford Licensing Associates, the international licensing agency for PepsiCo, Inc., is pleased to announce the repeated success of the licensing program through a new deal just finalized. In the U.S., Bradford Licensing Associates arranged a new deal for Pepsi. Kool Collectibles will be manufacturing and distributing metal signs as die cut arrows, molded bottle caps and bottles featuring the Pepsi and Pepsi-Cola brands with a nostalgic feel for consumers of all ages. Product will be sold throughout the U.K., Germany, France, Italy, Netherlands, Spain, and Australia as well as online. It is expected out in the market by early 05. For more information regarding Pepsi Licensing., please contact Nicole Iozzi, Vice President, and Bradford Licensing Associates at 973-509-0200.

### Bradford Licensing Associates Announces Increased Expansion within PEZ Licensing Program

[April 4, 2005] Bradford Licensing Associates, the exclusive U.S. licensing agent for Pez Candy, Inc. is pleased to announce continual development of the Pez Candy licensing program. Lincoln West Studio will be manufacturing and distributing consumer electronic MP3 players with the PEZ Candy brand. Product is expected out in the market by September 2005 and has already begun to get massive amounts of

publicity. Also, both licensees Lotta Luv and Desperate Enterprises have renewed their agreements with Pez Cany, Inc. due to product success. Lotta Luv will continue to develop and distribute cosmetics and bath and beauty products while Desperate Enterprises will remain with their production of metal signs, thermometers, light switch plates and magnets. For more information regarding PEZ Candy Inc, please contact Michelle Minieri, Director of Marketing & Licensing, Bradford Licensing Associates at 973-509-0200.

## Bradford Licensing Associates and The Bice® Group Join Forces to Develop Worldwide Licensing Program for Bice® Brand

[April 4, 2005]-Bradford Licensing Associates is pleased to announce that it has partnered with The Bice® Group to develop and manage the Bice® licensing program on a worldwide basis. The goal of the program is to offer an exciting, fashion forward and upscale merchandise initially selling at high end department and specialty stores. Renowned around the world since 1926 Bice® has come to be more than just superb fine cuisine but rather a worldwide dining sensation that exemplifies style, class and high profiles but at the same time within the publics reach. With more than 40 Restaurants in over 10 countries worldwide, including the great metropolitan cities of the fashion world such as Milan, New York, Paris, Tokyo, London, Amsterdam, Montreal, Buenos Aires, Miami and Barcelona, Bice® still continues to have the same authenticity as the first day they started in the great city of Milan. The Bice® lifestyle most importantly symbolizes fashion in all of its senses through stylish interiors, stylish patrons and stylish food. Recognized as the focal dining center in Milan for the fashion industry since the start of Fashion Week in the early 1970's and with nine decades of consistent rave reviews for their first-class cuisine and hospitality, Bice® provides a true international dining ambiance in a setting noteworthy for its chic, contemporary design, white linens and exotic greenery. Targeting specialty and upscale retailers, the primary focus for Bice® categories available for licensing include houseware, home furnishings, and fashion accessories. Product is slated to reach the market in late 2005. For more information regarding the Bice® licensing program, please contact Nicole Iozzi, Vice President at Bradford Licensing Associates at 973-509-0200.

## Pepsi-Cola Beverages International Licensing Program Continues to Expand Successfully

[March 14, 2005]- Bradford Licensing Associates, the international licensing agency for PepsiCo, Inc., is pleased to announce the appointment of several new deals, secured through local sub-agents. In Japan, Bradford Licensing Associates arranged a new licensing deal for Pepsi in conjunction with Pepsi sub-agent Phoenix Corporation. Go Forward will be manufacturing and distributing lighters featuring the Pepsi and Pepsi-Cola brands. Product will be sold in Japan and is

expected out in the market by early March of 05. Also, in a deal arranged by Bradford with the aid of subagent Euro Lizenzen, Rastal GMBH & Co. KG, a German company, will be producing Pepsi licensed drinking glassware that will be distributed all throughout Europe. Product is expected to launch this June of 05. For further information regarding PepsiCo licensing opportunities, please contact Nicole Iozzi, Bradford Vice President, at (973) 509-0200.

### Bradford Licensing Associates Announcing New Deals

[February 27, 2005]- Bradford Licensing Associates, licensing agent for Marilyn's Man, the upcoming documentary based upon the early years of Marilyn Monroe is pleased to announce today that a host of new deals have been signed to expand the Marilyn's Man licensing program.

In recent deals secured through local sub-agent Gaffney International Licensing, Neet Feet in Australia will be manufacturing a stylish collection of slippers, eva thongs and fashion shoes featuring never before seen images from the documentary film, Marilyn's Man. Merchandise will be distributed throughout major department stores in Australia and New Zealand and is expected out in the market by July of 2005.

Also, just signed, Motorola Pty Limited will be producing downloadable Marilyn's Man images onto animated screen savers, wall papers, mobile phone housing/replaceable covers plus movie trailer downloads. All products are projected to reach the market by early April 2005 as well as distributed throughout major channels in Australia and New Zealand.

For more information regarding Marilyn's Man, please contact Michelle Minieri, Director of Marketing and Licensing, Bradford Licensing Associates at 973-509-0200.

### Pepsi-Cola Beverages International Licensing Program Continues to Expand

[February 27, 2005]- Bradford Licensing Associates, the international licensing agency for PepsiCo, Inc., is pleased to announce the appointment of Golden Wheel Die Casting Fty Ltd., secured through local sub-agent Interasia & Associates Inc.

Golden Wheel Die Casting Fty. Ltd. will be manufacturing and distributing die cast collectibles and plastic vehicles featuring the Pepsi, Pepsi-Cola and 7-UP brands. Product will be sold worldwide excluding the U.S. and Canada and is expected out in the market by early March of 05.

For further information regarding PepsiCo licensing opportunities, please contact Nicole Iozzi, Bradford Vice President, at (973) 509-0200.

## Marilyn's Man Licensing Expanding with New Deals

[January 3, 2005]- Bradford Licensing Associates, licensing agent for Marilyn's Man, the upcoming documentary based upon the early years of Marilyn Monroe is pleased to announce a host of new deals to the licensing program. In a deal finalized by Bradford Licensing Associates, The Italia Collection creates a delicate line of charms that include charm watches & charm bracelets sold throughout mass market distribution channels.

Another recently signed deal that is anticipated to reach consumers in the mass and mid-tier market in 2005 is Kaufman Sales who will be creating a fresh new line of towels featuring Marilyn's Man.

Other deals secured through local sub-agent RMP Licensing are as follows: 1,2,3 Multimedia will be distributing downloadable cell phone images, Steiner will develop a line of canvas and cross stitch kits and ECI will produce lighting mirrors. ALPA will also create a line of stationary products that will include ring binders, diaries, binders, portfolios, memo pads, address books, writing sets and pencil cases.

In a deal secured through local sub-agent Allsorts Licensing, International Greetings in the U.K. will be creating a huge collection of numerous products featuring never before seen images from the documentary film, Marilyn's Man. Products will range from gift stationeries, diaries, photo albums, greeting cards, gift bags, gift boxes, gift wraps and gift tags to other items such as ceramics, glassware and photo frames. Merchandise will be distributed throughout the British Isles including Northern Ireland and is expected out in the market by early March of 2005.

Other deals secured through local sub-agents such as Biplano Licensing are Jugavi which will be distributing a new collection of cosmetics in briefcases, perfumes, hair accessories, bath salts as well as combination sets of cosmetics and perfume. Beach Factory which will be distributing beach towels and gift sets. Also, K-Ractermania will develop an assortment of products from all categories such as bags, purses, wallets, side bags, backpacks, alarm clocks, pillows, sleepers, key rings, pencil cases and CD holders available in various textiles. All products will be distributed throughout major channels of Spain and Portugal and are expected in the market early 2005.

Additionally, local sub agent Gaffney International Licensing with Hunter Leisure will be manufacturing and distributing calendars, posters, stationary, watches, clocks and tin ware throughout Australia and New Zealand. AZ Designz will develop a line of trendy bean bag chairs that will be sold throughout the mass market.

## Bradford Licensing Associates Announces New

## Additions to Aspen Licensing Program

[December 13, 2004]- Bradford Licensing Associates, the exclusive U.S. licensing agent for Aspen Licensing International, Inc. is pleased to announce further expansion of the Aspen licensing program.

A huge array of products is expected to reach consumers in 2005 throughout a variety of channels within the mass and mid-tier markets in Canada. To name a few, Calego International Inc. will create a line of bags and backpacks along with Gredico Footwear Ltd. which will be producing an exquisite line of footwear. Also, to add to the collection, Vima Leather, Inc. will create a stylish line of Sherling Footwear, Sherling Outerwear, Sherling and fur hats, gloves, and scarves. Vima Leather products will be marketed within the United States with the exception of the sherling footwear which will also be marketed in Canada.

Also, one of our most recent, Aliz International, Inc. will be producing a huge collection of handbags, luggage, and dufflebags expected to be in mass market and mid-tier distribution channels.

---

## Bradford Licensing Associates Corporate Brand Activity

[October 2004]- With over 20+ years in the licensing industry, Bradford Licensing Associates is proud of its relationships and achievements in the corporate licensing world.

As the exclusive international licensing agent for Pepsi, Bradford and its host of sub-agents continue to successfully build and manage the program throughout Europe, Asia and Japan.

Throughout Europe, programs are expanding in the UK, France and Germany. Categories covered under license now include apparel, fashion accessories, die-cast, collectibles and a variety of gift items. With a number of key opportunities currently under negotiation, Bradford and Pepsi look forward to additional growth of the program throughout 2005.

Throughout Asia, several new licenses have been formalized, which will allow Pepsi to soon hold a strong position in the Asian licensing marketplace. While approximately 50 Pepsi stores continue to be successfully operated in China, carrying apparel, footwear and fashion accessories, new product has begun entering Singapore, Malaysia and Taiwan. These items include apparel, fashion accessories, home goods, footwear and bags and luggage.

Manufacturers continue to be drawn to the Pepsi licensing program in Japan. With 12 licensees in the program producing apparel, accessories, footwear, stationery and a variety of gift and novelty items, our '05 strategy is to add several new licensees to the program to help round out the category mix and/or complement existing product lines.

### Bradford Licensing Associates Announces New Additions to PEZ Licensing Program

[August 25, 2004]- Bradford Licensing Associates, the exclusive U.S. Licensing agency for Pez Candy, Inc., is pleased to announce further expansion of the Pez Candy licensing program.

DLI, Inc. will create a line of Pez T-shirts for men and juniors in both scented and unscented styles. Product will be available throughout a variety of channels including department and specialty stores.

Funmail will create a line of cell phone images suitable for mobile graphics including candy related graphics and other imagery available to wireless network operators, wireless portals and service providers as well as the Internet throughout the U.S.

Karmin International will create a line of PEZ puzzles geared toward children, ranging from 3 to 10 years olds. These 100 hundred piece puzzles will feature the PEZ Candy character artwork and will be packed in boxes, tins and other novelty packaging. Product will be available throughout a variety of distribution channels in the United States.

### Bradford Licensing Associates Announces New Additions to Piping Hot Licensing Program

[August 13, 2004]- Bradford Licensing Associates, the exclusive licensing agency for Piping Hot, is pleased to announce further expansion of the Piping Hot Licensing Program.

ULMANN, a corporation of France, will produce a line of school stationary, writing instruments, bags and backpacks, Product will be available throughout department and specialty stores.

MARINNA DI CARRARA, will produce T-shirts and sweatshirts. Product will be available in department, mass market and specialty stores in Argentina

Piping Hot has also renewed its representation with INTERNATIONAL MERCHANDISING for another 2 years for South America.

For more information regarding Piping Hot Surfwear Pty. Ltd., please contact Nicole Iozzi, Vice President, Bradford Licensing Associates at 973-509-0200

### Bradford Licensing Associates Announces Recent Expansions to PEPSI'S International Licensing Program

[August 2004]- Bradford Licensing Associates, the exclusive International Licensing agency for PepsiCo, Inc., is pleased to announce further expansion of the international licensing program with new deals.

Toy Kingdom International Trading Co., Inc. will create handbags, shoulder bags, backpacks, cosmetic bags, tables, hanging racks and storage containers. Product will be available in department stores, hypermarkets and chain stores throughout Taiwan.

Additionally, Entrex Inc. will create illuminated signs and lamps. Product will be available through the gift, toy, home furnishing and specialty stores throughout Japan. Not to mention the most recent Benjamin, a corporation of France, will create an exclusive line of hosiery for Pepsi, Pepsi-Cola and Pepsi Max. Product will be available in department and specialty stores throughout France and Dom-Tom.

Another deal secured through local sub-agent Euro Lizenzen, Paul's Model Art will be manufacturing and distributing 1/43 scale die cast vehicles featuring the Pepsi, Pepsi-Cola, Mirinda, and Mountain Dew brands.

## Bradford Licensing Associates to Develop Licensing Program for Mark Bode Comic Creations

[July 19, 2004]- Bradford Licensing Associates is pleased to announce that it has partnered with Mark Bode to develop and manage the Mark Bode Comic Creations licensing program. Mark, the son of legendary cartoonist Vaughn Bode, is best known for his work on COBALT 60 and as the creator of the hit comic Miami Mice.

Mark's work was exhibited in "Picturing the Modern Amazon" at the New Museum of Contemporary Art in New York City. He is featured in the latest comic book from GWAR, working on a line of clothes for ECKO clothing, and is reviving Cheech Wizard, his father's most popular character in THE LIZARD OF OZ that was published in 2002 by FANTAGRAPHICS.

Mark has worked for almost all the publishers in the comic book industry at one time or another with such publication highlights as Gyro Comics, Teenage Mutant Ninja Turtles and Heavy Metal to name a few.

Bradford will be introducing a multi-faceted licensing program for Mark Bode Comic Creations which will include video, computer, and interactive games, as well as toys, apparel, and novelty gifts. We are also in the process of developing a new television series for all of the Bode Comic Creations.

For more information regarding the Mark Bode Comic Creations licensing program, please contact Michelle Minieri, Director of Marketing & Licensing, at Bradford Licensing Associates at 973-509-0200 or email (MichelleM@BradfordLicensing.com).

## Bradford Licensing Associates Brand/Trademark Updates

[May 26, 2004] - As the exclusive U.S. Licensing agent for PEZ Candy, Inc., Bradford Licensing Associates is pleased to announce that the PEZ Candy, Inc. licensing Program is now available in the following product categories: Domestics (bed & bath); Electronics (radios, clocks, telephones); Housewares (glassware, tableware); Stationary/Paper goods (checks, check book accessories); Toys (bound games, playing cards).

The PEZ licensing program has been in place for 11 years and continues to find its way into the hearts of both the young and old. PEZ is a part of one's childhood - fun memories of eating and collecting PEZ!

Existing products include children's eyewear (A&A Optical); Ornaments (American Greetings); Key Chains (Basic Fun); Giant PEZ Dispensers (Brand New Products); Metal Signs (Desperate Enterprises); Cosmetics/H & B (Lotta Luv); Die Cast (Playing Mantis); Bubbles (Spin Master); Puzzles (Squibbles Ink, Inc.); Party Favors (Tara Toys); T-Shirts (Trau & Loevner).

Merchandise is available through mass, toy and specialty stores.

Bradford Licensing Associates, a global licensing firm partners with some of the world's best-known logos and trademarks. Established in 1984, Bradford is a full- service licensing agency with worldwide brand extension capabilities. Bradford develops licensing programs based on the leading corporate brands, television series and characters, fashion brands, sporting events and non-profit organizations. Bradford is based in Northern New Jersey with offices in New York and Los Angeles. The company maintains a network of agents in all major foreign countries, including Europe, the Asia Pacific Rim, and South America.

## Pepsi-Cola Beverages International Licensing Program Expanding With New Deals Arranged by Bradford Licensing Associates

[May 17, 2004] - Bradford Licensing Associates, the international licensing agency for PepsiCo, Inc., is pleased to announce the following new international Pepsi licenses, secured through local sub-agent Interasia & Associates.

Shanghai Mianye Industrial Co., Ltd. will be manufacturing and distributing a variety of products including Bedroom Textiles: innerwear, sleepwear, pajamas, bedding, linens, and pillows. Bathroom Textiles: towels, floor mats, and tissue boxes. Home Furnishings: table cloths, phone mats, and dining mats. These items will be available in late 2004 and can be found throughout a variety of distribution channels in the

Chinese marketplace.

P.C. Wong Enterprise Sdn Bhd will be manufacturing and distributing men's and women's footwear. These items will also be available in late 2004 and can be found throughout a variety of distribution channels in the Malaysian marketplace.

Bradford Licensing Associates, a global licensing firm partners with some of the world's best-known logos and trademarks. Established in 1984, Bradford is a full- service licensing agency with worldwide brand extension capabilities. Bradford develops licensing programs based on the leading corporate brands, television series and characters, fashion brands, sporting events and non-profit organizations. Bradford is based in Northern New Jersey with offices in New York and Los Angeles. The company maintains a network of agents in all major foreign countries, including Europe, the Asia Pacific Rim, and South America. For further information regarding PepsiCo licensing opportunities, please contact Len Reiter, Bradford president, at (973) 509-0200.

---

### Bradford Licensing Associates Licensing in Asia Showcase

[May 13, 2004] - As the exclusive International Licensing agent for PepsiCo Beverages International. Bradford Licensing Associates is pleased to announce the ongoing success of the program in Asia.

The long-standing relationship with Maxway International for Pepsi apparel, footwear, bags and fashion accessories continues to outperform expectations. With over 30 free standing Pepsi stores or shop-in-shop concepts throughout major cities in China, Maxway and Pepsi remain committed to each other. The long term arrangement allows Maxway to expand its retail base and continue to offer an extensive selection of lifestyle merchandise.

Through its relationship with Interasia & Associates, Bradford and Pepsi look forward to expanding Pepsi into product categories outside of those under Maxway. Outside of China, the Pepsi brand has already expanded into the following, under management from Interasia, Apribond for apparel and fashion accessories in Singapore and Malaysia; Nay Chy International for apparel and various home goods in Taiwan; P.C. Wong for footwear in Malaysia; and Profit Pact for bags, including luggage, in Malaysia.

Bradford Licensing Associates, a global licensing firm partners with some of the world's best-known logos and trademarks. Established in 1984, Bradford is a full- service licensing agency with worldwide brand extension capabilities. Bradford develops licensing programs based on the leading corporate brands, television series and characters, fashion brands, sporting events and non-profit organizations. Bradford is based in Northern New Jersey with offices in New York and Los Angeles. The company maintains a network of agents in all major foreign countries, including Europe, the Asia Pacific Rim, and South America.

### Marilyn's Man Licensing Program Expanding in France

[May 17, 2004] - Bradford Licensing Associates, licensing agent for Marilyn's Man, the upcoming documentary based upon the early years of Marilyn Monroe is pleased to announce a new deal to the licensing program.

In a deal secured through local sub-agent RMP Licensing, Polyflame France will be manufacturing and distributing disposable lighters. Product will be available in late 2004 throughout a variety of distribution channels in France and Dom Tom.

### Pepsi-Cola Beverages International Licensing Program Continues to Expand in Taiwan

[May 17, 2004] - Bradford Licensing Associates, the international licensing agency for PepsiCo, Inc., is pleased to announce the appointment of Great Protect Co., Ltd., secured through local sub-agent Interasia & Associates.

Great Protect Co., Ltd. will be manufacturing and distributing a variety of products targeting the scooter/bicycle rider including Gloves, Key Chains, Stickers and Wind/Rain Coats. These items will be available in late 2004 and can be found throughout a variety of distribution channels in the Taiwanese marketplace.

### Bradford Licensing Associates Announces New Deals to the Marilyn's Man program

[May 10, 2004] - Bradford Licensing Associates, licensing agent for Marilyn's Man, the upcoming documentary based upon the early years of Marilyn Monroe is pleased to announce that it has finalized a license agreement with Barewalls Interactive Art Inc. to expand the Marilyn's Man Licensing Program.

Barewalls Interactive Art Inc., the leading print and poster e-tailer boasting more than 150,000 selections in more than 50 categories will distribute never before seen photographs of Norma Jeane/Marilyn Monroe online via www.barewalls.com. These print-on-demand prints will be available in late 2004.

### Bradford Licensing Associates to Develop Licensing Program for Fitness Celebrity Monica Brant

[May 5, 2004] - Bradford Licensing Associates is pleased to announce that it has partnered with Monica Brant to develop and manage the Monica Brant licensing program. The goal of the program is to broaden Monica's already well-known persona into the following categories: apparel, fashion accessories, fitness equipment, fitness videos and publishing.

Monica began her career in the fitness industry in 1991. In 1995 Monica turned pro with Joe Weider's IFBB organization after winning her first title in the Jan Tana Fitness Pro. In 1998 Monica won the Fitness Olympia title raising her to the highest level of her sport.

To date Monica has graced the covers of over 50 magazines, books and calendars worldwide, more than any other fitness competitor in the world. Monica is recognized as the standard by which women's fitness, and now figure competitions, should be judged; feminine muscle with feminine curves.

Monica has changed the way the public views women's health with endless requests for appearances and endorsement offers from all over the world.

## Bradford Licensing Associates Announces Appointment of International Representatives to the Aspen Licensing Program

[April 5, 2004]- Bradford Licensing Associates, worldwide licensing agent for the Aspen® brand, is pleased to announce the appointment of additional international representatives. Interasia and Associates has been appointed to represent Aspen® in China, Hong Kong, Indonesia, Malaysia, Singapore, Taiwan, Thailand and Korea; G Squared Promotions, Ltd. for Aspen® in Canada, Mendia Marketing and Licensing Service, SL Spain and Portugal; International Merchandising SRL for Argentina, Paraguay, Uruguay, Bolivia and Euro Lizenzen will be representing the brand in Germany, Austria, Switzerland, Turkey and Benelux. Additional appointments in Australia and Japan are expected to be announced soon.

## Bradford Licensing Associates Announces International Representative Roster to the Marilyn's Man program

[April 5, 2004] - Bradford Licensing Associates, licensing agent for Marilyn's Man, the upcoming documentary based upon the early years of Marilyn Monroe is pleased to announce that it has appointed the following international representatives:

Allsorts Media, Ltd. for The United Kingdom and Ireland; Euro Lizenzen for Germany, Austria, Switzerland, Turkey and Benelux; RMP Licensing for France and Dom Tom; Biplano Licensing SA for Spain and Portugal;