# Exhibit A



**Bradford Licensing Associates**
209 Cooper Avenue
Upper Montclair, NJ 07043
Tel: 973.509.0200   Fax: 973.509.7419

] E-mail Contacts [

Bradford Licensing Associates, a global licensing firm partners with some of the world's best known logos and trademarks. Established in 1984, Bradford is a full service licensing agency with worldwide brand extension capabilities. We develop licensing programs based on the leading corporate brands, television series and characters, fashion brands, sporting events and non-profit organizations. Bradford is based in Northern New Jersey with offices in New York and Los Angeles. The company maintains a network of agents in all major foreign countries, including Europe, the Asia Pacific Rim, and South America.

Re-Designed by Minieri-Lab





- About Our Company
- Client Overview
- Bradford Productions
- Press Releases
- Contact Bradford
- Industry Websites
- Homepage

**Bradford Licensing Associates**, a global licensing firm partners with some of the world's best known logos and trademarks. Established in 1982, Bradford is a full service licensing agency with worldwide brand extension capabilities. We develop licensing programs based on the leading corporate brands, television series and characters, fashion brands, sporting events and non-profit organizations. Bradford is based in Northern New Jersey with offices in New York and Los Angeles. The company maintains a network of agents in all major foreign countries, including Europe, the Asia Pacific Rim, and South America.

- Established 1982.
- Full service licensing agency with worldwide capabilities.
    - Bradford is a "turn key" company providing licensing functions and promotions including planning, implementation and follow-up for each program.
    - Expertise in all industries with major focus on consumer brands, fashion, sports and entertainment.
    - Bradford is also involved in developing merchandise for special events and promotions.
- New York/New Jersey based.
    - Close to the pulse of the licensing industry and headquarters for many manufacturers of apparel, accessories, home furnishings, toys and games, computer games, publishing, sporting goods, luggage novelty/gift manufacturers, health and

- beauty aids.
  o Frequent meeting place for many of the major retail chains.
  o The center of many major domestic and international trade shows impacting the licensing industry for all product categories.

Click here to view the Bradford Licensing Associates Organizational Chart.

---

Home | About Our Company | Client Overview | Bradford Productions | Press Releases
Contact Bradford | Industry Websites | E-Mail



- About Our Company
- Client Overview
- Bradford Productions
- Press Releases
- Contact Bradford
- Industry Websites
- Homepage

# Client Overview

 Pepsi

 PEZ Candy

Pepsi-Cola Company spans more than 190 countries and accounts for about one quarter of the world's soft drinks. In 1999 consumers spent about $28 billion on Pepsi beverages.

PEZ Candy is distributed throughout the USA in mass merchandisers, supermarkets, drug stores, convenience stores, toy chains, gift stores, video chains, and military distribution.

 Piping Hot

 Panshel's World

The words Piping Hot have been synonymous with surfing for nearly 25 years. Piping Hot Surfwear originated in the Victorian Town and surfing mecca of Torquay, Australia and quickly grew into a business of great success.

Panshel was originally created in 1996 by Mr. Masaru Houri. The origin was a retrospective Chinese panda character called Poppo Panda that Mr. Houri later gave wings and created in the present 3D computer image.

 ASPEN

 Marilyn's Man

Founded in the 1940s, Aspen, a name synonymous with a fun and exciting lifestyle, is now expanding its licensing program. Although best known for it's skiing, Aspen, Colorado, enjoys twelve months of beautiful scenery and outdoor adventure. This includes skiing, snowboarding, kayaking, horseback riding, mountain biking and much more.

From the early years of Marilyn's career throughout the final days of her life, the Shaw Family Archive photo collection depict the timelessness and beauty of Marilyn, taken by famed celebrity photographer Sam Shaw. Products will range from collectibles, publishing, gift items, apparel, footwear and more, forever capturing Marilyn.

 Monica Brant

 IRONWEAR

Since the start of her fitness career in 1991, Monica has won several amateur and professional fitness competitions including the Jan Tana Fitness Pro in 1995 and the Fitness Olympia title in 1998, which graduated her to the highest level of her sport.

Ironwear, a name synonymous with safety and protection, is best known for supplying the industrial trade with a variety of safety and protective gear. Currently only available via catalog, Ironwear is now offering licensees the opportunity to tap into this brand's equity and stature in the work wear industry.

 Click N' Kids

 L.A. Sports

ClickN' Kids has developed the world's most comprehensive online Beginning Reading

Bradford Licensing Associates is pleased to be working with LA Sports to bring this brand to

Program, ClickN' Kids. Their scientifically based instruction is derived from the extant research literature on effective reading instruction, National Academy of Sciences and National Reading Panel.

the retail marketplace. Current licensing opportunities include footwear, headwear, accessories, novelties/collectibles, and sporting goods.





Mark Bode was born in Utica, New York. He is the son of the legendary cartoonist Vaughn Bode. Mark is best known for his work on COBALT 60 and as the creator of the hit comic Miami Mice. He worked for Heavy Metal Magazine and created the strip Zooks, the First Lizard in Orbit.

Recognized as the focal dining center in Milan for the fashion industry since the start of Fashion Week in the early 1970's, Bice® provides a true international dining ambiance in a setting noteworthy for its chic, contemporary design, white linens and exotic greenery. The primary focus for Bice® include housewares, home furnishings, and fashion accessories.

---

Home | About Our Company | Client Overview | Bradford Productions | Press Releases
Contact Bradford | Industry Websites | E-Mail

Case 1:05-cv-00423-DHW-T Document 66-25  Filed 04/22/2005  Page 7 of 20



**Bradford Productions**

*Licensing Associates*

- About Our Company
- Client Overview
- Bradford Productions
- Press Releases
- **Contact Bradford**
- Industry Websites
- Homepage

We're looking for potential television programming ideas ... for new characters, new animation, new story lines that can create massive consumer audiences that will buy the show's name, characters, logo or trademark whenever and wherever they're found in retail stores.

We have a roster of powerful clients. For all of them, our job is to source licensees who get products into the retail marketplace, products that sell, taking the client's name all over the world.

Now, we want to expand this already significant list. We are seeking new ideas, particularly in television programming, ideas that are marketable and licensable. We want to hear from anyone with a worthwhile concept ... from executives to authors, inventors, ad people and animators, anyone with an idea that will work.

We want to hear from you. If your idea is worth pursuing, we'll help you finance and develop it and get it to market!

---

Home | About Our Company | Client Overview | Bradford Productions | Press Releases
Contact Bradford | Industry Websites | E-Mail

# Bradford Licensing Associates

- About Our Company
- Client Overview
- Bradford Productions
- Press Releases
- Contact Bradford
- Industry Websites
- Homepage

## Client Overview

### Pepsi



**The Company:**

Pepsi-Cola Company spans more than 190 countries and accounts for about one quarter of the world's soft drinks. Successful promotions, convenient packaging, new products and the perennial power of their brands continously fuel volume gains in supermarkets, mass merchandisers and all other major channels.

**Brand Facts:**

- Pepsi-Cola spans more than 190 countries and accounts for about one quarter of the world's soft drinks.

- Pepsi is one of the coolest brands recognized among teens, ranking in the top five, the only beverage product in the group.

- Pepsi commercials rate on top of the Superbowl ad meter consistently every year.

- Pepsi's market share grows consistantly every year.

- The new rich, deep-blue "Globe" represents eternal youthfulness and openness.

- Pepsi has and continues to spend millions of dollars a year on its successful advertising campaigns and promotions.

- Pepsi licensed products are distributed in all major Specialty, Mass, Convenience and Drug chain stores, including Wal-Mart, K-Mart, Target, Kohl's, Toys 'R' Us and Spencer Gifts.

For more information, please go to www.pepsiworld.com .

---

Home | About Our Company | Client Overview | Bradford Productions | Press Releases
Contact Bradford | Industry Websites | E-Mail

- About Our Company
- Client Overview
- Bradford Productions
- Press Releases
- Contact Bradford
- Industry Websites
- Homepage

# Client Overview



Founded in the 1940s, Aspen, a name synonymous with a fun and exciting lifestyle, is now expanding its licensing program. Although best known for it's skiing, Aspen, Colorado, enjoys twelve months of beautiful scenery and outdoor adventure. This includes skiing, snowboarding, kayaking, horseback riding, mountain biking and much more.

The Aspen licensing program offers licensees three aspects of the Aspen brand: Aspen's leaf logo boasts over 50 years of heritage and represents a fashionable, yet rugged, outdoor brand with an upscale attitude.

Aspen Sport represents a variation of the brand most applicable to active, athletic silhouettes.



Aspen Extreme addresses the young adult and teen/youth market who are spectators of and participants in action sports, such as snowboarding, skateboarding and BMX.



The rugged, outdoor, natural appeal of Aspen's existence

has transcended into the fashions being developed by today's designers and retailers. Currently, the Aspen brand reaches consumers via fragrances from Coty, backpacks from Accessory Network, as well as watches and sunglasses. Categories available for licensing include apparel, fashion accessories, footwear, luggage. Leather goods, gifts/novelties, stationery, camping products, domestics and games.

For more information about the Aspen licensing program, please contact MichelleM@bradfordlicensing.com and also visit www.aspen-brand.com.

---

Home | About Our Company | Client Overview | Bradford Productions | Press Releases
Contact Bradford | Industry Websites | E-Mail

# Bradford Licensing Associates

## Client Overview

- About Our Company
- Client Overview
- Bradford Productions
- Press Releases
- Contact Bradford
- Industry Websites
- Homepage

## Marilyn Monroe



Bradford Licensing is pleased to announce that it has partnered with Shaw Family Archives to develop a line of merchandise based on over 500 rare and unseen images of Marilyn Monroe. From the early years of Marilyn's career throughout the final days of her life, these images depict the timelessness and beauty of Marilyn, taken by famed celebrity photographer Sam Shaw.

For more information regarding Marilyn Monroe Licensing available from the Shaw Family Archives, please contact Michelle Minieri, Director of Marketing & Licensing, Bradford Licensing Associates at MichelleM@bradfordlicensing.com.

Further information on Sam Shaw and Shaw Family Archives can be found at their website:

www.spc-promotions.com

**No Marilyn Monroe images shall be licensed for sale or distribution in Indiana or in any jurisdiction that also requires the consent of the right of publicity holder.

---

Home | About Our Company | Client Overview | Bradford Productions | Press Releases
Contact Bradford | Industry Websites | E-Mail

http://www.bradfordlicensing.com/client_overview/norma_jeane.html　　5/17/2005



# Client Overview

## PEZ Has Universal Appeal



- PEZ Candy is distributed throughout the USA in mass merchandisers, supermarkets, drug stores, convenience stores, toy chains, gift stores, video chains, and military distribution.

- PEZ Candy and dispensers are available in seasonal assortments (Santa Claus, Pumpkin, Easter Bunny, etc.) as well as non-seasonal assortments, both licensed (Mickey Mouse, Bugs Bunny, Darth Vader, Batman, Spiderman, Muppets, Garfield, Snoopy, etc.) and non-licensed (dinosaurs, trucks, whistles, etc.)

- Licenses include Disney, Looney Tunes, Star Wars, Marvel, D.C. Comics, Peanuts, Garfield, Flintstones, Muppets, and Ninja Turtles.

- More than 25 licensees use the likeness of PEZ Candy.

- Measured awareness is extremely high....Teens 97%, Adults with children 89%, total adults 18-44 years old 87%.



- Collectors from both the kid and adult segments have initiated fan clubs, fan newsletters, collectors magazines, conventions, and now even a PEZ news letter.

- Over three billion PEZ candies are consumed annually in the USA alone... and PEZ is available around the world in more than 60 countries.

- PEZ dispensers and licensed products have been auctioned at Christe's in New York. There are several newsletters exclusively dedicated to collecting PEZ, three major annual PEZ conventions and over 100 PEZ web sites on the Internet. Many PEZ dispensers have increased up to 1,000% in value from their original selling price.

- PEZ dispensers have been featured on Seinfeld, Rosie O'Donnell, Jay Leno, David Letterman, The Pretender, Party of Five, Murphy Brown, The Client, Toy Story, E.T., Stand By Me, and other TV programs and movies.

- Come join the PEZ Candy Licensing Program. All categories are available. Remember, PEZ is a proven seller, so it will keep your customers coming back again and again and again.

For more information, please go to www.pezcandy.com .

---

Home | About Our Company | Client Overview | Bradford Productions | Press Releases
Contact Bradford | Industry Websites | E-Mail

**Bradford Licensing Associates**

- About Our Company
- Client Overview
- Bradford Productions
- Press Releases
- Contact Bradford
- Industry Websites
- Homepage

# Client Overview

## Piping Hot



The words Piping Hot have been synonymous with surfing for over 25 years. Piping Hot Surfwear originated in the Victorian Town and surfing mecca of Torquay, Australia and quickly grew into a business of great success. Piping Hot is now providing manufacturers worldwide with the opportunity to share in the equity in this brand and provide licensed partners with the opportunity to tap into over twenty-five years of brand awareness.

Piping Hot is "quality surfwear for everyone." It's an authentic surf label that is accessible through its distribution to a wider market.

Piping Hot brand objectives:

> To offer authentic surfwear and accessories to everyone. Maintain a brand positioning that is trusted, accessible to the wider market, and affordable.
>
> Through design, offer a product that is indicative of the surf culture.
>
> Ensure the product is of a quality standard for which the brand has become well known and trusted.

Piping Hot is rapidly expanding beyond Australia with programs being developed in the United States, Europe,

South America, South Africa and Asia. Contact Bradford Licensing Associates for additional information about Piping Hot licensing opportunities, and also check out the following websites for more information about Piping Hot:

www.pipinghotsurfwear.com
www.pipinghot75.com

---

Home | About Our Company | Client Overview | Bradford Productions | Press Releases
Contact Bradford | Industry Websites | E-Mail



- About Our Company
- Client Overview
- Bradford Productions
- Press Releases
- Contact Bradford
- Industry Websites
- Homepage

## Panshel's World

 

### History:

Panshel was originally created in 1996 by Mr. Masaru Houri. The origin was a retrospective Chinese panda character called Poppo Panda that Mr. Houri later gave wings and created in the present 3D computer image. After visiting publishers to sell his illustrations, he went to a giftware wholesaler Marimo Craft, and showed his illustration portfolio. Panshel artwork caught Marimo's attention, and Marimo agreed to market Panshel gift products. The first item that Marimo marketed was a mirror of Panshel in 2D-art style in 1996. Marimo then marketed postcards of Panshel in the 3D computer graphics style that became a big hit in the market. Buyers and consumers started asking for more Panshel items.

Panshel's World is under production by WAMC of Los Angeles and the television series is scheduled to air worldwide in 2004.

Shodensha, a Japanese publisher, realeased a Panshel storybook in Fall of 2002. The storybook outlines the creation of Panshel and Pandevi.

### Main Characters:

**Panshel**

Panda with angel wings. Gentle and warm hearted.
He can not fly, but walks in the sky with his wings.



Skywalking is his favorite pastime.



**Panshela**

Panshel's girlfriend. Firm character and cheerful.



**Pandevi**

Panda with devil wings. Panshel's childhood friend. Sly and mischievous, yet very shy and generally good fellow. He takes good care of his young brother. He can fly in the sky at great speed.



**Pandee**

Pandevi's girlfriend. Strong natured and a bit of a tomboy.



**Panshelon**

Panshela's brother. Leader of the babies.

And many more endearing heroes, villains, and babies.

## Licensing:

**Categories available for Licensing:**

| | |
|---|---|
| Entertainment | Apparel |
| Publishing | Stationery |
| Sleepwear | Home Furnishings |
| Video | Accessories |
| Toys | Novelties |

Gifts & Novelties

---

Home | About Our Company | Client Overview | Bradford Productions | Press Releases
Contact Bradford | Industry Websites | E-Mail

http://www.bradfordlicensing.com/client_overview/panshel.html                5/17/2005