

EXHIBIT H