IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CMG WORLDWIDE, INC., an Indiana Corporation and MARILYN MONROE, LLC, a Delaware Limited Liability Company, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Cause No.:1:05-cv-0423-DFH-WTL |
| BRADFORD LICENSING ASSOCIATES, THE SHAW FAMILY ARCHIVES, Ltd., a New York Corporation, JAMES E. DOUGHERTY, and VALHALLA PRODUCTIONS, LLC, a Maine Limited Liability Company, ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

**DECLARATION OF AMY L. WRIGHT
IN SUPPORT OF RESPONSE TO MOTION TO DISMISS**

I, Amy L. Wright, being an attorney with the law firm of Dann Pecar Newman & Kleiman, declare as follows:

1. I am over eighteen years of age, and I am fully competent to make this Declaration. The facts contained herein are stated upon my personal knowledge.

2. On May 13, 2005, I visited Defendant's Bradford Licensing Associates' website, www.bradfordlicensing.com, from my office in Indianapolis, Indiana, and printed copies of relevant pages therefrom.

3. Defendant Bradford Licensing Associates' website contained a hyperlink to The Italia Collections' website, www.theitaliacollection.com.



918188_1

4.      The pages attached as Exhibits I-1 to I-19 are true and accurate copies of Defendant Bradford Licensing Associates' and The Italia Collections Internet site's materials obtained as of May 13, 2005.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on the 25th day of July, 2005, at Indianapolis, Indiana.

_____
AMY L. WRIGHT