UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CMG WORLDWIDE, INC., and<br>MARILYN MONROE, LLC, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | CASE NO. 1:05-cv-0423-DFH-WTL |
| BRADFORD LICENSING ASSOCIATES,<br>THE SHAW FAMILY ARCHIVES, LTD.,<br>and JAMES E. DOUGHERTY, | )<br>)<br>)<br>) | |
| Defendants. | ) | |

**DEFENDANT BRADFORD'S**
**AGREED MOTION FOR ENLARGEMENT OF TIME**

Defendant Bradford Licensing Associates ("Bradford"), by counsel, respectfully requests a seven (7) day enlargement of time, to and including August 15, 2005, in which to file its Reply in Support of Its 12(B)(2) Motion to Dismiss and in support thereof states as follows:

1. Plaintiffs filed their Response to Bradford's Motion to Dismiss (the "Response") on July 25, 2005. Accordingly, Bradford's reply is due on or before August 8, 2005, which time has not yet passed.

2. Bradford requires an additional seven (7) days in which to research the claims made in the Response and otherwise finalize a Reply. Accordingly, Bradford requests a seven (7) day enlargement of time in which to file its Reply to and including August 15, 2005.

3. Undersigned counsel has discussed this extension with counsel for the plaintiffs and is authorized to represent to the Court that they have no objection to this Motion.

WHEREFORE, Defendant Bradford Licensing Associates respectfully requests a seven (7) day enlargement of time, to and including August 15, 2005, in which to file its Reply in Support of Its 12(B)(2) Motion to Dismiss and for all other relief as is just and proper.

    Respectfully submitted,

    */S/Hamish S. Cohen*
    James M. Hinshaw
    Hamish S. Cohen
    BINGHAM MCHALE LLP
    2700 Market Tower
    10 West Market Street
    Indianapolis, IN  46204-4900
    (317) 635-8900
    jhinshaw@binghammchale.com
    hcohen@binghammchale.com
    *Attorneys for Defendants, Bradford Licensing Associates and Shaw Family Archives, Ltd.*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document has been served on the following via the Court's electronic filing system this 5th day of August 2005:

J. Lee McNeely
MCNEELY STEPHENSON THOPY & HARROLD
30 E. Washington Street
Suite 400
Shelbyville, IN 46176
jlmcneely@msth.com

James Braden Chapman, II
Jonathan G. Polak
Amy Wright
DANN PECAR NEWMAN & KLEIMAN
Indianapolis, IN 46282
jchapman@dannpecar.com
jpolak@dannpecar.com
awright@dannpecar.com

    */S/Hamish S. Cohen*

977920

2