UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

CMG WORLDWIDE, INC., and           )
MARILYN MONROE, LLC,               )
                                   )
            Plaintiffs,            )
                                   )
        v.                         )           CASE NO. 1:05-cv-0423-DFH-WTL
                                   )
BRADFORD LICENSING ASSOCIATES,     )
THE SHAW FAMILY ARCHIVES, LTD.,    )
and JAMES E. DOUGHERTY,            )
                                   )
            Defendants.            )

## ORDER

Defendant The Shaw Family Archives, Ltd. ("Shaw Family"), having filed its Agreed Motion for Enlargement of Time to Reply in Support of its Motion to Dismiss for Lack of Personal Jurisdiction, and the Court, being duly advised in the premises, now finds that said Motion is meritorious and should be GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Shaw Family is granted a seven (7) days enlargement of time to and including August 15, 2005, within which to submit its Reply in Support of its Motion to Dismiss for Lack of Personal Jurisdiction.

Date:_____          _____
                                    JUDGE, United States District Court
                                    Southern District of Indiana, Indianapolis Division.

<u>Distribution</u>:

J. Lee McNeely
McNEELY STEPHENSON THOPY & HARROLD
Shelbyville, IN 46176
jlmcneely@msth.com

James Braden Chapman, II
Jonathan G. Polak
Amy Wright
DANN PECAR NEWMAN & KLEIMAN
Indianapolis, IN 46282
jchapman@dannpecar.com
jpolak@dannpecar.com
awright@dannpecar.com

James M. Hinshaw,
Hamish S. Cohen,
BINGHAM McHALE LLP
Indianapolis, IN 46204
jhinshaw@binghammchale.com
hcohen@binghammchale.com

977942