UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CMG WORLDWIDE, INC., and<br>MARILYN MONROE, LLC, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | CASE NO. 1:05-cv-0423-DFH-WTL |
| BRADFORD LICENSING ASSOCIATES,<br>THE SHAW FAMILY ARCHIVES, LTD.,<br>and JAMES E. DOUGHERTY, | )<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

## ORDER

Defendant Bradford Licensing Associates ("Bradford"), having filed its Agreed Motion for Enlargement of Time to Reply in Support of its Motion to Dismiss for Lack of Personal Jurisdiction, and the Court, being duly advised in the premises, now finds that said Motion is meritorious and should be GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Bradford is granted a seven (7) days enlargement of time to and including August 15, 2005, within which to submit its Reply in Support of its Motion to Dismiss for Lack of Personal Jurisdiction.

Date:_____

Distribution:

    J. Lee McNeely
    McNEELY STEPHENSON THOPY & HARROLD
    Shelbyville, IN 46176
    jlmcneely@msth.com

    James Braden Chapman, II
    Jonathan G. Polak
    Amy Wright
    DANN PECAR NEWMAN & KLEIMAN
    Indianapolis, IN 46282
    jchapman@dannpecar.com
    jpolak@dannpecar.com
    awright@dannpecar.com

    James M. Hinshaw,
    Hamish S. Cohen,
    BINGHAM McHALE LLP
    Indianapolis, IN 46204
    jhinshaw@binghammchale.com
    hcohen@binghammchale.com

977936.1