UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CMG WORLDWIDE, INC., and<br>MARILYN MONROE, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:05-cv-0423-DFH-WTL |
| | ) | |
| BRADFORD LICENSING ASSOCIATES,<br>THE SHAW FAMILY ARCHIVES, LTD.,<br>and JAMES E. DOUGHERTY, | )<br>)<br>) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT BRADFORD'S NOTICE OF**
**JOINING IN DEFENDANT SHAW FAMILY'S MOTION TO TRANSFER**

Defendant Bradford Licensing Associates ("Bradford"), by counsel, hereby provides notice

that it is joining in the Defendant Shaw Family Archives, Ltd.'s ("Shaw Family") alternative

Motion to Transfer filed on July 5, 2005.  In support, Bradford incorporates by reference herein the

Shaw Family's Memorandum of Law in Support of Its Motion to Dismiss or in the Alternative,

Transfer (and attached exhibits) filed on July 5, 2005, as well as Bradford's Memorandum of Law

in Support of Its Motion to Dismiss for Lack of Personal Jurisdiction (and attached exhibits) filed

on July 5, 2005.

Respectfully submitted,


*/S /James M. Hinshaw*
James M. Hinshaw
BINGHAM MCHALE LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN  46204-4900
(317) 635-8900

*Attorneys for Defendants, Bradford Licensing*
*Associates and Shaw Family Archives, Ltd.*

## CERTIFICATE OF SERVICE

I certify that on the 7th day of October 2005, the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

J. Lee McNeely
McNEELY STEPHENSON THOPY & HARROLD
jlmcneely@msth.com

James Braden Chapman, II
Jonathan G. Polak
Amy Wright
DANN PECAR NEWMAN & KLEIMAN
jchapman@dannpecar.com
jpolak@dannpecar.com
awright@dannpecar.com


*/S/ James M. Hinshaw*

995330