IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CMG WORLDWIDE, INC., an Indiana Corporation and MARILYN MONROE, LLC, a Delaware Limited Liability Company, <br><br> Plaintiffs, <br><br> v. <br><br> BRADFORD LICENSING ASSOCIATES, THE SHAW FAMILY ARCHIVES, Ltd., a New York Corporation, JAMES E. DOUGHERTY, and VALHALLA PRODUCTIONS, LLC, a Maine Limited Liability Company, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) Cause No.:1:05-cv-0423-DFH-TAB ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF ORDER IN RELATED CASE

Plaintiffs CMG Worldwide, Inc ("CMG"), and Marilyn Monroe LLC ("Marilyn Monroe"), by counsel, respectfully submit the following notice of the filing of an Order in a related case.

As the Court is aware, the above-captioned case is one of four related cases. On August 8, 2005, United States District Judge Young consolidated these four cases for discovery purposes. *See* D/E 63 in *CMG v The Milton H Greene Archives LLC*, Case No. 1:05-cv-00415-RLY-TAB. Subsequently, Chief Judge McKinney transferred *CMG v Tom Kelley Studios*, Case No. 1:05-cv-00442-LJM-TAB (*see* D/E 62), and Judge Young transferred *CMG v. The Milton H Greene* (*see* D/E 66) to California pursuant to 28 U.S.C. § 1404(a).

Although the Defendants in the fourth related case, *CMG v. de Dienes*, Case No. 1:05-cv-0448-LJM-TAB, had moved to dismiss the Amended Complaint or, alternatively, to transfer that

933775_1 DOC

case to California pursuant to 28 U.S.C. § 1404(a), the de Dienes Defendants have now moved to withdraw their motion to dismiss or transfer, and Chief Judge McKinney has granted this motion. See Exhibit A.

Wherefore, Plaintiffs respectfully ask that, to the extent that this Court finds the Court's Orders in the related cases of *Greene* and *Kelley* relevant to the motion to dismiss or transfer which is pending in this case, the Court also consider the fact that the *de Dienes* case will not be dismissed or transferred but will be litigated in this district.

>
> Respectfully submitted,
>
> DANN PECAR NEWMAN & KLEIMAN, P.C.
>
>
> By:   s/ Jonathan G. Polak
>       Jonathan G. Polak, No. 21954-49
>       Eric M. Hylton, No. 20178-32
>       Amy L. Wright, No. 22241-49
>       James B. Chapman II, No. 25214-32
>       One American Square, Suite 2300
>       Box 82008
>       Indianapolis, IN 46282
>       (317) 632-3232 – Telephone
>       (317) 632-2962 – Facsimile
>
>
> McNEELY STEPHENSON THOPY & HARROLD
>
>       J. Lee McNeely, No. 9542-73
>       30 E. Washington Street, Suite 400
>       Shelbyville, IN 46176
>       (317) 392-3619 – Telephone
>       (317) 835-7777 – Facsimile

## CERTIFICATE OF SERVICE

I also hereby certify that a true and correct copy of the foregoing has been served upon the following by electronic means *via* the Court's digital document delivery system this 30th day of November, 2005:

James M. Hinshaw
Hamish S. Cohen
BINGHAM MCHALE LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204-4900


                                       s/    Jonathan G. Polak
                                             Jonathan G. Polak