IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CMG WORLDWIDE, INC., an Indiana Corporation and MARILYN MONROE, LLC, a Delaware Limited Liability Company, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Cause No.:1:05-cv-0423-DFH-TAB ) ) |
| BRADFORD LICENSING ASSOCIATES, THE SHAW FAMILY ARCHIVES, Ltd., a New York Corporation, JAMES E. DOUGHERTY, and VALHALLA PRODUCTIONS, LLC, a Maine Limited Liability Company, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## MOTION TO WITHDRAW APPEARANCE AND REPRESENTATION

Attorney Eric M. Hylton of the law firm Dann Pecar Newman & Kleiman, One American Square, Suite 2300, Indianapolis, Indiana, 46282, respectfully moves the Court to withdraw his appearance and representation of Plaintiffs CMG Worldwide, Inc., and Marilyn Monroe LLC. Plaintiffs CMG Worldwide, Inc., and Marilyn Monroe LLC will continue to be represented by Jonathan G. Polak and Amy L. Wright who are no longer associated with the law firm of Dann Pecar Newman & Kleiman. Because attorneys Jonathan G. Polak and Amy L. Wright are continuing their representation of Plaintiffs CMG Worldwide, Inc., and Marilyn Monroe LLC, no evidence of written notice to Plaintiffs CMG Worldwide, Inc., and Marilyn Monroe LLC is necessary pursuant to Local Rule 83.7(c).

943263_1.DOC

WHEREFORE, attorney Eric M. Hylton respectfully moves the Court for an Order allowing him to withdraw *instanter* his appearance and representation of Plaintiffs CMG Worldwide, Inc., and Marilyn Monroe LLC, and for all other just and proper relief.

Respectfully submitted,

DANN PECAR NEWMAN & KLEIMAN,
Professional Corporation


By: /s/ Eric M. Hylton
     Eric M. Hylton, #20178-32

DANN PECAR NEWMAN & KLEIMAN, P.C.
2300 One American Square
Box 82008
Indianapolis, Indiana 46282
(317) 632-3232 – Telephone
(317) 632-2962 – Facsimile

2

943263_1.DOC

## **CERTIFICATE OF SERVICE**

      I also hereby certify that a true and correct copy of the foregoing has been served upon the following by electronic means *via* the Court's digital document delivery system this 2nd day of February, 2006:

Jonathan G. Polak
SOMMER BARNARD
jpolak@sommerbarnard.com

Amy L. Wright
SOMMER BARNARD
awright@sommerbarnard.com

James M. Hinshaw
BINGHAM MCHALE LLP
jhinshaw@binghammchale.com

Hamish S. Cohen
BINGHAM MCHALE LLP
hcohen@binghammchale.com


                                        s/    Eric M. Hylton
                                                Eric M. Hylton

943263_1.DOC