# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| CMG WORLDWIDE, INC., an Indiana Corporation and MARILYN MONROE, LLC, a Delaware Limited Liability Company,  )<br>)<br>)<br>)<br>         Plaintiffs,                                             )<br>)<br>v.                                                                           )  Cause No.:1:05-cv-0423-DFH-TAB<br>)<br>BRADFORD LICENSING ASSOCIATES,              )<br>THE SHAW FAMILY ARCHIVES, Ltd.,            )<br>a New York Corporation, JAMES E.                   )<br>DOUGHERTY, and VALHALLA                          )<br>PRODUCTIONS, LLC, a Maine Limited            )<br>Liability Company,                                                 )<br>)<br>         Defendants.                                           ) | |

## ORDER GRANTING MOTION TO WITHDRAW APPEARANCE AND REPRESENTATION

This cause is before Court on attorney Eric M. Hylton's motion to withdraw appearance and representation.

The Court has considered said motion and finds that it should be granted pursuant to Local Rule 83.7(c).

Accordingly, attorney Eric M. Hylton's motion to withdraw appearance and representation is GRANTED *instanter*. Attorney Eric M. Hylton no longer represents Plaintiffs in the above-captioned case, and he need not be included upon any service list in this matter.

ENTERED: February __3__, 2006

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

943316_1.DOC

**Distribution:**

Jonathan G. Polak
SOMMER BARNARD
jpolak@sommerbarnard.com

Amy L. Wright
SOMMER BARNARD
awright@sommerbarnard.com

Eric M. Hylton
DANN PECAR NEWMAN & KLEIMAN
ehylton@dannpecar.com

James B. Chapman II
DANN PECAR NEWMAN & KLEIMAN
jchapman@dannpecar.com

James M. Hinshaw
BINGHAM MCHALE LLP
jhinshaw@binghammchale.com

Hamish S. Cohen
BINGHAM MCHALE LLP
hcohen@binghammchale.com

943316_1.DOC