IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CMG WORLDWIDE, INC., an Indiana Corporation and MARILYN MONROE, LLC, a Delaware Limited Liability Company, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Cause No.:1:05-cv-0423-DFH-TAB<br>) |
| BRADFORD LICENSING ASSOCIATES, THE SHAW FAMILY ARCHIVES, Ltd., a New York Corporation, JAMES E. DOUGHERTY, and VALHALLA PRODUCTIONS, LLC, a Maine Limited Liability Company, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**ORDER GRANTING MOTION TO WITHDRAW APPEARANCE
AND REPRESENTATION**

This cause is before Court on attorney James B. Chapman II's motion to withdraw appearance and representation.

The Court has considered said motion and finds that it should be granted pursuant to Local Rule 83.7(c).

Accordingly, attorney James B. Chapman II's motion to withdraw appearance and representation is GRANTED *instanter*. Attorney James B. Chapman II no longer represents Plaintiffs in the above-captioned case, and he need not be included upon any service list in this matter.

ENTERED: February __3__, 2006

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

943325_1.DOC

**Distribution:**

Jonathan G. Polak
SOMMER BARNARD
jpolak@sommerbarnard.com

Amy L. Wright
SOMMER BARNARD
awright@sommerbarnard.com

Eric M. Hylton
DANN PECAR NEWMAN & KLEIMAN
ehylton@dannpecar.com

James B. Chapman II
DANN PECAR NEWMAN & KLEIMAN
jchapman@dannpecar.com

James M. Hinshaw
BINGHAM MCHALE LLP
jhinshaw@binghammchale.com

Hamish S. Cohen
BINGHAM MCHALE LLP
hcohen@binghammchale.com