UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
SHAW FAMILY ARCHIVES, LTD., EDITH MARCUS,
META STEVENS, BRADFORD LICENSING, INC.,
JAMES E. DOUGHERTY, and VALHALLA
PRODUCTIONS, LLC,

        05 CV 3939 (CM)

     Plaintiffs/Consolidated Defendants,

        DECLARATION OF SERVICE
        BY MAIL

   -against-

CMG WORLDWIDE, INC., an Indiana Corporation,
and MARILYN MONROE, LLC, a Delaware Limited
Liability Company,

     Defendants/Consolidated Plaintiffs.
-------------------------------------------------------------------x

I, Brian L. Greben, declare under the penalty of perjury, pursuant to 28 U.S.C. 1746, as follows:

I am not a party to the action; I reside in Nassau County, New York, and I am over 18 years of age.

On July 9, 2006, I served the within Answer, Affirmative Defenses and Cross Claims, by depositing true copies thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following at the last known addresses set forth below:

   Orin Snyder
   Gibson, Dunn & Crutcher, LLP.
   200 Park Avenue, 47th Floor
   New York, New York 10166

   Jonathan G. Polak
   Sommer Barnard PC
   One Indiana Square, Suite 1500
   Indianapolis, Indiana  46204

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on the 9th day of July, 2006, in New York, New York.

                              BRIAN L. GREBEN (1572)