Case 1:06-cv-02619-CM     Document 9-3     Filed 10/25/2006     Page 1 of 4

**EXHIBIT B**





