**EXHIBIT D**



WASHINGTON SQUARE, IN - 317-899-3198
09/06/2006    04:24 PM
RECEIPT EXPIRES ON 12/05/06

```
059040316    WILL SHORTZ      T    5.56
261040272    BETTY CROCKR    FN    0.94
055020477    M M PNUT BTR    FT    2.00 ↓
016071969    VINTAGE TEES     T    9.99
014131531    ME TRW PANT2     T   27.99
                         SUBTOTAL   46.48
T = IN TAX  6.0000% on   45.54      2.73
                           TOTAL   49.21

*5592  MASTERCARD CHARGE           49.21
```

RECEIPT ID# 2-6249-1214-0080-0967-5
TM#****5933
VCD# 759-253-648

↓ INDICATES SALE PRICE

Save ALL Receipts
Give Gift Receipts & GiftCards
Ask about Receipt Lookup

<----- CUT HERE ----->

**TARGET**

*A Gift for You*

To: _____

From: _____

A receipt dated within 90 days is
required for ALL returns & exchanges.
Giving a gift? Include a gift receipt!

Gift receipts are linked to the
original purchase. Bring the item
and receipt back after the
purchase date and before 12/05/06
for a gift card. Some items
cannot be returned if opened.

RECEIPT ID# 5-6249-1214-0080-0967
TM#****5933
VCD# 759-253-648