**EXHIBIT A**



# Client Overview

## Marilyn Monroe



Bradford Licensing is pleased to announce that it has partnered with Shaw Family Archives to develop a line of merchandise based on over 500 rare and unseen images of Marilyn Monroe. From the early years of Marilyn's career throughout the final days of her life, these images depict the timelessness and beauty of Marilyn, taken by famed celebrity photographer Sam Shaw.

For more information regarding Marilyn Monroe Licensing available from the Shaw Family Archives, please contact Michelle Minieri, Director of Marketing & Licensing, Bradford Licensing Associates at MichelleM@bradfordlicensing.com.

Further information on Sam Shaw and Shaw Family Archives can be found at their website:

www.spc-promotions.com

**No Marilyn Monroe images shall be licensed for sale or



EXHIBIT

I-3

Bradford Licensing Associates: Client Overview: Norma Jeane Licensing Agency     Page 2 of 2

distribution in Indiana or in any jurisdiction that also requires the consent of the right of publicity holder.

---

Home | About Our Company | Client Overview | Bradford Productions | Press Releases
Contact Bradford | Industry Websites | E-Mail



Bradford Licensing Associates: Client Overview - Licensing Agency





## Client Overview

About Our Company

Client Overview

Bradford Productions

Press Releases

Contact Bradford

Industry Websites

Homepage

 **Pepsi**

 **PEZ Candy**

Pepsi-Cola Company spans more than 190 countries and accounts for about one quarter of the world's soft drinks. In 1999 consumers spent about $28 billion on Pepsi beverages.

PEZ Candy is distributed throughout the USA in mass merchandisers, supermarkets, drug stores convenience stores, toy chains, gift stores, video chains, and military distribution.

 **Piping Hot**

 **Panshel's World**

The words Piping Hot have been synonymous with surfing for nearly 25 years. Piping Hot Surfwear originated in the Victorian Town and surfing mecca of Torquay, Australia and quickly grew into a business of great success.

Panshel was originally created in 1996 by Mr. Masaru Houri. The origin was a retrospective Chinese panda character called Poppo Panda that Mr. Houri later gave wings and created in the present 3D computer image.

 **ASPEN**

 **Marilyn's Man**

Founded in the 1940s, Aspen, a name synonymous with a fun and exciting lifestyle, is now expanding its licensing program. Although best known for it's skiing, Aspen, Colorado, enjoys twelve months of beautiful scenery and outdoor adventure. This includes skiing, snowboarding, kayaking, horseback riding, mountain biking and much more

From the early years of Marilyn's career throughout the final days of her life, the Shaw Family Archive photo collection depict the timelessness and beauty of Marilyn, taken by famed celebrity photographer Sam Shaw. Products will range from collectibles, publishing, gift items, apparel, footwear and more, forever capturing Marilyn.

 **Monica Brant**

 **IRONWEAR**

Since the start of her fitness career in 1991 Monica has won several amateur and professional fitness competitions including the Jan Tana Fitness Pro in 1995 and the Fitness Olympia title in 1998, which graduated her to the highest level of her sport.

Ironwear, a name synonymous with safety and protection, is best known for supplying the industrial trade with a variety of safety and protective gear. Currently only available via catalog, Ironwear is now offering licensees the opportunity to tap into this brand's equity and stature in the work wear industry.

 **Click N' Kids**

 **L.A. Sports**

ClickN' Kids has developed the world's most comprehensive online Beginning Reading Program, ClickN' Kids. Their scientifically

Bradford Licensing Associates is pleased to be working with LA Sports to bring this brand to the retail marketplace  Current licensing

EXHIBIT

I-5

based instruction is derived from the extant research literature on effective reading instruction, National Academy of Sciences and National Reading Panel.

opportunities include footwear, headwear accessories, novelties/collectibles and sporting goods.





Mark Bode was born in Utica, New York. He is the son of the legendary cartoonist Vaughn Bode.Mark is best known for his work on COBALT 60 and as the creator of the hit comic Miami Mice. He worked for Heavy Metal Magazine and created the strip Zooks the First Lizard in Orbit

Recognized as the focal dining center in Milan for the fashion industry since the start of Fashion Week in the early 1970's, Bice® provides a true international dining ambiance in a setting noteworthy for its chic, contemporary design, white linens and exotic greenery. The primary focus for Bice® include housewares, home furnishings, and fashion accessories.



EXHIBIT

I-6



**Press Releases**

About Our Company

Client Overview

Bradford Productions

Press Releases

Contact Bradford

Industry Websites

Homepage

<u>Lorena Perone</u> Manager - Public Relations

### Bradford Licensing Associates Announces Marilyn's Man Licensing Program Expansion

[April 4, 2005] Bradford Licensing Associates, licensing agent for Marilyn's Man, the upcoming documentary based upon the early years of Marilyn Monroe is pleased to announce today that a new deal has just been signed through local sub-agent, Biplano Licensing. Grupo Erik Distribuciones in Spain will be manufacturing stationary such as posters, postcards, calendars, school agendas, diaries, blank books and deskmats featuring never before seen images from the documentary film, Marilyn's Man. Merchandise will be distributed throughout Spain and Portugal and is expected out in the market by September of 2005. For more information regarding Marilyn's Man, please contact Michelle Minieri, Director of Marketing and Licensing, Bradford Licensing Associates at 973-509-0200.

### Bradford Licensing Continues to Develop the Pepsi-Cola Beverages International Licensing Program Now with a Nostalgic Feel

[April 4, 2005] Bradford Licensing Associates, the international licensing agency for PepsiCo, Inc., is pleased to announce the repeated success of the licensing program through a new deal just finalized. In the U.S., Bradford Licensing Associates arranged a new deal for Pepsi. Kool Collectibles will be manufacturing and distributing metal signs as die cut arrows, molded bottle caps and bottles featuring the Pepsi and Pepsi-Cola brands with a nostalgic feel for consumers of all ages. Product will be sold throughout the U.K., Germany, France, Italy, Netherlands, Spain, and Australia as well as online. It is expected out in the market by early 05. For more information regarding Pepsi Licensing., please contact Nicole Iozzi, Vice President, and Bradford Licensing Associates at 973-509-0200.

### Bradford Licensing Associates Announces Increased Expansion within PEZ Licensing Program

[April 4, 2005] Bradford Licensing Associates, the exclusive U.S. licensing agent for Pez Candy, Inc. is pleased to announce continual development of the Pez Candy licensing program. Lincoln West Studio will be manufacturing and distributing consumer electronic MP3 players with the PEZ Candy brand. Product is expected out in the market by September 2005 and has already begun to get massive amounts of publicity. Also, both licensees Lotta Luv and Desperate Enterprises have renewed their agreements with Pez Cany, Inc. due to product success. Lotta Luv will continue to develop and distribute cosmetics and bath and



EXHIBIT

I-7

beauty products while Desperate Enterprises will remain with their production of metal signs, thermometers, light switch plates and magnets. For more information regarding PEZ Candy Inc, please contact Michelle Minieri, Director of Marketing & Licensing, Bradford Licensing Associates at 973-509-0200.

## Bradford Licensing Associates and The Bice® Group Join Forces to Develop Worldwide Licensing Program for Bice® Brand

[April 4, 2005]-Bradford Licensing Associates is pleased to announce that it has partnered with The Bice® Group to develop and manage the Bice® licensing program on a worldwide basis. The goal of the program is to offer an exciting, fashion forward and upscale merchandise initially selling at high end department and specialty stores. Renowned around the world since 1926 Bice® has come to be more than just superb fine cuisine but rather a worldwide dining sensation that exemplifies style, class and high profiles but at the same time within the publics reach. With more than 40 Restaurants in over 10 countries worldwide, including the great metropolitan cities of the fashion world such as Milan, New York, Paris, Tokyo, London, Amsterdam, Montreal, Buenos Aires, Miami and Barcelona, Bice® still continues to have the same authenticity as the first day they started in the great city of Milan. The Bice® lifestyle most importantly symbolizes fashion in all of its senses through stylish interiors, stylish patrons and stylish food. Recognized as the focal dining center in Milan for the fashion industry since the start of Fashion Week in the early 1970's and with nine decades of consistent rave reviews for their first-class cuisine and hospitality, Bice® provides a true international dining ambiance in a setting noteworthy for its chic, contemporary design, white linens and exotic greenery. Targeting specialty and upscale retailers, the primary focus for Bice® categories available for licensing include houseware, home furnishings, and fashion accessories. Product is slated to reach the market in late 2005. For more information regarding the Bice® licensing program, please contact Nicole Iozzi, Vice President at Bradford Licensing Associates at 973-509-0200.

## Pepsi-Cola Beverages International Licensing Program Continues to Expand Successfully

[March 14, 2005]- Bradford Licensing Associates, the international licensing agency for PepsiCo, Inc., is pleased to announce the appointment of several new deals, secured through local sub-agents. In Japan, Bradford Licensing Associates arranged a new licensing deal for Pepsi in conjunction with Pepsi sub-agent Phoenix Corporation. Go Forward will be manufacturing and distributing lighters featuring the Pepsi and Pepsi-Cola brands. Product will be sold in Japan and is expected out in the market by early March of 05. Also, in a deal arranged by Bradford with the aid of subagent Euro Lizenzen, Rastal GMBH & Co. KG, a German company, will be producing Pepsi licensed drinking glassware that will be distributed all throughout Europe. Product is expected to launch this June of 05. For further information regarding PepsiCo licensing opportunities, please contact Nicole Iozzi, Bradford

**EXHIBIT**

I-8

Bradford Licensing Associates- Press Releases- Licensing Agency
Case 1:05-cv-00423-DPW    Document 44    Filed 07/25/2005    Page 9 of 15
Page 13 of 15

Vice President, at (973) 509-0200.

## Bradford Licensing Associates Announcing New Deals

[February 27, 2005]- Bradford Licensing Associates, licensing agent for Marilyn's Man, the upcoming documentary based upon the early years of Marilyn Monroe is pleased to announce today that a host of new deals have been signed to expand the Marilyn's Man licensing program.

In recent deals secured through local sub-agent Gaffney International Licensing, Neet Feet in Australia will be manufacturing a stylish collection of slippers, eva thongs and fashion shoes featuring never before seen images from the documentary film, Marilyn's Man. Merchandise will be distributed throughout major department stores in Australia and New Zealand and is expected out in the market by July of 2005.

Also, just signed, Motorola Pty Limited will be producing downloadable Marilyn's Man images onto animated screen savers, wall papers, mobile phone housing/replaceable covers plus movie trailer downloads. All products are projected to reach the market by early April 2005 as well as distributed throughout major channels in Australia and New Zealand.

For more information regarding Marilyn's Man, please contact Michelle Minieri, Director of Marketing and Licensing, Bradford Licensing Associates at 973-509-0200.

## Pepsi-Cola Beverages International Licensing Program Continues to Expand

[February 27, 2005]- Bradford Licensing Associates, the international licensing agency for PepsiCo, Inc., is pleased to announce the appointment of Golden Wheel Die Casting Fty Ltd., secured through local sub-agent Interasia & Associates Inc.

Golden Wheel Die Casting Fty. Ltd. will be manufacturing and distributing die cast collectibles and plastic vehicles featuring the Pepsi, Pepsi-Cola and 7-UP brands. Product will be sold worldwide excluding the U.S. and Canada and is expected out in the market by early March of 05.

For further information regarding PepsiCo licensing opportunities, please contact Nicole Iozzi, Bradford Vice President, at (973) 509-0200.

## Marilyn's Man Licensing Expanding with New Deals

[January 3, 2005]- Bradford Licensing Associates, licensing agent for Marilyn's Man, the upcoming documentary based upon the early years of



Bradford Licensing Associates: Press Releases - Licensing Agency                    Page 10 of 10

## Pepsi-Cola Beverages International Licensing Program Continues to Expand in Taiwan

[May 17, 2004] - Bradford Licensing Associates, the international licensing agency for PepsiCo, Inc., is pleased to announce the appointment of Great Protect Co., Ltd., secured through local sub-agent Interasia & Associates.

Great Protect Co., Ltd. will be manufacturing and distributing a variety of products targeting the scooter/bicycle rider including Gloves, Key Chains, Stickers and Wind/Rain Coats. These items will be available in late 2004 and can be found throughout a variety of distribution channels in the Taiwanese marketplace.

## Bradford Licensing Associates Announces New Deals to the Marilyn's Man program

[May 10, 2004] - Bradford Licensing Associates, licensing agent for Marilyn's Man, the upcoming documentary based upon the early years of Marilyn Monroe is pleased to announce that it has finalized a license agreement with Barewalls Interactive Art Inc. to expand the Marilyn's Man Licensing Program.

Barewalls Interactive Art Inc., the leading print and poster e-tailer boasting more than 150,000 selections in more than 50 categories will distribute never before seen photographs of Norma Jeane/Marilyn Monroe online via www.barewalls.com. These print-on-demand prints will be available in late 2004.

## Bradford Licensing Associates to Develop Licensing Program for Fitness Celebrity Monica Brant

[May 5, 2004] - Bradford Licensing Associates is pleased to announce that it has partnered with Monica Brant to develop and manage the Monica Brant licensing program. The goal of the program is to broaden Monica's already well-known persona into the following categories: apparel, fashion accessories, fitness equipment, fitness videos and publishing.

Monica began her career in the fitness industry in 1991. In 1995 Monica turned pro with Joe Weider's IFBB organization after winning her first title in the Jan Tana Fitness Pro. In 1998 Monica won the Fitness Olympia title raising her to the highest level of her sport.

To date Monica has graced the covers of over 50 magazines, books and calendars worldwide, more than any other fitness competitor in the world. Monica is recognized as the standard by which women's fitness, and now figure competitions, should be judged; feminine muscle with feminine curves.

Monica has changed the way the public views women's health with

**EXHIBIT**

I-10

Bradford Licensing Associates: Press Releases - Licensing Agency     Page 10 of 10

endless requests for appearances and endorsement offers from all over the world.

## Bradford Licensing Associates Announces Appointment of International Representatives to the Aspen Licensing Program

[April 5, 2004]- Bradford Licensing Associates, worldwide licensing agent for the Aspen® brand, is pleased to announce the appointment of additional international representatives. Interasia and Associates has been appointed to represent Aspen® in China, Hong Kong, Indonesia, Malaysia, Singapore, Taiwan, Thailand and Korea; G Squared Promotions, Ltd. for Aspen® in Canada, Mendia Marketing and Licensing Service, SL Spain and Portugal; International Merchandising SRL for Argentina, Paraguay, Uruguay, Bolivia and Euro Lizenzen will be representing the brand in Germany, Austria, Switzerland, Turkey and Benelux. Additional appointments in Australia and Japan are expected to be announced soon.

## Bradford Licensing Associates Announces International Representative Roster to the Marilyn's Man program

[April 5, 2004] - Bradford Licensing Associates, licensing agent for Marilyn's Man, the upcoming documentary based upon the early years of Marilyn Monroe is pleased to announce that it has appointed the following international representatives:

Allsorts Media, Ltd. for The United Kingdom and Ireland; Euro Lizenzen for Germany, Austria, Switzerland, Turkey and Benelux; RMP Licensing for France and Dom Tom; Biplano Licensing SA for Spain and Portugal; G Squared Promotions, Ltd. for Canada. These appointments are in addition to those already announced for BIC in Italy and International Merchandising for S. America.

Additional appointments in Australia, Japan and Asia are expected to be announced soon.

Marilyn's Man will feature never before seen photographs of Norma Jeane/Marilyn Monroe, and these images are available for license.

## Bradford Licensing Associates Announcing New Deals

[March 23, 2004] - Bradford Licensing Associates, the exclusive licensing agency for PEZ Candy, Inc. in North America, announced today that a host of new deals have been signed to expand the PEZ Candy licensing program.

In a deal finalized today by Bradford Licensing Associates, Graphique De France will create a line of PEZ Calendars, Packaged Stationary,



Bradford Licensing Associates: Press Releases - Licensing Agency     Page 12 of 15

Posters, and Greeting Cards. Product will be available through specialty and gift stores.

The Italia Collection will be producing a line of PEZ charms which will be available through gift stores, specialty shops, card shops and mall kiosks.

## Sakamoto Adds New Array of Product to Existing Pepsi License

[March 19, 2004] - Bradford Licensing Associates, the international licensing agent for PepsiCo, Inc., announced today that Sakamoto, of Japan, has added new Pepsi products to its license agreement. Products include: Ballpoint Pens, Mechanical Pens, Pencils, Pencil Toppers, Erasers, Memo, Files and File Boxes. These items will be available throughout a variety of distribution channels in the Japanese marketplace

## Bradford Licensing Associates Announces International Representatives Rosterto the Marilyn's Man program

[March 19, 2004] - Bradford Licensing Associates, licensing agent for Marilyn's Man, the upcoming documentary based upon the early years of Marilyn Monroe is pleased to announce that it has appointed the following international representatives:

Business International Company has been appointed the representative for Italy, the Republic of San Marino, the Vatican City and Italian speaking areas of Malta, while International Merchandising SRL will represent Argentina, Paraguay, Bolivia, Chile and Uruguay.

Additional appointments in Australia, Japan, Canada, Asia, Spain, Germany and The United Kingdom are expected to be announced soon.

Marilyn's Man will feature never before seen photographs of Norma Jeane/Marilyn Monroe, and these images are available for license.

## Pepsi-Cola Beverages International Licensing Program Expanding With New Deals Arranged by Bradford Licensing Associates

[March 8, 2004] - Bradford Licensing Associates, the international licensing agency for PepsiCo, Inc., is pleased to announce the following new international Pepsi licenses, secured through local sub-agent Interasia & Associates.

Shanghai Mianye Industrial Co., Ltd. will be manufacturing and distributing a variety of products including Bedroom Textiles: innerwear,



EXHIBIT

T-12

sleepwear, pajamas, bedding, linens, and pillows. Bathroom Textiles: towels, floor mats, and tissue boxes. Home Furnishings: table cloths, phone mats, and dining mats. These items will be available in late 2004 and can be found throughout a variety of distribution channels in the Chinese marketplace.

P.C. Wong Enterprise Sdn Bhd will be manufacturing and distributing men's and women's footwear. These items will also be available in late 2004 and can be found throughout a variety of distribution channels in the Malaysian marketplace.

## Bradford Licensing Associates Announces Appointment of Representative in the UK

[February 26, 2004] - Bradford Licensing Associates, licensing agent for the Aspen® brand, is beginning to appoint International Representative to the Aspen® licensing program.

In an agreement arranged by Bradford through Aspen®, Licensing Management International has been appointed to represent Aspen® in the United Kingdom and Eire. The goal of the program is to offer exciting and upscale merchandise at affordable mass market and mid-tier retail price points.

Targeting mass and mid-tier retailers, the Aspen® brand has held a record of proven success.

At present, there is a family of Aspen® brands available for licensing ranging from the Aspen® brand to Aspen Sport and Aspen Extreme. Each has its own application and fit among the product categories to which it can be applied. Initial product categories will include apparel and outerwear, leather goods, luggage and travel goods and footwear. Product is slated to reach the market in late 2005.

## Bradford Licensing Associates and Valhalla Productions Join Forces to Develop The Norma Jeane/Marilyn Monroe Limited Edition Collection

[February 3, 2004] - Bradford Licensing is pleased to announce that it has partnered with Valhalla Productions to develop a line of merchandise based around the early years of Marilyn Monroe's life, appropriately titled The Jim Dougherty and Norma Jeane Limited Edition Collection. In addition, there are images from throughout her career, with famed photographer Sam Shaw, titled Shaw Limited Edition Marilyn/Norma Jeane Collection. The birth of these collections stem from the upcoming 92-minute documentary titled Marilyn's Man, a film by Schani Krug.

Through the eyes of Jim Dougherty, Marilyn's first love, the truth about Marilyn's life is revealed from her days as Norma Jeane to the forever loved Marilyn Monroe. Over 500 never before seen photos and clips



EXHIBIT

I-13

make up the film, and these images are now available for license.

The Norma Jeane/Marilyn Monroe Limited Edition Collection of merchandise will draw upon the beauty and timelessness of Marilyn. Products will range from collectibles to publishing, gift items and more forever capturing Norma Jeane and Marilyn.

### Bradford Licensing Associates and Valhalla Productions Join Forces to Develop The Jim Dougherty and Norma Jeane Limited Edition Collection

[February 3, 2004] - Bradford Licensing Associates is pleased to announce that it has partnered with Valhalla Productions to introduce a line of merchandise based around the early years of Marilyn Monroe's life: appropriately titled The Jim Dougherty and Norma Jeane Limited Edition Collection. The birth of this collection stems from the upcoming 92 minute documentary titled Marilyn's Man, a film by Schani Krug.

Through the eyes of Jim Dougherty, Marilyn's first love, the truth about Marilyn's life is revealed from her days as Norma Jeane to the forever loved Marilyn Monroe. Never before seen photos and clips make up the film, and these images are now available for license.

The Jim Dougherty and Norma Jeane Limited Edition Collection of merchandise will draw upon the beauty and timelessness of Marilyn. Products will range from collectibles to publishing, gift items and more forever capturing Norma Jeane and Marilyn.

### Bradford Licensing Associates Announces New License To The PepsiCo Beverages International Licensing Program

[January 22, 2004] - Bradford Licensing Associates, International licensing agency for PepsiCo, Inc., is pleased to announce that its local representative in France, RMP Licensing, has secured a new license for the French marketplace.

E.C.I will be manufacturing and distributing motion light mirrors and clocks. These fun novelty items will be available in 2004 and can be found throughout a variety of distribution channels in Austria, Belgium, France, Netherlands, Germany, United Kingdom, Ireland, Sweden, Finland, Denmark, Spain, Portugal, Italy, Greece, and Luxembourg.

### Bradford Licensing Associates and Aspen Licensing International Join Forces to Develop Worldwide Licensing Program for Aspen® Brand

[January 12, 2004] - Bradford Licensing Associates is pleased to



Bradford Licensing Associates - Licensing Agency







**Bradford Licensing Associates**
209 Cooper Avenue
Upper Montclair, NJ 07043
Tel: 973.509.0200   Fax: 973.509.7419

] E-mail Contacts [

Bradford Licensing Associates, a global licensing firm partners with some of the world's best known logos and trademarks. Established in 1984, Bradford is a full service licensing agency with worldwide brand extension capabilities. We develop licensing programs based on the leading corporate brands, television series and characters, fashion brands, sporting events and non-profit organizations. Bradford is based in Northern New Jersey with offices in New York and Los Angeles. The company maintains a network of agents in all major foreign countries, including Europe, the Asia Pacific Rim, and South America.

Re-Designed by Minieri-Lab



EXHIBIT
I-15

5/13/2005

The Italia Collection    Page 1 of 1

**Collections**      **Wholesale**      **Contact Us**      **Privacy**



**Italia Collectibles**
**Officially Licensed**
**NEW – Mega Links**
**NEW – Jimi Hendrix**
**NEW – Icon Bracelets**
**NEW – Keebler**
**NEW – Pez**
**NEW – Kraft**
**NEW – Dairy Queen**
**NEW – Snapple**
**NEW – Kellogg's**
**NEW – Cheetos**
**NEW – Fritos**
**Bratz**
**Marilyn Monroe**
**Hostess**
**Honeymooners**
**Hawaiian Style**
**Local Motion**
**Nascar**
**Archie**
**Meow Mix**
**Rawlings**
**Morton Salt**
**Sony Day TV**
**Yoo Hoo**
**Fluff Designs**
**I Love Lucy**
**Bewitched**
**Charlie's Angels**
**I Dream of Jeannie**

**Italia Classics**
**Birthday**
**Birthstones**
**The Drive In**
**Everyday Charms**
**Glitterline**
**Hand Painted**
**Love My Pet**
**Dogs**
**Military**
**Sweetheart Line**
**Virtue Line**
**World Flags**
**Zodiac Signs**
**NEW – Earrings**
**Mother's Day**

**Italia Casuals**
**CZ Letters**
**Flat Gold Letters**
**Starters**
**Watches**
**Display Case**
**Linking Tool**



Untitled Document



5/13/2005

**Marilyn Monroe**



| Qty | Stock# | Product Name | Price |
|-----|--------|--------------|-------|
| 0 | MM200 | 7 Year Itch | |



| Qty | Stock# | Product Name | Price |
|-----|--------|--------------|-------|
| 0 | MM201 | In White Swimsuit | |



| Qty | Stock# | Product Name | Price |
|-----|--------|--------------|-------|
| 0 | MM202 | Marilyn Color Photo | |



| Qty | Stock# | Product Name | Price |
|-----|--------|--------------|-------|
| 0 | MM203 | Marilyn in Window | |



| Qty | Stock# | Product Name | Price |
|-----|--------|--------------|-------|
| 0 | MM204 | Marilyn Singing | |



| Qty | Stock# | Product Name | Price |
|-----|--------|--------------|-------|
| 0 | MM205 | Marilyn - Pink Background | |



EXHIBIT

I-19

Case 1:06-cv-02619-CM    Document 10-2    Filed 10/25/2006    Page 19 of 21

Case 1:05-cv-00423-DFH-WTL    Document 44    Filed 07/25/2005    Page 1 of 3
Bradford Licensing Associates - Licensing Agency    Page 1 of 1



**Bradford Licensing Associates**
209 Cooper Avenue
Upper Montclair, NJ 07043
Tel: 973.509.0200    Fax: 973.509.7419

] E-mail Contacts [

Bradford Licensing Associates, a global licensing firm partners with some of the world's best known logos and trademarks. Established in 1984, Bradford is a full service licensing agency with worldwide brand extension capabilities. We develop licensing programs based on the leading corporate brands, television series and characters, fashion brands, sporting events and non-profit organizations. Bradford is based in Northern New Jersey with offices in New York and Los Angeles. The company maintains a network of agents in all major foreign countries, including Europe, the Asia Pacific Rim, and South America.

Designed by ApolloWebDesign.com



Bradford Licensing Associates: Client Overview: Norma Jeane - Licensing Agency    Page 1 of 2



## Marilyn's Man



Bradford Licensing is pleased to announce that it has partnered with Valhalla Productions to develop a line of merchandise based on the upcoming 92-minute documentary titled Marilyn's Man, The Movie, a film by Schani Krug. In this film, there are images of the early years of Marilyn Monroe's life, appropriately titled The Jim Dougherty and Norma Jeane Limited Edition Collection. In addition, there are images from throughout her career, with famed photographer Sam Shaw, titled Shaw Family Archives.

Through the eyes of Jim Dougherty, Marilyn's first husband, the truth about Marilyn's life is revealed from her days as Norma Jeane to the forever loved Marilyn Monroe. Over 500 never before seen photos and clips make up the film, and these images are now available for license.

Marilyn's Man, The Movie merchandise will draw upon the beauty and timelessness of Marilyn. Products will range

http://www.bradfordlicensing.com/client_overview/norma_jeane.html    3/14/2005

Untitled (56).max

Case 1:06-cv-02619-CM     Document 10-2     Filed 10/25/2006     Page 21 of 21

Case 1:05-cv-00423-DFH-WTL     Document 44     Filed 07/25/2005     Page 3 of 3
Bradford Licensing Associates: Client Overview: Norma Jeane - Licensing Agency     Page 2 of 2

from collectibles to publishing, gift items and more forever capturing Norma Jeane and Marilyn.

For more information regarding Marilyn's Man, The Movie, please contact Michelle Minieri, Director of Marketing & Licensing, Bradford Licensing Associates at MichelleM@bradfordlicensing.com.

Home | About Our Company | Client Overview | Bradford Productions | Press Releases
Contact Bradford | Industry Websites | E-Mail