UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
:
SHAW FAMILY ARCHIVES, LTD., :
BRADFORD LICENSING, INC., JAMES E. :
DOUGHERTY, and VALHALLA :
PRODUCTIONS, LLC. :
: 05 CV 3939 (CM)
Plaintiffs/Consolidated Defendants, :
:
v. :
:
CMG WORLDWIDE, INC. and MARILYN : Honorable Colleen McMahon
MONROE, LLC, :
:
Defendants/Consolidated Plaintiffs. :
:
---------------------------------------- :
:
x

# DECLARATION OF MICHELLE M. CRAVEN

Michelle M. Craven, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an associate with the law firm of Gibson, Dunn & Crutcher LLP, attorneys for Defendant/Consolidated Plaintiff Marilyn Monroe, LLC. I respectfully submit this declaration on behalf of Marilyn Monroe, LLC, in support of its Motion for Summary Judgment on Count II Against Shaw Family Archives, Ltd.

2. A true and correct copy of the Second Amended Complaint, filed by Defendants/Counterclaim Plaintiffs CMG Worldwide, Inc. and Marilyn Monroe, LLC, on June 21, 2005 in the Southern District of Indiana, case no. 1:05-cv-00423, in attached hereto as Exhibit A.

3.    A true and correct copy of this Court's Memorandum Decision Regarding Choice of Law, dated May 19, 2006, is attached hereto as Exhibit B.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 25th day of October, 2006, in New York, New York.

_____
Michelle M. Craven

100098719_1.DOC