UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

SHAW FAMILY ARCHIVES, LTD., BRADFORD
LICENSING, INC., JAMES E. DOUGHERTY,
And VALHALLA PRODUCTIONS, LLC.

05 CV 3939 (CM)

Plaintiffs/Consolidated Defendants,

**Honorable Colleen McMahon**

-against-

CMG WORLDWIDE, INC.,
and MARILYN MONROE, LLC,,

Defendants/Consolidated Plaintiffs.
------------------------------------------------------------------x

### NOTICE OF MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of the Motion for Summary Judgment, Rule 56.1 Statement of Undisputed Facts, the Declaration of David Marcus, the Declaration of Larry Shaw, the Declaration of Edith Marcus, the Declaration of Meta Stevens and the Declaration of Len Reiter, Shaw Family Archives, Ltd ("SFA") and Bradford Licensing, Inc. ("Bradford") will move this Court, in the Courtroom of the Honorable Colleen McMahon, United States District Judge, United State Courthouse, 300 Quarropas Street, Room 533, White Plains, New York, 10601, at a time to be determined by the Court, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment against CMG Worldwide, Inc. ("CMG") and Marilyn Monroe, LLC ("MMLLC"), dismissing Count II of defendants' complaint

PLEASE TAKE FURTHER NOTICE that pursuant to the rules of the Hon. Justice Colleen McMahon, answering papers, if any are to be served on counsel for SFA and Bradford two weeks after the receipt of moving papers and reply papers, if any, are to be served five (5) business days after the service of answering papers.

DATED:  New York, New York
        November 29, 2006

Respectfully submitted,

By: _____
David Marcus (DM-0960)
Marcus & Greben
1650 Broadway
Suite 707
New York, NY 10019
Tel: 646-536-7602
Fax: 212-765-2210

Attorneys for Plaintiff/Consolidated defendant SFA, Plaintiff Edith Marcus and Meta Stevens and Consolidated Defendant Bradford Licensing, Inc.