IN WITNESS WHEREOF, the Settlor and the Trustees have signed this Trust Agreement on the date stated on page one.

_____
SAM SHAW, Settlor and Trustee

_____
META STEVENS, Trustee

_____
EDITH MARCUS, Trustee

STATE OF New York )
: ss.:
COUNTY OF New York )

On this 4th day of October, 1994, before me personally came SAM SHAW, to me known and known to me to be the person described in and who executed the foregoing instrument and who acknowledged that he executed the same.

_____
Notary Public

THERESA S. TARLOWE
Notary Public, State of New York
No. 41-4764466
Qualified in Queens County
Term Expires March 30, 1996

STATE OF New York )
: ss.:
COUNTY OF New York )

On this 4th day of October, 1994, before me personally came META STEVENS, to me known and known to me to be the person described in and who executed the foregoing instrument and who acknowledged that she executed the same.

_____
Notary Public

THERESA S. TARLOWE
Notary Public, State of New York
No. 41-4764466
Qualified in Queens County
Term Expires March 30, 1996

- 16 -

0092N

STATE OF New York )
                    : ss.:
COUNTY OF New York )

On this 4th day of October, 1994, before me personally came EDITH MARCUS, to me known and known to me to be the person described in and who executed the foregoing instrument and who acknowledged that she executed the same.

_____
                    Notary Public

THERESA S. TARLOWE
Notary Public, State of New York
No. 41-4764466
Qualified in Queens County
Term Expires March 30, 1996

- 17 -

0092N

## SCHEDULE A

The following photographs, negatives and transparencies constitutes the original principal of the Trust Fund:

0092N

## INVENTORY OF PHOTOGRAPHS

### MEN

WOODY ALLEN

FRED ASTAIRE

WARREN BEATTY

IRVING BERLIN (COMPOSER)

HUMPHREY BOGART

MARLON BRANDO

RICHARD BURTON

JOHN CASSAVETES

MARC CHAGALL

MONTGOMERY CLIFT

GARY COOPER

ARRON COPELAND (COMPOSER)

MARCEL DUCHAMP (WITH DUKE ELLINTON ON THE SET
           RECORDING "PARIS BLUES"), etc.

PETER FALK

CLARK GABLE    (DANCING WITH MARILYN MONROE/SELECTED AS ONE
               OF THE BEST HOLLYWOOD PHOTOS 50 YEAR EDITIONS
               "LIFE MAGAZINE" AND BOOK), etc.

CARY GRANT

FERNAND LEGER

PAUL NEWMAN

GREGORY PECK

OMAR SHARIFF

LOUIS ARMSTRONG

SEAN CONNERY

TONY CURTIS

MILES DAVIS

VITTORIO DE SICA

DUKE ELLINGTON

JOHN FORD

BEN GAZZARA

DIZZY GILLESPIE

IRA GERSHWIN

REX HARRISON

SESSU HAYAKAWA

WOODY HERMAN

ALFRED HITCHCOCK (DIRECTOR)

WILLIAM HOLDEN

JOHN HUSTON (DIRECTOR / ACTOR / WRITER)

BURT LANCASTER

FRANK LOESSER (COMPOSER - GUYS AND DOLLS)

ARTHUR MILLER (WRITER, PLAYWRITE)

GERRY MULLIGAN

DUDLEY NICHOLS

JACK PALANCE

OTTO PREMINGER (DIRECTOR)

ANTHONY QUINN

SIR CAROL REED

JEAN RENOIR (DIRECTOR)

ROBERTO ROSSELLINI

0092N

PETER SELLERS

IGOR STRAVINSKY

LUCHINO VISCONTI (DIRECTOR)

JOHN WAYNE

ORSON WELLES

D.F. ZANUCK (LONGEST DAY)

GROVER CLEVELAND ALEXANDER

PAUL ANKA

ROMARE BEARDENR

CHARLES BRONSON

JAMES COBURN

JOE DIMAGGIO

KIRK DOUGLAS

JAMES GARDNER

PAUL GONZALVEZ

BUDDY GUY

LAWRENCE HARVEY

JOHNNY HODGES

TAB HUNTER

PAUL JENKINS

PAPPA JOHN

GENE KELLY

LEE MARVIN

FRED MCMURRY

WYNTON MARSALIS

MARCELLO MASTROIANNI

JAY MCSHAN

ZERO MOSTEL

DAVID NIVEN

PETER O'TOOLE

SATCHEL PAGE

ANTHONY PERKINS

PINETOP PERKINS

SIDNEY POITIER

RYUICHI SAKAMOTO

DAVID SANDHORN

FRANK SINATRA

JACK TEAGARDEN

ROBERT WAGNER

CAT ANDERSON

JAMES BALDWIN

COUNT BASIE

THE BEATLES

BRANDON BEHAN

JEAN PAUL BELMONDO

YUL BRYNER

OSCAR COHEN

EDDIE CONSTANTINE

POPS FOSTER

BENNY GOODMAN

ROBERT GRAVES

FRED HOYLE

JACK LESBERG

STEVE MCQUEEN

MEZZ MEZZROW

MOUSTACHE

PABLO NERUDA

JACQUES PERVERT

BUD POWELL

SERGE REGGIANI

PEEWEE RUSSEL

LUCKY THOMPSON

WEEGEE

ELI WEISEL

THOMMY YOUNG

TED ALLAN

ALLAN ARKIN

SIDNEY BECHET

MILTON BERLE

SEYMOUR CASSEL

JEAN COCTEAU

SAMMY DAVIS JR.

MOISHE DAYAN

PHILIPPE DE BROCCA

MARCEL DUCHAMPS

EDDIE FISHER

LEWIS GILBERT

BEN HECHT

IRVING KIRSHNER

MAX LERNER

STANLEY MANN

HUGUES PANASSIE

GREGORY RATOFF

DON RICKLES

MARTIN RITT

ROBERT ROSSEN

AL RUBAN

JONAS SALK

ARTIE SHAW

PHIL SILVERS

JOE STEIN

ED SULLIVAN

BILLY WILDER

MAX YOUNGSTEIN

ROME

PARIS

JAPAN

VIENNA

SPAIN

PORTUGAL

URSULA ANDRESS

LAUREN BACALL

CAROLE BAKER (LIFE COVER)

INA BALIN (LIFE COVER)

ANNE BAXTER WITH ALFRED HITCHCOCK

INGRID BERGMAN - THE VISIT IN DEPTH

CLAIRE BLOOM

CAPUCCINE

CLAUDIA CARDINALE

LESLIE CARON (AND CHILD)

DIAHANN CARROLL

GERALDINE CHAPLIN

BRITT ECKLUND

MIA FARROW

JANE FONDA

JUDY GARLAND

FRANCOISE GILLOT (PICASSO, MOTHER OF PALOMA)

LILLIAN GISH WITH CAROLE LYNLEY

JULIE HARRIS

DEBRA HARRY "BLONDIE" (ROCK STAR)

DOLORES HART

RITA HAYWORTH

AUDREY HEPBURN

ISABELLA ALBONICO (ITALY)

ELENI ANNOUSAKIS (ZORBA)

FRANCOISE ARNOU (FRANCE)

DIANE BAKER

BARBARA TAYLOR BRADFORD (WRITER)

FRANCOISE BRION

ELLEN BURSTYN

MADAME CACCACYONIS (105 YEARS OLD) (ZORBA)

JULIE CARMEN

DIAHANN CARROLL AND BILLY STRAYHORN "ON" PIANO

"CRAZY HORSE WEST" GIRLS BACKSTAGE AND ON STAGE

AFDERA FRANCINA (MRS. HENRY FONDA)

LEILA KEDROVA (FRANCE)

KAY KENDALL (ENGLAND)

AZIZI JOHARI (KILLING OF A CHINESE BOOKIE)

SOPHIA LOREN

MARGARET LEIGHTON (ENGLAND)

PIA LINDSTROM

GINA LOLLABRIGIDA

GINA LOLLABRIGIDA (AS A CLOWN)

ANNA MAGNANI

SYLVANA MANGANO

DOROTHY MCGUIRE

MELINA MERCOURI

DINA MERRILL

MARILYN MONROE

FRANCE NUYEN (CHINESE)

0092N

GERALDINE PAGE

IRENE PAPPAS (GREECE)

PAULA PRENTIS WITH WOODY ALLEN

LEE REMICK (LIFE COVER)

DEBBIE REYNOLDS

ENGLISH BEAUTIES (SHIRLY MC FIELDS)

XAN CASSAVETES

VALENTINA CORTESE (ITALY)

CRETE WOMEN

LINDA CRISTOL

MIRIAM DAVIES, CECIL B. DEMILLE AND IRVING HOFFMAN

YAEL DAYAN

IRENE DEMICH

CHANA EDEN (ISRAELI)

NANNETTE FABRAY

SHIRLEY ANNE FIELDS

MEG FOSTER

MADAME GILLES

ZSA ZSA GABOR

SAMANTHA JONES (CANADA)

MARY LEATHERBEE (LIFE MOVIE ENTERTAINMENT EDITOR)

DORIAN LEIGH

TINA LOUISE

LISA LU (OPPOSITE MARLON BRANDO)

CAROLE LYNLEY

KATHY MARTIN

0092N

HAYLEY MILLS

JANET MUNRO

JULIE NEWMAR

BARBARA PARKINS (PEYTON PLACE (CANADA)

PINA PELLICER (MEXICO - OPPOSITE MARLON BRANDO)

JOANNA PETIT

DEBORAH RAFFIN

GENA ROWLANDS

ELIZABETH TAYLOR

PAOLA FRANCIA (MRS ORSON WELLES)

LILLIAN GISH

KATHY JURADO

ANNA MAGNANI

EDNA O'BRIEN

MRS BUDD POWELL

JEAN SEBERG

ROMY SHNEIDER

SIMONE SIGNORET

MARINA VLADY

MOLLY WALLACE (IRISH HORSEWOMEN)

NATALIE WOOD

JOANNE WOODWARD

_____
SAM SHAW, Settlor