**Exhibit F**






# Copyright Office of the United States

## THE LIBRARY OF CONGRESS

# Certificate of Recordation

THIS IS TO CERTIFY THAT THE ATTACHED DOCUMENT WAS RECORDED IN THE COPYRIGHT OFFICE ON THE DATE AND IN THE PLACE SHOWN BELOW.

THIS CERTIFICATE IS ISSUED UNDER THE SEAL OF THE COPYRIGHT OFFICE.

DATE OF RECORDATION

18Jun98

| VOLUME | PAGE |
|---|---|
| 3417 | 745 |
| VOLUME | PAGE |
|   |   |

OFFICIAL SEAL

*Marybeth Peters*

Register of Copyrights and Associate Librarian for Copyright Services

V3417 D745                                                           V3417 D745  Page 1

                         LAW OFFICE              TO           19143593704   P.01

## ASSIGNMENT OF COPYRIGHT

### REGISTRATION NO TX2-400-879

WHEREAS, hereinafter THE SUCCESSOR in interest to a published book known as "Marilyn Among Friends" hereinafter THE SUCCESSOR and

WHEREAS, the publication, "Marilyn Among Friends" was registered with the Copyright Office on or about September 6, 1988 as a collective work under Registration number TX2-400-879 for Sam Shaw and Norman Rosten and

WHEREAS, the publication of the text contained therein photographs create by Sam Shaw who is the copyright owner thereof;

NOW, in consideration of the aforesaid, THE SUCCESSOR, hereby assigns and transfers to Sam Shaw, residing at New York, his heirs, executors, administrators, successor and his assigns, all of "THE SUCCESSORS" right, titl and interest in and to the photographs created by the author which appear in the aforesaid Book as may have or have not been previously registered with the United States Copyright office, including any statutory copyright, together with the right to secure renewals and extensions of such statutory copyright throughout the world, and enforce actions against any infringements, past, present and future, for the full term of said copyright or statutory copyright and any renewal or extension thereof which is or may be granted throughout the world.

IN WITNESS WHEREOF, SUCCESSOR has caused the execution of this instrument this November 1997

                                    THE PUBLISHER
                                    By: _Patricia Rosten_____
                                        Patricia Rosten as heir and
                                        successor in interest to
                                        Norman Rosten

Sworn to before me this Dec 11, 9

_____
NOTARY PUBLIC

UNITED STATES COPYRIGHT OFFICE

DATE OF RECORDATION (Assigned by Copyright Office) JUN 18 199_

| Month | Day | Year |
|---|---|---|

Volume __3417__ Page __745__

Volume _____ Page _____

REMITTANCE _____

--- Do not write above this line ---

Before you complete this form, please read the instructions on the reverse side. If additional space is needed, use white 8½ x 11 inch paper.

Attachments to Cover Sheet? Yes ☐ No ☒ If so, how many? ____

FUNDS RECEIVED _____

**To the Register of Copyrights:**
*Please record the accompanying original document or copy thereof.*

Name of the Party or Parties to the Document Spelled as They Appear in the Document
Party 1: (assignor, grantor, etc.) __Patricia Rosten__  Party 2: (assignee, grantee, etc.) __Sam Shaw__

**Description of the Document**
☒ Transfer of Copyright  ☐ Termination of Transfer(s) [Section 304]  ☐ Transfer of Mask Works
☐ Security Interest  ☐ Shareware  ☐ Other _____
☐ Change of Name of Owner  ☐ Life, Identity, Death Statement [Section 302]

Title(s) of Work(s), Author(s), Registration Number(s), and Other Information to Identify Work
Title: __MARILYN AMONG FRIENDS__  Author(s): __Sam Shaw & Norman Rosten__  Registration Number: __TX 2-400-879__  Registration Date/Year: __9/6/1988__

☒ Document is complete by its own terms.
☐ Document is not complete. Record "as is."

Number of titles in Document __1__

Amount of fee enclosed or authorized to b_ charged to a Deposit Account $20.00

Deposit Account number __N/A__
Deposit Account name __N/A__

Date of execution and/or effective date of accompanying document __December 11 1997__

**Affirmation:** I hereby affirm to the Copyright Office that the information given on this form is a true and correct representation of the accompanying document. This affirmation will not suffice as a certification of a photocopy signature on the document.
(Affirmation *must* be signed.)

Signature: /s/ Sam Shaw
Date: May 1, 1998
Phone Number: (914) 359-8231  Fax Number: (914) 359-3704

**Certification:** Complete this certification in addition to the Affirmation if a photocopy of the original signed document is submitted in lieu of a document bearing the actual signature.
I certify under penalty of perjury under the laws of the United States of America that the accompanying document is a true copy of the original document.

Signature: /s/ Sam Shaw  DAVID MARCUS
Duly Authorized Agent of _____  Notary Public, State of New Y_
Date: May 1, 1998  No. 02MA6031123
Qualified in New York Count_
Commission Expires Jan. 5, 20_

Sworn to me this 1st da_

RECORDATION WILL BE MAILED IN A WINDOW ENVELOPE TO THIS ADDRESS:
Name: Sam Shaw
Number/Street/Apt: 143 Independence Avenue
City/State/ZIP: Tappan, NY 10983

- Complete all necessary spaces
- Sign your cover sheet in Space 9
1. Two copies of the Document Cover Sheet
2. Check or money order payable to Register of Copyrights
3. Document

MAIL TO:
Library of Congress
Copyright Office
Documents Recordation Section, LM-462
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*Knowingly and willfully falsifying material facts on this form may result in criminal liability. 18 U.S.C. §1001.