State of New York
Surrogate's Court, County of New York

Probate Proceeding, Will of

MARILYN MONROE,

Deceased.

Notice of Probate

P 2781 .......... 1962

Notice is hereby given that the Last Will and Testament of

MARILYN MONROE

late of the City of New York, County of New York and State of New York has been offered for probate in the Surrogate's Court of the County of New York, that the proponent of said Will AARON R. FROSCH residing at No. 10 West 86th Street, New York, New York

and that the following are the names and post-office addresses of the legatees, devisees and other beneficiaries as set forth in the petition herein who have not been cited or have not appeared or waived citation; and as to such persons as are infants or incompetents, the names and post-office addresses of the persons to whom an additional copy of the Notice of Probate is required to be mailed:

| Name | Post-Office Address |
|---|---|
| PATRICIA ROSTEN, an infant | 84 Remson Street, Brooklyn, New York |
| NORMAN and HEDDA ROSTEN, on behalf of infant, PATRICIA ROSTEN | 84 Remson Street Brooklyn, New York |