SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------X
Proceeding by ANNA STRASBERG, as
Administrator c.t.a. of the Last Will
and Testament of MARILYN MONROE,
Deceased, for an Order for Advice
and Direction as to the Propriety,
Price, Manner, and Time of Entering
Into a Merchandising Licensing
Agreement Using the Name, Trademarked
Signature, and Likeness of Marilyn
Monroe, Deceased,

                      Petitioner.
------------------------------------------X

FILE NO. P2781/62

VERIFIED PETITION
PURSUANT TO
SCPA §2107
FOR ADVICE
AND DIRECTION

TO: THE SURROGATE'S COURT OF THE COUNTY OF NEW YORK

    It is respectfully alleged:

    1.    I, ANNA STRASBERG, Petitioner, am domiciled at 135 Central Park West, New York, New York 10023. I am duly qualified to act as Administrator, c.t.a. of the Last Will and Testament of Marilyn Monroe.

    2.    Marilyn Monroe, the decedent above named, died on August 5, 1962 in Los Angeles, California. At the time of her death, she was a resident of the County of New York, and State of New York. She left a Last Will and Testament which was duly admitted to Probate by this Court.

    3.    Letters Testamentary and Letters of Trusteeship were duly issued by this Court on October 30, 1962 to Aaron R. Frosch as the sole Executor and the sole Trustee of the Monroe Estate. This Court revoked the above referenced Letters of Testamentary to Mr. Frosch, and appointed Petitioner, Administrator, c.t.a. by