# MARILYN MONROE PRODUCTIONS, INC.

444 EAST 57TH STREET

NEW YORK 22, N.Y.

ELDORADO 5-2325

March 29, 1962

*Please speak to Micky Rudin about this ... There is a ... legal matter I believe.*

20th Century Fox Film Corporation
Los Angeles, California

Gentlemen:

This will serve as your authority to deliver

all salary and expense account checks to

Cherie Redmond.

Very truly yours,

MARILYN MONROE PRODUCTIONS, INC.

By
    Its President

**EXHIBIT 30**