PROPERTY FROM THE ESTATE OF

# MARILYN MONROE
AND OTHER COLLECTIONS

Julien's

June 4th, 2005

329

# PROPERTY FROM THE ESTATE OF
# MARILYN MONROE
### AND OTHER COLLECTIONS

Live and Online Auction
Saturday June 4th 2005 2:00pm

Barclay Butera, Inc.,
169 North LaBrea Ave.
Los Angeles, CA 90036

## Exhibition Schedule

**New York**
Planet Hollywood
Collection Highlights
May 17th – 20th
11:00am – 1:00am daily

**Los Angeles**
Full Collection
Barclay Butera, Inc.,
May 31st – June 3rd
10:00am – 5:00pm daily

### Sale Inquiries

Julien's Auctions
P.O. Box 691789
West Hollywood, CA 90069
Phone 310 836 1818
*www.juliensauctions.com*

330

286
**BANK BOOK**
A Bowery Savings Bank book having Marilyn's deposits and withdrawals from February 29, 1956 to January 3, 1962. Also present is original slipcase.

3 1/2 X 4 2/8 inches
**ESTIMATE: $700-$900**



287
**INVITATION WITH HANDWRITTEN NOTATION**
A personal invitation to join the founding members of the exclusive Hollywood Museum Associates Board of Directors. In part: *"The Hollywood Museum Associates Board of Directors extends to Marilyn Monroe the honor to become one of the founder members, and to enjoy the full privileges of its association with the county of Los Angeles Hollywood Motion Picture and Television Museum."* Also present are two typed related notes and an architectural rendered image of the museum. One of the notes dated April 9, 1962 includes a handwritten notation in Marilyn's hand, accepting the invitation. In full: *"Yes, I'll do it – make out check please."*





331





194
**BANK SAVINGS BOOK**
A City National Bank of Beverly Hills bank statement book. Marilyn's name appears written in ink and stamped inside on the first page "NOV 17 '61" and her account balance of $40,000.00.

3 1/4 X 5 1/2 inches
ESTIMATE: $600-$800

**187**
**SCREEN ACTORS GUILD**
**MEMBERSHIP CARD**
Marilyn's 1960-1961 Screen Actors Guild Membership card together with a receipt dated May 1, 1961 indicating that she paid her $80.00 in dues.

2 1/2 X 3 1/2 inches
**ESTIMATE: $1,000-$1,500**



**188**
**CALENDAR**
A 1955 'Golden Dreams' calendar featuring a sprawling nude image of Marilyn Monroe laying on red velvet from the famed Tom Kelly session in 1949. Later the session was re-named the "Red Velvet" images.

12 X 22 inches
**ESTIMATE: $100-$200**

