STATE OF NEW YORK
COUNTY OF

DESIGNATION BY MARILYN MONROE, RESIDENT
OF THE STATE OF NEW YORK, PURSUANT TO
SECTION 227 OF THE CIVIL PRACTICE ACT.

On this 19th day of February, 1959,

Before me, Robert H. Montgomery, Jr., a Notary Public in and for said County and State,

MARILYN MONROE, residing at 444 West 57th Street, New York, N. Y., being of full age, pursuant to Section 227 of the Civil Practice Act, does hereby designate the firm of PAUL, WEISS, RIFKIND, WHARTON & GARRISON, 575 Madison Avenue, New York, N. Y., or any partner thereof, to receive and accept service on her behalf of a summons or any process or other paper in any court in New York in any action brought by IRVING L. STEIN against her on four promissory notes guaranteed by her dated February 19, 1959, during her absence from the State of New York.

This designation shall be irrevocable and remain in force only so long as said notes are unpaid.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 19th day of February, 1959.

                                                  Marilyn Monroe

In the Presence of:

Robert H. Montgomery Jr.

EXHIBIT 43