Shaw Family Archives © 2003
Page 1 of 1



For Business and Licensing Issu
contact Larry Shaw at: 845.359.



Home

Shaw Family Archives

Case 1:06-cv-02619-CM   Document 20-5   Filed 11/30/2006   Page 3 of 8
Case 1:05-cv-00423-DFH-WTL   Document 27-2   Filed 05/27/2005   Page 7 of 7   1 of 1



Home



Sam Shaw's photographs of Marilyn Monroe    Copyright ©2002    1 of 20

©Shaw Family Archives

Home

**Marilyn Monroe**
**Shaw Family Archives ©2003 All rights reserved. Photos by Sam Shaw.**



Home

**Marilyn Monroe**
Shaw Family Archives ©2003 All rights reserved. Photos by Sam Shaw.



Home

**Marilyn Monroe**
**Shaw Family Archives ©2003 All rights reserved. Photos by Sam Shaw.**



**Home**

**Marilyn Monroe**
**Shaw Family Archives ©2003 All rights reserved. Photos by Sam Shaw.**



Home