# Picture of the Month

Tingling with a sense of timeliness and sparked by the always-topical motivation of a man's love for a beautiful girl, M-G-M has conceived a real excitement-exciter in "Never Let Me Go".

It's lusty, gusty adventure, Gable-style, with all the unexpected twists and sudden turns of a taut suspense thriller.



Clark Gable has never been more the man of action ... sailing on a mission of danger ... battling a storm at sea ..., and finally winding up with a breakneck climax in which to save himself and his sweetheart he drives his car off the pier into the sea!

So real it seems to be happening on top of you, "Never Let Me Go" introduces Gable, as a hardened, hard-hitting foreign correspondent. After his first tantalizing encounter with the bewitching ballerina, Gene Tierney, they both know love will never let them go.

They marry, honeymoon happily at a Baltic Sea resort, and then ... Gable is ordered back to the U. S. His bride is wrenched from him at the airport and held captive in a maze of red tape and intrigue. From here on, it's Gable against a whole government. And he dedicates himself to a daring plan to get her back.

Remembering an off-shore raft they used at the honeymoon resort, he cleverly arranges to meet Gene there on a night her ballet troupe is due to dance at the resort. His journey across the intervening expanse of sea is fraught with peril. At last, he reaches the rendezvous but the plan backfires. He must swim ashore after her. Thus begins a terror-taut sequence of suspense seldom matched for tenseness of pace and wildness of chase.

We can't tell you more about "Never Let Me Go" without taking the edge off a great adventure. We'd rather keep you on the edge of your seat.

\* \* \*

M-G-M presents CLARK GABLE and GENE TIERNEY in "NEVER LET ME GO" with Richard Haydn. Screen play by Ronald Millar and George Froeschel. Adapted from the novel "Come the Dawn" by Roger Bax. Directed by Delmer Daves. Produced by Clarence Brown.

2

## JOHN J. O'CONNELL
*Editor*

ROBERT C. ATHERTON      LEWIS W. GILLENSON
*Executive Editor—Art*      *Managing Editor—Photos*

KATHRYN BOURNE      SHIRLEY BARDEN      ANTHONY C. LA SALA
*Fiction Editor*      *Copy Editor*      *Layout*

ANTHONY D. CUZZARDO, JR.      HARRIET LA BARRE, JAMES H. STREET, JR.
*Production*      *Associate Editors*

RICHARD E. BERLIN      HARRY M. DUNLAP
*President*      *Publisher*

## MAY, 1953

### STORIES

THREE CHAMPIONS  Mel Heimer  58
AN ACT OF FAITH  W. L. Heath  74
THE FAT GIRL  Stanley Ellin  80
THE BABY SITTER  Emily Neff  88
CAST THE FIRST SHADOW  Marc Brandel  92
FEVER OF LOVE  Vera Hycz  98

### ARTICLES

MEDICAL HYPNOSIS  Ann Cutler  14
MARILYN MONROE  Robert L. Heilbroner  38
WHY MEN PICK THE WRONG WOMEN  Amram Scheinfeld  50
THE HOTELKEEPER AND THE MADONNA  Joan and David Landman  64
BIRDMAN OF ALCATRAZ  Thomas E. Gaddis  68
THE TWO RED BARBERS  W. C. Heinz  104
WHAT MAKES A WOMAN ATTRACTIVE?  Maggi McNellis  122

### PICTURE ESSAY

FLIGHT ANGEL  Photos by Genevieve Naylor  112

### SERVICE

WHAT'S NEW IN MEDICINE  Lawrence Galton  22
PRACTICAL TRAVEL GUIDE  Edward R. Dooling  28
THE COSMOPOLITAN LOOK  Virginia C. Williams  32
DIRECTORY OF SCHOOLS, COLLEGES, AND CAMPS  124

### FEATURES

WHAT GOES ON AT COSMOPOLITAN  4
MOVIE CITATIONS  Louella O. Parsons  6
LOOKING INTO PEOPLE  Amram Scheinfeld  12
THE CHAMP  Paul Gardner and John Friedkin  24
JON WHITCOMB'S PAGE  86
THE LAST WORD  152
LOOKING INTO JUNE  152

### COMPLETE MYSTERY NOVEL

SUSPICION ISLAND  John D. MacDonald  129

Vol. 134, No. 5



**COVER** *A girl with a background like old-time melodrama, Marilyn Monroe was an orphan, a child bride, and a teen-ager who in high-school plays frequently had to play boys' roles because she was a string bean. Here she is today.*

PUBLISHED MONTHLY BY THE HEARST CORPORATION, 57TH STREET AT EIGHTH AVENUE, NEW YORK 19, N. Y. YEARLY SUBSCRIPTION PRICE IN UNITED STATES AND POSSESSIONS, AND CANADA, $4.00. RE-ENTERED AS SECOND-CLASS MATTER, MARCH 25, 1952, AT THE POST OFFICE, NEW YORK, N. Y., UNDER THE ACT OF MARCH 3, 1879. AUTHORIZED AS SECOND-CLASS MAIL, POST OFFICE DEPARTMENT, OTTAWA, CANADA. COPYRIGHT 1953, BY THE HEARST CORPORATION. ALL RIGHTS RESERVED UNDER TERMS OF THE FOURTH AMERICAN INTERNATIONAL CONVENTION OF ARTISTIC AND LITERARY COPYRIGHT.

**Marilyn Monroe** (continued)

# Question: Dumb blonde or bluntly honest?

Doctrine than ballyhoo. There's the terrific wallop that Marilyn herself packs. "Everything that girl does is sexy," says Joseph Cotten, her co-star in "Niagara." "She can't even light a cigarette without being sexy. A lot of people—the ones that haven't met Marilyn—will tell you it's all just publicity. That's malarky. They've tried to give the same publicity build-up to a hundred girls. None of them took. This girl's really got it."

### A Flair for Doing Things Wrong

Part of "it" is a natural flair for doing or saying precisely the wrong thing at the right time. When a press agent posed her with four servicewomen for a routine picture, Marilyn managed to lean over distractingly. Result: officials refused the picture. Marilyn quipped, "Why, I thought everybody was looking at my grand marshal's badge."

Asked casually what she wore to bed, Marilyn answered, "Chanel Number Five."

Asked if she liked sun-bathing, she replied, "No, I like to feel blonde all over."

Asked about sex, she said, "Sex is part of nature. I'd rather go along with nature."

"She's all in character," explained one publicity man. "When the calendar story came out, she didn't pussyfoot or deny it. She said, 'Sure I posed. I was hungry.' And what could have been a black eye turned into a terrific publicity boost. This girl's a natural, not a phony. She doesn't put on sexiness like a slinky dress. She *is* sexiness. All these wise remarks and all this cheesecake wouldn't mean a thing if the girl herself didn't just ooze it."

But the institutional Monroe is only part of the Monroe story. Behind the face and figure is a Cinderella script so downright improbable that even Hollywood would reject it as corn.

The script begins nearly twenty-seven years ago (making Marilyn four years older than her studio admits), when one Norma Jean Mortenson was born to Edward Mortenson, a baker who was shortly thereafter killed in an automobile crash, and Gladys Pearl Mortenson, onetime film cutter for RKO. The mother was unable to care for the child, and in a dozen years Marilyn was handed over to as many foster parents, as well as to an orphanage.

One family made her recite, "I promise, God helping me, not to buy, drink, sell, or give alcoholic liquor while I live; from all tobaccos I'll abstain, and never take God's name in vain." The next family gave her empty liquor bottles to play with. Another set of foster parents forbade her to go to the movies. "If the world came to an end with you sitting in the movies, do you know what would happen?" they asked her. "You'd burn along with all the bad people." But when Norma Jean went to her next "home," her new parents played bit parts in the movies, dressed her up in a hula skirt, and gave her lessons in knife-throwing and juggling.

At nine, she entered the Los Angeles Orphans' Home. Here she got her first job, helping in the pantry for five cents a month. After a while, she got a raise; she started washing dishes for ten cents a month.

### A Real Home with "Aunt Anna"

After the orphanage came more moves —Marilyn was in and out of so many families she finds it a little confusing to sort them out—and then the one break that may well have prevented tragedy. She was taken in by Mrs. E. Anna Lower,

(continued)



THIS WILLING BUT TOO SEXY POSE *caused gasps, was refused by recruiting bureaus.*

40



## WOMEN IN 75 COUNTRIES USE TAMPAX

Tampax is the kind of monthly sanitary protection that does appeal to millions of modern, progressive American women ...that's to be expected. But all those other countries...ruled more firmly by tradition ... what's the secret of its success there?

Well, what could be more traditional than for a lady to be ladylike...dainty ...feminine? With Tampax you can feel serene, perfectly poised, on "those difficult days." For Tampax does away with bulky, external pads...does away with chafing and irritation...even prevents odor from forming. Worn internally, there are no belt-lines or ridge-lines to "show."

Doctor-invented Tampax is made of pure white surgical cotton in throw-away applicators. Your hands need never touch the Tampax. And it's so small a month's supply fits in your purse.

Join the millions who get easily disposable Tampax regularly. It's on sale at drug and notion counters everywhere. Three absorbencies: Regular, Super or Junior. Tampax Incorporated, Palmer, Massachusetts.



Regular TAMPAX

Accepted for Advertising by the Journal of the American Medical Association

42

# Marilyn Monroe (continued)



**AT LOS ANGELES COLISEUM** *football game, Marilyn got more eyes than the game as she was rushed across the field by a publicity man.*

of West Los Angeles, a warm, understanding woman. Living with "Aunt Anna," the frightened, stuttering, fantasy-absorbed little girl began to emerge as a person. She took part in high-school plays —boys' parts because she was a string bean—and conceived a devotion for Mrs. Lower that never diminished.

But the shuttle was not yet over. Mrs. Lower was taken ill, and Marilyn—Norma Jean, that is—was forced to make two more moves. She ended up with Mr. and Mrs. Goddard and their two daughters, in the San Fernando Valley. But until Aunt Anna died, Marilyn constantly visited her and sought her guidance.

At fifteen, Marilyn was just a good-looking kid who wore too much make-up. She got a crush on Jim Dougherty, the president of the student body at Van Nuys High School. "She was sweet and innocent," he writes. "She had a typical adolescent crush on me, things like liking me in white shirts and being fascinated by my mustache." But what might have been only a high-school romance took a more serious turn when the Goddards decided to move to West Virginia. Grace Goddard put Norma Jean's fate squarely up to Dougherty. "We can't take her with us," she told him, "and Aunt Anna hasn't the money to keep her

(continued)



## ENJOY A
## QUÉBEC VACATION

### IT IS DIFFERENT!

Tour the rugged picturesque Gaspé Peninsula, the mighty St. Lawrence river, the deep swift-flowing Saguenay, the beautiful Laurentian Mountains, and the Eastern Townships, with their countless sparkling lakes and rivers. Visit the famous shrines and churches of French-Canada and enjoy old-time hospitality in comfortable modern inns and hotels.

LA PROVINCE DE



To help plan your vacation, write for free road maps and booklets to: Provincial Publicity Bureau, Parliament Buildings, Québec City, Canada; or 48 Rockefeller Plaza, New York 20, N.Y.

44

**Marilyn Monroe** (continued)



**"GENTLEMEN PREFER BLONDES,"** with Charles Coburn, stars her.

# Current loves—DiMaggio,
# Tolstoy, and Emerson

now. Unless you marry her, she'll have to go back to the orphanage."

Thus on June 19, 1942, three weeks after Norma Jean had turned sixteen, Jim Dougherty took for his lawful wedded wife the girl who was to become America's number-one sex institution.

But Norma Jean was not yet Marilyn Monroe. She asked Grace Goddard before the wedding if she could be "just friends" with her husband. She had read a book on marriage and "was shaking so she could hardly stand," Dougherty recalls. (They were divorced in 1946, and he has since remarried. He is now on the Van Nuys police force.)

Except for her days with Aunt Anna, marriage was the first security Norma Jean had ever known. Dougherty says she used to call him "Daddy" and would talk for hours about her forlorn early life.

When Dougherty shipped off in the merchant marine, Norma Jean got a job inspecting parachutes. She began to do

some photography modeling, too. In one month, she appeared on the covers of four magazines. Twentieth Century-Fox gave her a screen test. Leon Shamroy, an Academy Award cameraman who made her color test, says, "When I first watched her, I thought, This girl will be another Harlow. I still think so. Her natural beauty plus her inferiority complex gave her a look of mystery." Twentieth Century-Fox signed her for a year at $125 a week.

### Broke, She Posed for That Calendar

Like a thousand other hopefuls, Norma Jean Mortenson—now officially Marilyn Monroe—found there was a lot more to getting into the movies than just getting inside a studio. After a year, Twentieth Century-Fox dropped her. Then she got a tiny part—one minute on the screen—in a Marx Brothers picture. She toured for the Marx Brothers and returned to Hollywood, broke.

To make ends meet, she returned to

(continued)

# Tab O

May 31, 1976    Vol. 5 No. 21

# People



Earl remembers Ava, 16



Norton Simon mellows, 46



Ethel Kennedy wins, 55

**4    Mail**

**16    Up Front**
A boil over a "boring" biography, Frank Sinatra is suing Earl Wilson——Denmark's Queen Margrethe is a Bicentennial tourist of few words——Timothy Leary, the ex-LSD guru, ponders a new orbit

**31    Lookout**
Wine taster Peter Hanns Kornell——Novelist Sarah Patterson

**34    On the Move**
Former V.P. Spiro Agnew plugs his new novel

**36    Star Tracks**
William Calley's nuptials——Expectant Cher——Elizabeth Ashley——Dina Merrill and Senator Schweiker——Steven Ford——Marilyn Monroe's first husband, James Dougherty

**43    Sequel**
Midway survivor George Gay relives a historic WW II sea battle

**46    Bio**
Mellow multimillionaire Norton Simon gets it all together

**55    Party**
Ethel Kennedy turns Hickory Hill into a who's zoo

**58    In His Own Words**
Author Joe McGinniss searches for an American hero

**62    Off the Screen**
Kathleen Lloyd debuts at the top—with Brando and Nicholson

**64    In Style**
Régine, France's queen of the scene, adds New York to her empire

**68    Medics**
Dr. Harlan Bigbee battles the puppy boom with the Pill

**71    Spirit**
A West German pastor fights to keep war-damaged Vietnamese kids

**72    Couples**
What makes Bruce Jenner run? His feminist wife, Chrystie

**76    People Puzzle**

**78    Teacher**
Students find fossils and inspiration with Raymond Alf

**80    Chatter**

Cover photograph by Peter C. Borsari/Camera 5

PEOPLE WEEKLY is published weekly, except one issue at year end, $26 per year, U.S. and Canada only, by Time Inc. 541 N. Fairbanks Court, Chicago, Ill. 60611. Principal office: Rockefeller Center, New York, N.Y. 10020. James R. Shepley, President; Edward Patrick Lenahan, Treasurer; Charles B. Bear, Secretary. Second-class postage paid at Chicago, Ill. and at additional mailing offices. Authorized as second-class mail by the Post Office Dept., Ottawa, Canada and for payment of postage in cash. Direct subscription inquiries to PEOPLE WEEKLY, Time & Life Building, Chicago, Illinois 60611. Send all other mail to PEOPLE WEEKLY, Time & Life Building, Rockefeller Center, New York, N.Y. 10020. The editors assume no responsibility for unsolicited photographs and manuscripts, which must be accompanied by a self-addressed stamped envelope if the material is to be returned. © 1976 Time Inc. All rights reserved. Reproduction in whole or in part without written permission is prohibited.

3

CONTINUED



## MM's first husband waxes nostalgic∨

"She would have been 50 this June," said James Dougherty as he gazed at a likeness of his former wife, Norma Jean Mortenson, during a visit to San Francisco's Wax Museum at Fisherman's Wharf. "If I hadn't gone into the Merchant Marine during World War II, she would still be Mrs. Dougherty today." But their marriage (at left), the first for both, lasted only four years.

Dougherty became a Los Angeles cop, remarried and had three children. Norma Jean (16 when the pair wed) metamorphosed into Marilyn Monroe. "Our life was idyllic, sexually and otherwise," claims Dougherty, who has written a book about it. (Norma Jean thought differently.) Now retired and living in Mohave, Ariz., Dougherty has no Pygmalion desire to bring this waxwork version back to life. "I only ever knew Norma Jean," he says. "I never knew Marilyn Monroe."

WOLPER PRODUCTIONS INC.

38

# Tab P



CHOREOGRAPHER GEORGE BALANCHINE
Who wants to see a pig jump?

V 63 — 4

JAN 25

54

# CINEMA

## Storybook Romance

At the 20th Century-Fox studio one day last week, Publicist Boss Harry Brand answered his telephone. Marilyn Monroe, the studio's No. 1 star, was calling from San Francisco. "I promised to tell you," said Marilyn, "when I was going to get married, so you can tell all my friends. I'll be married at city hall at 1 p.m." Then she hung up. Brand wasted no time



Associated Press
JOE DIMAGGIO & BRIDE
From dead end to blue Cadillac.

in calling every friend he could think of—including the A.P., U.P. and I.N.S.

An hour later, when Marilyn and former New York Yankee Slugger Joe DiMaggio, 39, arrived at San Francisco's city hall, their secret was known to a milling crowd of fans jammed in the third-floor corridor. Newsmen and photographers kept the couple busy for half an hour. "Hey Joe," they shouted. "kiss her again!" (He did.) "How many children you going to have?" Joe: "We expect one; I guarantee that." Marilyn: "I'd like to have six."

The ceremony, before Municipal Court Judge Charles Peery, lasted only three minutes. Then the bride & groom dashed unwittingly down a dead-end corridor, pushed their way back, finally drove off in Joe's blue Cadillac. Muttered Judge Peery glumly: "I forgot to kiss the bride."

The Los Angeles *Herald Express* was dewy-eyed: "It could only happen here in America, this storybook romance . . . Both of them . . . had to fight their way to fame and fortune and to each other; one is a birthday suit, as a foundling and later as a calendar girl; the other in a . . . baseball suit."

To Hollywood know-it-alls, the news came as something of a surprise, even though the happy couple had been going steady for two years. But Marilyn herself is a girl who is full of surprises. At 27, she is the most talked-about new star since Jean Harlow. Her figure (5 ft. 5½ in., 118 lbs., bust 37 in., hips 37 in., waist 24 in.) inspires admiring whistles across the land. But she has sustained interest in herself not only as a pretty blonde, but

also as a shrewd one capable of self-expression (*i.e.*, on avoiding excessive sun-bathing: "I like to feel blonde all over"). She has also proved, to the surprise of many critics, that she can sing, dance and act (*Gentlemen Prefer Blondes, How to Marry a Millionaire*). Now seriously concerned about her career, she walked out on her studio a fortnight ago, just before she was to begin work on a musical called *Pink Tights*, a remake of Betty Grable's *Coney Island* (1943). The studio suspended her, but two days after the wedding announced that all was forgiven if Marilyn would only come back to work.

On their wedding night, the honeymooners did their best to dodge newsmen, finally hid out at a $6-a-night motel in Paso Robles, Calif. Seventeen hours later, they disappeared again in Joe's blue Cadillac. When she is settled down Marilyn plans to commute between her studio and San Francisco, where Joe is a public-relations executive for a spaghetti firm. Cracked a Fox official: "We didn't lose an actress; we gained an outfielder."

## On Again, Gone Again

"Bergman's Back!" cried the newspaper ads. But no sooner was the famed film star on again than she was gone again. *The Greatest Love*, the second picture Ingrid has made since she threw up her Hollywood career to marry Italian Moviemaker Roberto Rossellini, was masbooked into 67 neighborhood theaters in Greater New York last Monday, yanked out again on Thursday. The reason was painfully apparent to those who saw the picture. Written and directed, like Ingrid's last picture, *Stromboli*, by husband Rossellini, it is a murky turkey that gabbles about Christianity and Communism. "The fault," wrote New York *Times* Critic Bosley Crowther, "is quite plainly not Miss Bergman's . . . It is notable that [she] has grown older gracefully, with more strength and beauty in her eternally interesting face."

## The New Pictures

**It Should Happen to You** (Columbia). Gladys Glover (Judy Holliday) is a nobody with an all too mortal longing to be a Somebody. Fired from her job in a Manhattan garment mine, she heads for Central Park to have a daydream of grandeur. Wistfully she gazes at a big, empty billboard on Columbus Circle, imagining how her name would look there in 12-ft. letters: GLADYS GLOVER. What happens next is a hilarious example of dumb-blonde logic. Since her name would look wonderful on the sign, and since she has $1,000 in the bank, why not rent the sign and put her name on it?

She does—and nothing happens. Then everything begins to happen at once. A dashing young soap millionaire (Peter Lawford) dashes after her, demanding her billboard at several times the rent and her body at any price short of matrimony. Before Gladys is through, she

has parlayed her single billboard into six strategically located billboards in midtown Manhattan.

Soon the whole town is talking about the "mystery girl." Crowds mob her at Macy's, TV types paw her, the soap man bills her in a big ad campaign as "the average American girl," the Air Force hails her as "The Girl We'd Most Like to Be Up in the Air With." Gladys has at last become a Somebody. But there is a moral: a Somebody is sometimes only a nobody that everybody has heard about. With this thought in her pretty head, she is patiently led away by the boy (Jack Lemmon) she has really loved all along.

The comedy situation is worked for all the laughs it's worth by Scripter Garson Kanin and Director George Cukor. It gets more from the faultlessly schooled comedy of Actress Holliday and a fresh, sharply timed performance by Actor Lemmon, making his screen debut.

In *It Should Happen to You*, Judy plays, for the fourth time in a row, essentially the same poor man's *Pygmalion* that won her an Oscar two years ago for the screen version of her 1946 Broadway hit, *Born Yesterday*. Practice has made her almost perfect in the part. She seems an incarnation of the big-city blonde who is so dumb that she doesn't even know she's beautiful.

All this makes a little masterpiece of Judy's big seduction scene, in which she drifts dazedly down the old millstream of her instincts (absent-mindedly slipping off her shoes and undoing an earring), right to the crucial point when she de-



PETER LAWFORD & JUDY HOLLIDAY
From nobody to Somebody.

members that Lawford had billed her as "the average American girl," who shouldn't be doing such things. Nevertheless, Judy is so good at this one role that it would be interesting to see her play another one.

**Man in the Attic** (20th Century-Fox. Jack (*Shane*) Palance is a movie heavy so heavy that he makes Jack the Ripper seem no more than a sort of lovable nuisance.



Do

whe

CALL YO

TIME, JANUARY

# Tab Q



SONGSTRESS—Patricia Morison, who moves after a series of nonmusical roles and exploited her fine vocal talent in 460 performances of "Kiss Me, Kate" in New York, intends to continue her singing on stage, in movies, night clubs—even grand opera. The dark-haired, winsome actress is enjoying a "vacation" by working in local hotel.

## SO MOVIES FINALLY DISCOVER PATRICIA MORISON CAN SING

### BY JOHN L. SCOTT

How many careers can an actress have? Patricia Morison says there's no limit, since she's starting her third and intends to continue right on through all the departments of show business, excluding, perhaps, the circus.

Patricia is enjoying a "vacation" after several years of acting in movies (her first career) and, more recently, 480 consecutive performances as the feminine star of "Kiss Me, Kate" on the New York stage (her second career).

### So Vocally Squawked

This so-called holiday consists of singing every night and one matinee at the Cocoanut Grove.

So you've been going to movies for years and you didn't know Patricia Morison could sing? Paramount producers didn't know it either, apparently, because the dark-haired, blue-eyed actress made her film debut as a female gangster in the late '30s and continued in such roles until she squawked—unmusically. So they put her in westerns.

Strangely enough, the young woman was brought to Hollywood from a musical stage show. "Two Bouquets," produced in 1937 by Marc Connelly. It ran only three months.

Of course Miss Morison's career is no exception. Anne Jeffreys, who starred in "Kate" on the road and is now doing the role in the Broadway company created by Patricia, had exactly the same experience during her chorus career — gangsters and westerns. Janet Blair, star of the touring "South Pacific," is another example of vocal talent going unused in pictures.

Miss Morison, however, isn't mad at anyone. She thinks perhaps Hollywood did her a favor, in a way.

"Kiss Me, Kate" definitely has given her professional career a new, sensational lift. She has a commitment to star in the London company of "Kate," the Cole Porter-Spewack musical comedy based on Shakespeare's little Elizabethan slapstick, "Taming of the Shrew."

### Loves to Sing

Between now and January, when she will hang her beret tamkard and sing "I Hate Men" to British playgoers, Pat wants to do a lot of warbling in movies, television, night clubs, etc:

"I love to sing," the slender, blue-eyed actress told me between rehearsals for her Grove engagement. "I just want to go on singing forever.

*Turn to Page 3, Column 1*

## Martyrdom Real in 'Quo Vadis'

### Times on Overseas Phone Told About Troupe's Trials

### BY EDWIN SCHALLERT

It's hotter than ...

"It rained," concluded my good friend Robert Taylor over ...

"We're trying our best to be [...] behind," departed Sam Zambalis[...]

"When we will finish ..."

climaxed Robert Taylor, "but we're all hoping to be back by Christmas."

Four faint voices over the transatlantic telephone from Rome told of the latest progress and conditions surrounding the filming of MGM's $6,000,000 spectacle adapted from the famous novel by Henryk Sienkiewicz, which has had a great reading public through the years.

### Extended Schedule

Six million dollars is the latest figure bared through the grapevine regarding the film's cost. If I remember rightly, original estimates were about $4,000,000 and certainly not more than $5,000,000. There was talk then of midnight completion rather than a Christmas return.

But added costs and extended schedules are the exigencies of picturemaking on the grand scale. Especially is this true in foreign countries.

From present indications "Quo Vadis" will well repay the studio for its efforts. It probably will be the most elaborate semihistorical picture of all time. It will have the proper atmosphere and will breathe authenticity because it is being produced in Rome.

### May Top Spectacles

Pictures of this character, especially with religious themes, pay well. Estimates on C. B. De Mille's "Samson and Delilah" are that it will gross $20,000,000 throughout the world, and "Quo Vadis" may even surpass that.

The Rome interviewees exuded enthusiasm, heat or no heat. Actually it has been one of the hottest summers ever in Italy. Robert Taylor was the main spokesman.

"We're really not ahead or behind schedule because we didn't set a definite date," he said. "Presidents, of course, have said 'Quo Vadis' might go well over into the new year. We're trying to be optimistic about Christmas.

### Physical Difficulties

"From our standpoint the physical aspects are difficult. We have to face that. It would be much easier for us to do a picture in, say, Colorado Springs. The Italians might, in turn, find that a problem.

"Deborah Kerr can speak from a comparative standpoint about the heat here. She was in Africa a rather a tough time.

"One of my most difficult scenes was the one where I lead a driven a chariot with a span of horses across a wide area at top

*Turn to Page 5, Column 4*



MAMMOTH SPECTACLE [...]

ACTOR TURNS 'DOCTOR'—Ronald Reagan prescription for filmdom's ailments. Here, Warner Bros.' "Storm Warning," a drama.

## Ronald Reagan 'S to Prescribe Cure

### BY HEDDA HOPPER

When dining with Ronald Reagan recently, I asked what he thought was wrong with the movie industry.

"Hopper," said he, with a grin, "are you trying to get me to stick my neck out again?" I rolled up that I had something like that in mind. As president of the Screen Actors' Guild he's stuck his neck out so often I figured once more wouldn't hurt.

"Well," said he, "I speak as an actor who depends upon the industry for my living, so my criticism is meant to be constructive.

### Casting Important

"According to research, the biggest single factor in bringing people into the theaters is casting. And by this, I don't mean the use and combination of a few star names. Right casting is important down to the last supporting player.

"The present system of casting is bad for pictures and death for actors. A man, for instance, may do an outstanding bit in one picture, a producer, seeing the picture, says, 'That guy certainly knows

*Turn to Page 5, Column 4*

how to play that he can't play the [...] he'll be type[...] the time; and [...]

"And produce to cure the problem through new are thrown in hardline. They the training. There's nothing how business once done in always use chances at a

New Fa

"But don't thoroughly in They're the [...] ness, as most think you'll more than an profession, di Kerr star talent.

"We have [...] [...]ared in the Sc the greatest p days, that has had. But the [...]talent, but so talent saw some on one of ou[...]

## Wolves Howl for 'Niece' Just Like Marilyn Monroe

### BY PHILIP K. SCHEUER

Just about the time the late great Prof. Lambert, xylophonist extraordinary used to go into the climax of his act, a comely strip-teaser would appear on the stage behind him and go into HERS. Launching "The Stars and Stripes Forever" or some such rousing air, the professor would whip himself into more and more frenzied paroxysms as the applause grew to thunderous proportions, unable to contain his glee at the mounting ovation.

The cheers were all for the stripper, of course, but Prof. Lambert never let on that he knew, until the very last. Then he would turn and wrathfully empty the contents of a seltzer bottle upon the gal who had stolen his show.

### Audiences Go Wild

Marilyn Monroe has yet to do a strip-tease and nobody has drafted, even, a bop at her—but her mere entrance into a couple of movie scenes has had much the same devastating effect on audiences. When Marilyn did Groucho Marx in "Love Happy," every wolf in the house howled in lusting pursuit. And with Marilyn called crooked lawyer Louis Calhern "Uncle" in the Asphalt Jungle" there wasn't a male within miles who

didn't find himself hankering for a nice "niece" like her. You see, Calhern wasn't really her uncle at all.

Marilyn herself grew up in Los Angeles, only a wolf call away from hundreds of unsuspecting readers of this page, under the name of Norma Jeane Dougherty. The early death of her father and the prolonged illness of her mother made her practically an orphan. She was adopted by family friends, the E. S. Goddards, and she also lived with an aunt, Mrs. Anna Lower. She always wanted to be an actress—and now, at 22, she is. A regular 20th Century-Fox contract actress.

### First Tribal Failed

Marilyn, or Norma, was under contract to 20th before, but it didn't take. After completing her schooling at Emerson Junior High School and Van Nuys High, she started modeling "to keep eating." There was one month when her photographs made four or five magazine covers.

"Howard Hughes saw me," the relates, "and so did 20th Century-Fox. Hughes was in the hospital following his airplane accident, and the photos were shown to him there. But 20th

*Turn to Page 5, Column 3*



ORPHAN NO LONGER—Marilyn Monroe, reared by guardians here, has been "adopted" by 20th Century-Fox—second time—and is now on her way to screen heights. Even since she called Louis Calhern "Uncle" in "The Asphalt Jungle," the wolves have been howling for a ward like her.

# Drama

Los Angeles Times SUN., AUGUST 27, 1950—Part IV 5

'HIGH AND DRY'—Dave Le Grant and Julia Van Zandt illustrate the title of the new musical at Las Palmas.

## Reagan Offers His Cure for Ailing Film Industry

Continued from First Page

advertising and publicity. I think that pictures are being released with less people knowing about them than in any other time in our history.

### Millions Don't Attend

"Did you know there are 65,000,000 people who don't go to the movies with any degree of regularity? Most of them are over 30 years of age. That's the group we need to bring back into theaters.

"We've been using the selling psychology of the carnival midway, whose sole object is to shill people into the shows and get their quarters. Of course, the majority of the public, once fooled, is likely not to return."

"How about message films?" I asked.

"I don't believe any subject is bad so long as the picture is good," he said. "The trouble is this. Some producer turns out a good film. It's successful. So we get a dozen or so cheap imitations.

### Time Change Suggested

"Exhibitors could do a little experimenting themselves. Let them try shifting their show time, for instance. The average American probably would like to go to theaters at 8:15 in the evening. But if he does, under the present system, he arrives right in the middle of a picture.

"Double features, in a sense, are good for actors, because that means more work for us in making them. Yet, thousands stay away from theaters because of them. You usually have to sit through a stinker to see a good one. Exhibitors through a little experimenting could find out what most pleases the majority of theatergoers."

"Do you believe bad publicity brought on by misbehavior of some of our stars hurts pictures much at the box office?" I asked.

### Re-education Needed

"To some extent, undoubtedly," said he. "But that's because we've had such a poor public relations system. We've got to let the public know what the average actor is like. People misbehave everywhere. But their deeds, measured against those of good citizens, are seen in their proper proportion and don't hurt business. That's what we've got to teach the public about Hollywood."

"Now, he added, "have I stuck my neck out far enough?"

"I don't think you'll get it chopped off," said I. "But what about your own picture work?"

### Career Going Well

"I think we've got a good, solid picture in 'Louisa,' with Charles Coburn and Spring Byington out at U.I.," he replied. "I have 'Storm Warning' with Ginger Rogers and Doris Day coming at Warners. That's about the Ku Klux Klan; I'm doing 'Bedtime for Bonzo,' in which I'll try to steal scenes from a chimpanzee.

"Then, after all these years, I finally snagged a western with Pine and Thomas. It's called 'The Last Outpost.' My screen career is in good shape."

(Released by Chicago Tribune-N.Y. News Syndicate, Inc., 1950)

## Patricia Can Sing, Films Finally Find

Continued from First Page

right now that she makes grand opera before she is through with a vocal career.

"I have studied long and hard and there is a new deal on now in opera," she said. "You don't have to be a 200-pound foreigner to qualify with the new managements."

Besides her extensive film experience and the 660 performances in "Kiss Me, Kate," Patricia has dabbled a bit in television.

"I come through pretty well," she said with a smile. "As a matter of fact, after a guest spot with Milton Berle I received more fan mail than any one appearance brought me before. Television is going to be a tremendous thing for actors and singers some day."

### Faces Bright Future

Miss Morison gives the impression she knows where she is going in show business. She has endured the periods of frustration that sooner or later assail every film actress and emerged facing a very bright future because of her beautiful singing voice.

Her first picture part was a moneymad female gangster in "Persons in Hiding," written by J. Edgar Hoover. When she does "Song of Norway" on the screen critics will be justified in saying the star certainly has run the schema gamut.

Yet Patricia knows where she

## 'Passage to Cairo'

## Wolves Howl for 'Niece' Like Marilyn

Continued from First Page

tested me first—in color—and signed me for a year.

"I worked in one picture, 'Scudda Hoo, Scudda Hay'—a little tiny part, but they cut me out.

### Dropped Again

"After that they dropped me. Columbia signed me, put me in a nine-day musical—'Ladies of the Chorus,' in which I ended up as Queen of Burlesque—and dropped me after six months.

"By then I had really begun to take it seriously, wanting to act. But I realized I hadn't learned how, and I was pretty miserable. I had finished school at 16, married at 17 and been divorced at 18—never mind who. It was a mistake and he has since remarried. Now it seemed it was my fate to be hired and tossed out by one studio after another.

"Things were tough. I paid myself a good coach, Natasha Lytess, took a room at the Studio Club, limited myself to two meals a day—breakfast and dinner—and went back to modeling. I went without new clothes, everything, earning just enough to pay the rent and take my lessons.

### Got One-Minute Scene

"One day an agent, not my own, stopped me and told me Lester Cowan, producing 'Love Happy,' was looking for someone 'just your type' for added scenes. I rushed over and was hired on the spot. Groucho Marx directed the scene himself—and this time I not only got on the screen, but stayed there one full minute. I could hardly believe it."

Cowan made the most of that minute. He persuaded Marilyn to go on tour, plugging the picture, on the ground it would be good experience. It was. Marilyn plugged "Love Happy" in New York, Detroit, Chicago and other cities—meeting the press, taking bows for charity, appearing on TV. The day after she returned, 20th sent for her. She was asked if she could dance, and when she answered "a little" she was given a part as one of Mme. Adelaide's four girls in "Ticket to Tomahawk."

### Hall Part Reading

The day she got back from THAT movie, filmed in Colorado, Marilyn received a call from MGM Producer Arthur Hornblow and Director John Huston to read for the role of Angela in "The Asphalt Jungle." Both approved, and Marilyn heard herself calling Louis Calhern Uncle Lon. Huston, she reports, was "very inspiring and very encouraging," and Calhern advised her, "You stick with it, kid."

Marilyn did. In no time at all 20th's Joseph Mankiewicz had looked at "Asphalt Jungle" and picked her to play Miss Caswell in "All About Eve." (Sardonic George Sanders introduces her as "Miss Caswell, a graduate of the Copacabana School of Arts"—a would-be actress who, unlike Miss Monroe, doesn't quite make the grade.)

"It was only a small part, but I was thrilled to be working with Sanders, Bette Davis and Anne Baxter—to say nothing of going from one Academy Award director to another."

### Signed for Keeps

When Darryl Zanuck saw the rushes he sent for Marilyn's agents and signed her up for keeps. She has since tested for the lead opposite Richard Conte in "Cold Shoulder," which is now undergoing a rewrite job. She even met Zanuck, finally—and he told her he has plans for her future.

Anyone with half an eye would. Blue-eyed, blond, 5-foot 5½-inch Marilyn is a slick chick off screen as well as on. She also has the kind of poise that should protect her in the clinches. I mention this, to be sure, merely in the spirit of a kindly uncle.

## Musical May Follow Pal's Science Films

George Pal believes that after he produces "When Worlds Collide" at Paramount, followed probably by "The Last Man in

TRAVEL NOTES

## Early Fall Air Tours to Caribbean Planned

Late summer and early fall travelers have an unusual opportunity to visit the islands of Puerto Rico, Haiti, Cuba, Jamaica and the Dominican Republic in a new series of two-week air cruises starting from New York, reports American Express Travel Service.

The new air cruises provide an average of three days in each of the semitropical islands with first class accommodations in luxurious hotels and local sightseeing on an independent [illegible]

[illegible]

## Stars Tell Quo Vadis Film Woes

Continued from First Page

speed in the worst kind of [illegible]. It wasn't the acting—it was the waiting for the cameras to roll."

Taylor said the only way he found it best to settle down in Italy as if it were his home for the time being. Barbara Stanwyck joined him during the latter part of July and they have been residing in an apartment.

"I can't get her to eat spaghetti, though," said Bob, "and in Italy that handicaps your diet."

### Misses Husband

Miss Kerr also has taken an apartment, but she said she misses Tony Bartley, her husband, who was in England at the time I spoke to her. Tony pays frequent visits to the location, and Miss Kerr said they had had many other visitors also.

Taylor said the Italian movie fans are the most courteous he has ever met anywhere.

"They are content to stand by, watch and wave at you. They are seldom vociferous in their demonstrations. They have seen many of our more recent pictures, and consequently they know a great deal about a newer and younger generation of players."

Among the more cherished experiences Taylor had while in Italy, he said, was his audience with the Pope, "which took place very early," and his visit to the Island of Capri.

### Four Interpreters

Zimbalist, the producer of "Quo Vadis," brought out the fact that Director LeRoy needed four interpreters for various larger scenes in the picture, because in the complement of players and supernumeraries there were Italians, French, Germans and others.

LeRoy asserted he has as many as 14 assistants, and that the picture was shot generally for nine or 10 hours a day. He doubted he would want to begin another "Quo Vadis" when this is completed.

The scope of the undertaking may be gleaned from these statistics:

| | |
|---|---|
| Principals required in speaking roles | 100 |
| Extras in one single scene | 7,000 |
| Costumes | 10,000 |
| Props for sets | 67,000 |
| Animals, including 30 lions, quite apart from MGM's own Leo | 200 |

"Quo Vadis" took two years of advance preparation under the supervision of Henry Henigson, production manager. It has drawn its cast from America, England, Italy itself, and other countries.

Painting Honors Puerto Rican So...

MEXICO $220 ... $165 FUN-ON-A-BUDGET TOURS

SPANISH FRENCH — GERMAN • Enroll any time for any modern language. BERLITZ Approved for Veterans

EUROPE BY STEAMSHIP $288 UP ROUND TRIP BY PLANE $428 UP ROUND TRIP 52 DAY S.S. TOUR—7 COUNTRIES $895 W. J. Hutchinson Travel

EUROPE MEXICO, SOUTH AMERICA Around the World HONOLULU D. F. ROBERTSON 5478 Wilshire Blvd.—WY. 5902

MEXICO All Expense Economy Air Tours 8 Days $169 The Peck-Judah Co., Inc.

FOR TRAVEL Everywhere by All Means SEE US or SEND 20¢ FOR OUR TRIPLIST

FREIGHT BOAT TRAVEL SERVICE

MEXICO ... for your VACATION LATIN AMERICA TRAVEL SERVICE

ALBERTSEN

COME TO MEXICO TRAVEL CENTER "AA Tours Are Best" Since 1930

HAWAII 25 Day Escorted Cruise Tours HENRY MIELE TRAVEL SERVICE 689 SO. GRAND AVE. MA. 9-2581 OFFICIAL AGENTS FOR ALL LINES

MEXICO VACATION BARGAINS ALL EXPENSE AIR TOURS 8 Days of Adventure.. $169 CALIFORNIA TOURIST BUREAU

YOU CAN'T BEAT A FALL CARIBBEAN CRUISE

Sail away on the vacation of a lifetime to seven of the Caribbean's most interesting places. Your modern, air-conditioned Alcoa ship is your home the entire trip. And what a trip it will be! The tiled, outdoor pool will be the center of much of your daytime living ... The staterooms are all outside amidships and have private baths. Cruise Director aboard to help plan your entertainment and shore trips. Moving pictures, bingo, parties. And cuisine that passengers say is perfect. Write today ...

Wolves Howl for 'Niece' Just Like Marilyn Monroe
PHILIP K SCHEUER
Los Angeles Times (1886-Current File); Aug 27, 1950; ProQuest Historical Newspapers Los Angeles Times (1881 - 1985)
pg. D1

# Drama-Arts

Los Angeles Times    SUNDAY MORNING, AUGUST 27, 1950    Part IV



SONGSTRESS—Patricia Morison, who quit movies after a series of unrewarded roles and exploited her fine vocal talent in 600 performances of "Kiss Me, Kate" in New York, intends to continue her singing on stage, in movies, night clubs or opera. The dark-haired actress admits to enjoying a "vacation" by working in Saint Raoul.

## SO MOVIES FINALLY DISCOVER PATRICIA MORISON CAN SING

BY JOHN L. SCOTT



MAMMOTH SPECTACLE—"Quo Vadis" typifies once again what makers of pictures dare to undertake in multimillion-dollar productions. The Senkiewicz classic is being photographed in Rome, and scene above shows the vast oration in the palace of Nero in this story of early Christian martyrs. Seven thousand extras were used to recreate major episodes. In the inset at right are Robert Taylor as Marcus Vinicius and Deborah Kerr as Lygia.

## Martyrdom Real in 'Quo Vadis'

### Times on Overseas Phone Told About Troupe's Trials

BY EDWIN SCHALLERT



ACTOR TURNS 'DOCTOR'—Ronald Reagan, Screen Actors Guild president, gives his prescription for filmdom's ailments. Here, Reagan and Ginger Rogers enact a scene from Warner Bros.' "Storm Warning," a drama of mob violence in small American community.

## Ronald Reagan 'Sticks His Neck Out' to Prescribe Cure for Ailing Filmdom

BY HEDDA HOPPER

## Wolves Howl for 'Niece' Just Like Marilyn Monroe

BY PHILIP K. SCHEUER

ORPHAN NO LONGER—Marilyn Monroe, raised by guardians herself, but loses "adopted" by 20th Century-Fox—means it was to never go from orphan to screen lead. Key steps also verified Louis Calhern's "Uncle" in "The Asphalt Jungle," from whom she makes fierce howling for a word like hers.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.



# Drama

Los Angeles Times    SUN., AUGUST 27, 1950—Part IV



'HIGH AND DRY'—Dean Jagger and Julie Van Zandt illustrate the title of the new musical at Los Palmas.

## Reagan Offers His Cure for Ailing Film Industry

Continued from First Page
advertising and publicity. I think that pictures are being reviewed with less people knowing about them than in any other line in our history.

**Millions Don't Attend**

"Did you know there are 63,000,000 people who don't go to the movies with any degree of regularity? Most of them are over 30 years of age. That's the group we need to bring back into the theaters.

"We've been using the selling psychology of the carnival midway, whose sole object is to drill people into the shows and get their quarters. Of course, the...

## Patricia Can Sing, Films Finally Find

Continued from First Page
right now that she makes grand opera before us is through with a vocal career.

"I have studied long and hard and there is a new deal on now in opera," she said. "You don't have to be a 300-pound foreigner to qualify with the new managements."

Besides her estimable film experience and the 600 performances in "Kiss Me, Kate," Patricia has dabbled a bit in pictures also.

"I come through pretty well," she said with a smile. "As a matter of fact, after a great deal with Metro, Doris I received several tests of a temperament between her before..."

## Dick Wesson Records Impressions of Stars

Dick Wesson recorded impressions of Edward G. Robinson, Lionel Barrymore, James Cagney Sid Rogers and James Cagney for "Breakthrough" at Warners, to afford a lighter moment in the Wednesday broadcast feature, be impersonated by Bryan Foy.

## Young Leads Chosen

Chuck Courtney and Bobby Frost lead the juvenile boys in "Scarlet Rides" which stars Leif Erikson, with Marjie Main Roy and Ronald Woods, for Mel Epstein Productions.

SPECIAL FALL TOUR TO EUROPE
BARGAIN RATES—GOOD HOTELS
TRAVELWORLD

## Wolves Howl for 'Niece' Like Marilyn

Continued from First Page
tested me first—a color—I ad signed me for a year.

"I worked in one picture, 'Double Dice, Double Play'—a Blu-lby part, but they cut me out..."

**Stepped Again**

"After that Dad"-dropped me. Columbia signed me, put me in a nine-day musical—"Ladies of the Chorus," in which I ended up in Opera of Burlesque—and dropped me after six months.

"By this I had really forgot to take it seriously, believe it or not. But I realized I hadn't learned how, and I went into rehearsals. I had dramatic school work, and learned all the arts of a good actress. It was me, my fate to be blind part and hang myself by one thing or another.

## Stars Tell 'Quo Vadis' Film Woes

Continued from First Page
a short flight down the blue expanse of the Caribbean takes the traveler from Puerto Rico to the historic Island of Hispaniola, where the famous Haitian now called Ciudad Trujillo, Columbus was visited.

## TRAVEL NOTES

### Early Fall Air Tours to Caribbean Planned

Late summer and early fall travelers have a second opportunity to visit the islands of Puerto Rico, Haiti, Cuba, Jamaica and the Dominican Republic in a new series of two-week air cruises starting from New York, reports American Express Travel Service.

The new air cruises provide an overlay of three days in each of the aero-tropical Islands with first class accommodations in the capital cities. Tourists depart from New York City, Miami or other western cities.

### Mexico Tourist Bureau Will Open New Office

The new local office of the Mexican Government Tourist Department will open during mid-September when its new headquarters will be formally dedicated with an official ceremony, with Maxico International, co-operating in the southern republic. Miguel Gallagher D. manager of the new branch.

The office will be prepared to issue travel documents and free information on travel to Mexico.

MEXICO
$220
SPANISH
BERLITZ
EUROPE
MEXICO
MEXICO
FREIGHT BOAT TRAVEL SERVICE
MEXICO

HAWAII
$185
COME TO MEXICO
EUROPE

SEE COOK'S
for Travel in
MEXICO
GUATEMALA

BRITAIN and EUROPE
"Enjoy Yourself—
It's Later Than You Think"
ALBERTSEN
TRANS CANADA
SITA
CRUISES

Enjoy a Delightful
Ocean Voyage to Famous
CATALINA
CATALINA ISLAND STEAMSHIP LINE

APPLE VALLEY INN

KELSO HAWAII CRUISE
S.S. LURLINE—November 6
ROYAL HAWAIIAN HOTEL
KELSO TRAVEL BUREAU

"FOR ALL THE FAMILY"

hemphill World Cruises

### Musical May Follow Rudy's Science Films

$1980
7 Days / 6 nights
GUATEMALA
De Luxe Hotels
CEISTON IUDAN

### Victor Fancy Detective

Charles Victor, British actor, plays a Scotland Yard detective in "Calling Bulldog Drummond," now being filmed in Metro-Goldwyn-Mayer's London studio.





YOU CAN'T BEAT A FALL
CARIBBEAN CRUISE

ALCOA

17 GLORIOUS DAYS VISITING
Jamaica, Havana, Venezuela (La Guaira), Puerto Cabello, Curaçao, Trinidad, Dominican Republic (Ciudad Trujillo)

$495 up

ALCOA STEAMSHIP COMPANY, INC.
RESERVATIONS



Painting Honors Pretty
Puerto Rican Saint

# Tab R

# Los Angeles Times

1,076,466 Daily / 1,346,343 Sunday     Sunday, September 29, 1985     CC†/582 Pages Copyright 1985 The Tim

1,076,466 Daily / 1,346,343 Sunday

## giving

## e Bar's
## cipline
## tem Hit

By N CHEN,
al Affairs Writer

is clients began having
him as early as 1974,
vo years after he was
ractice law in Califor-

he Thomas Miles Brun-
lly disbarred in Febru-
year-old Los Angeles
left behind an untold
victims whose legal
t only went unsolved,
gravated by his failure

and Wallace Shaffer,
paid him $1,500 to sue
nce company in a land
dispute. By the time
red that Brunwin nev-
quit the statute of
ad expired.
Norma Chambers ad-
$10,000 to defend their
t-of-state drug charge.
t the fee even though,
wo weeks later, the
dropped. Through for-
ion, the Chamberses
t back $3,500.

-Death Suit

ouple paid Brunwin
le a wrongful-death
inst a local hospital.
ed it, but five years
it was dismissed be-
i not pursued the case.
earned of the dismissal
d received a bill from
demanding reimburse-
rney's fees.

case is rare—but not
stole, lied or cheated;
ryers in California get
that every year.

al only because he got
punishment: disbar-
hat came only after a
ning in 1980 and an
robation in 1983 for
ict going back as far as

ads of other offenders
l since 1928, the Cali-
Bar's slow-moving
pline system can be
ng. Many receive a
a third, chance before
esort to more than a
r wrist delivered in

is month, the state
rt disbarred a San
r who had been con-
ng his wife—after the
l recommended only a
pension.









**Street Scene**—Mayor
Bradley, top, congratulates
Denny Dent on festival
portrait. Other images: incense
seller, diner, and chef with
diving mask to shield eyes.
(Story, Part II, Page 1)

PAUL MORSE / Los Angeles Times

## The Times Poll

# Nation Strongly Backs Restriction of Imports

By MAURA DOLAN, Times Staff Writer

Americans, concerned about
jobs, strongly support congression-
al attempts to restrict foreign im-
ports and tend to blame foreign
countries for the trade imbalance
rather than internal U.S. policies or
problems, a Los Angeles Times Poll
found.

Concern about imports is so
strong that more Americans now
say that foreign trade hurts the
country rather than helps it. Three
out of four surveyed described as a
"serious problem" the United
States' new status as a debtor

retaliate if the United States re-
stricted foreign imports. And they
believe that a strong dollar is good
for the country despite their con-
cern about the trade imbalance.

The telephone poll surveyed
1,967 people across the country
over six days, ending Thursday.
Times Poll Director I. A. Lewis said
the survey has a 3% sampling

*Please see IMPORTS, Page 11*

Please see IMPORTS, Page 11

## S Africa Black

# Huge Oil Field Dying; Soviet Methods Cited

By ROBERT GILLETTE,
Times Staff Writer

MOSCOW—In 1965, oil prospec-
tors working in the swampy wood-
lands of western Siberia drilled a
test hole near the Ob River and
fortuitously struck what soon
proved to be the largest petroleum
deposit ever found in the Soviet
Union and the 10th-largest any-
where.

By the mid-1970s, the Samotlor,
as the field came to be known, was
producing nearly one-quarter of
the country's oil. More than any
other single discovery, this giant

# Soviets See
# Nuclear Ar

## But Offer to Presiden
## With Key U.S. Point o

By ROBERT C. TOTH, Times Staff Writer

WASHINGTON—The Soviet arms reducti
Reagan on Friday by Soviet Foreign Minist
went somewhat further than Administration
for a 50% cut in nuclear warheads and bo
another feature that they consider crucial in a

Contrary to earlier signals, the
officials said, the plan presented to
the President by Shevardnadze did
not specify that no more than 60%
of a nation's total nuclear forces
could be concentrated in one type
of weapon—land-based missiles,
sea-based missiles, or bomber-car-
ried weapons.

This point is vital to the United
States, in the view of Administra-
tion arms specialists. Even more
than a cut in total weapons, the
Administration wants to reduce the
threat of a surprise attack by the
huge Soviet force of land-based
intercontinental missiles. About
70%-75% of the total Soviet nucle-
ar force ride on these fast-flying,
highly accurate ICBMs, while U.S.
strategic weapons are spread more
evenly among submarines, bomb-
ers and missiles.

### Notable Exclusion

Shevardnadze's failure to include
a limit on land-based missiles was
particularly notable because other
major provisions of the plan he
delivered followed closely the ear-
lier signals from the Kremlin.

Before the meeting at the White
House, Moscow had indicated that
it might suggest a 40% cut in
strategic weapons—only slightly
smaller than the 50% cutback plan
the new Soviet foreign minister
brought to Washington. Also, as
expected, the Soviet official made it
clear to Reagan that the deep cuts
were contingent on tight restric-
tions on the Administration's Stra-
tegic Defense Initiative, the
so-called "Star Wars" program
that Reagan says is intended to
determine whether a space defense
against enemy ballistic missiles is
possible.

Cutting the superpower nuclear
arsenals by half has an immediate
and instinctive appeal, and Reagan
himself Saturday took care to wel-
come it. Specialists pointed out,
however, that when it comes to
strategic weapons and nuclear de-
terrence, things are seldom as
simple as they seem.

### First Strike Fears

In particular, U.S. arms experts
are concerned about the mix of
kinds of weapons that each side

## Rea
## Cou
## Fro

W A
Tim

W A
Reaga
Soviet
nuclea
hopes
and ot
Adm
counte
this w
Genev
offensi
official
identif
from S
bache
gan on
Minist
Rea
Gorba
negoti
weekl

## Ne
## Pla
## Cri

By I
Tim

W A
nonde
across
marbl
of the
Depar
on an
Thes

# METRO

Los Angeles Times

Sunday, September 29, 1985

# Marilyn Monroe Mystery Persists

## 23 Years After Her Death, Questions Continue to Generate Controversy

By ROBERT WELKOS and TED ROHRLICH, *Times Staff Writers*



Peter Lawford denied that he participated in a cover-up to protect the Kennedys.



Fred Otash says that Lawford asked him to go to the house and remove anything incriminating.



Robert Kennedy's relationship to Marilyn Monroe remains the subject of speculation.



Eunice Murray would say later that she was not sure what prompted her to awaken that night, step from her bedroom and notice a telephone cord leading under Marilyn Monroe's bedroom door.

The housekeeper, who said Monroe was a light sleeper who usually kept her phones under a pillow outside the room at night, found the door locked. She grabbed a fireplace poker, walked outside and pushed back the drapes on an open bedroom window that was protected by security bars. From there, she could see the blonde actress lying undressed on the bed with her hand on the phone.

Murray went back into the house and telephoned Monroe's psychiatrist, Dr. Ralph Greenson, who had hired Murray to care for Monroe. Then Murray telephoned the actress' personal physician, Dr. Hyman Engelberg, and asked him to come over.

When Greenson arrived at 3:40 a.m. on Aug. 5, 1962, he took the poker from Murray and broke open a bedroom window not protected by bars and climbed through. Murray waited for nearly two minutes by the bedroom door until the psychiatrist emerged saying: "We've lost her."

At 3:50 a.m., Engelberg arrived and pronounced the 36-year-old screen legend dead.

It would be another 35 minutes before Engelberg notified police.

Twenty-three years later, Marilyn Monroe's death continues to generate controversy and focus new attention on the events surrounding her death by drug overdose and on the thoroughness of the investigations that followed.

Through the years, questions have been raised about whether she was murdered because of her association with John and Robert Kennedy; the exact time the actress' body was discovered, where she got the pills that killed her, and why an ambulance was dispatched to the scene when official report indicate that she was lifeless when found.

Today, however, new questions are being raised about the conduct of the late actor Peter Lawford and whether he, in an effort to protect the Kennedys, participated in a cover-up after Monroe's death. Lawford was married to Patricia Kennedy at the time.

The allegations come from Deborah Gould, the third of Lawford's four wives, and from Fred Otash,

*Please see* MONROE, *Page 9*

---

# Street Scene

## 8th L.A. Festival Gets Off to a Deafening Start

By JANET RAE-DUPREE and DANIEL AKST, *Times Staff Writers*



A crowd sponsors hoped would top one million lunched, ate and generally revelled in the diversity of Los Angeles Saturday, joining Joan Rivers, Stevie Wonder and Mayor Tom Bradley at the first day of the city's eighth annual Street Scene Festival downtown.

Two men were injured when a 30-foot-high tower of metal scaffolding loaded with heavy lighting equipment crashed onto the Super Stage at Times Plaza about 2:30 p.m.

Police reported about 15 minor arrests but few other problems during the first full day of festivities in the 11-block Los Angeles Civic Center area, except for the customary downtown traffic jam.

The Super Stage scaffolding accident forced the big evening performances—including Wonder and Rivers—onto the smaller stage facing City Hall on Spring Street, leaving many onlookers out of earshot and unable to see.

### Dangling From Trees, Lampposts

Nevertheless, Spring Street was packed before the concert began. Onlookers lined the ledges and rooftop of lower City Hall and dangled from trees and lampposts, while listeners pressed in from north and south to get nearer the stage. There was one scuffle but no major incidents.

And despite conditions, the crowd roared when Wonder finally sang and Bradley, in his usual necktie and business suit, backed him up by clapping in time.

The mayor kicked off the festivities Saturday morning at City Hall and by that time drum beats from some of the more than 300 live acts scheduled to

---

# Qua
# Con
# Wit

By JERRY B

For Dr. Ro physicians just of the once-gr lectured was al

She said the Guillermina Sa story: "We lo hypodermic ne

Saavedra is department an 2,200-bed Mex

"The Gener of the Social facilities, and l said. "They ar county hospital Durazo, assis Mexico City clinical associa Ronald Katz, They were or organized by in

Hammer, c Petroleum, an his smaller Gu supplies to the long as the nee

Magit, a vet in Mexico Ci anything I saw hospitals in Os

Los Angeles Times                                                                                                  ★ Su

# MONROE: 23 Years After Film Star's Death, the Contro

Continued from Page 1

once known as Mr. O, the king of Hollywood private eyes, whose clients included Frank Sinatra, Errol Flynn, Lana Turner, Howard Hughes and Judy Garland.

Gould was married to the actor for only a few weeks in 1976. She said it was then that Lawford told her details about Monroe's death and her alleged romantic flings with John and Robert Kennedy.

Gould said Lawford broke down and told her that Monroe had been distraught over a love affair with Robert Kennedy. She said Lawford recalled telling Monroe on the phone on the night of her death: "My God, Marilyn, don't leave any note behind!"

She said Lawford went to Monroe's house that night and destroyed a note he had found. She said Lawford was to "cover up all the dirty work and take care of everything."

Gould's account is contained in a new book, "Goddess: The Secret Lives of Marilyn Monroe" by Anthony Summers, who spent several years investigating the case with members of an independent television documentary team. The documentary, produced by the British Broadcasting Corp., is to be released worldwide in early October. Gould was paid for her interview. She refused to be interviewed by The Times.

Asked by BBC interviewers why she was coming forward at this time, she replied, "I'm only doing it because I feel something good perhaps can come out of this."

In an emotional interview with The Times from his hospital bed months before his death last Christmas Eve, Lawford tearfully denied Gould's assertion, which had appeared in a German magazine.

"It's all a fabrication. You can put me on a lie detector right now and tell me about that and the needle won't move." The Times offered to provide a lie detector test for Lawford but later, on the advice of his attorney, he retracted the offer.

"It didn't happen the way she's talking," Lawford said. "Even if those things were true, I wouldn't talk about them . . . . That's just the way I am. Plus the fact, I have four children. I'm not going to embarrass them. I'm not going to embarrass the rest of the family."

Lawford's last wife, Patricia Seaton Lawford, said of Gould's assertion: "I think Deborah Gould is fantasizing about a lot of stuff. Her only credibility is that she was married to him a short time."

Recently, Gould's story has been buttressed by Fred Otash, who said that he had decided to break 23 years of silence on the case.

Otash said that shortly after midnight on Aug. 5, 1962—hours before police were notified of Monroe's death—Lawford called him to say that something traumatic had happened. Lawford and Otash agreed to meet at the detective's Laurel Avenue office. Otash said Lawford arrived about 2 a.m. looking "half cracked and half nervous."

Interviewed last week by tele-

said, 'I'm am so out of it, I would feel better if you went there.' I said, 'I'm not going out there. First, I'm too well-known.' "

Otash said he called a man skilled in installing listening devices, with whom he had worked over the years, and sent him to Monroe's house, along with an off-duty Los Angeles police officer.

"When they got there, from what they tell me, the place was swarming with people. They were incapable of sweeping the place or anything."

Otash said Lawford told him that Monroe and Robert Kennedy had had a fight over their relationship—whether he was going to marry her—and he left Monroe's Brentwood house.

"He (Kennedy) went over to Lawford's and said: 'She's ranting and raving. I'm concerned about her and what may come out of this,' " Otash said, quoting the actor. "According to Lawford, he had called her and she had said to him that she was passed around, like a piece of meat. She had had it. She didn't want Bobby to use her anymore. She called the White House and there was no response from the President. She was told he (John Kennedy) was in Hyannis-

(Otash) had worked for Sinatra and different people throughout that period."

She said her husband told her that he had gone to Otash for assistance sometime after Monroe's body was discovered.

"He approached Otash afterward," she said. "I think what was a concern was the girl had committed suicide. Peter never discussed when or at what point in time Otash's services were rendered, but he did mention his name to me on many occasions." — —

"I don't know exactly what it was about," she said, referring to Lawford's visit to Otash. "But I think it was to make sure that nothing would harm Peter's family."

She said Lawford had told her that the week before Monroe's death, he and others had helped the actress get through a suicidal period at Cal-Neva Lodge at Lake Tahoe.

"He mentioned to me she had taken a lot of sleeping pills and had been drinking a lot (at Cal-Neva Lodge) and she was in really bad shape," Mrs. Lawford said. She did not know what triggered Monroe's anguish.

But she dismissed as "total non-

said. "They report she was found around 3:40 a.m. and police don't get called until 4:25. Why the hell the delay? Why do you wait that long in the interim?

"There were two areas that caused us some concern," Carroll said "One was the source of medication. We could account for some of it, but not all of it. The other was the delay (in notifying police)."

Monroe's physician, Dr. Engelberg, told the district attorney's office that after finding her dead, he was stunned and remained in the bedroom with psychiatrist Greenson for about half an hour discussing her death.

"Dr. Engelberg explained he didn't usually notify police on this type of case, but due to Marilyn's notoriety, decided to call," the district attorney's file states.

Prosecutors said 15 bottles of various pills were found at the scene of Monroe's death. Eight vials were supplied to the coroner's office, including an empty container labeled Nembutal and another labeled chloral hydrate. Carroll said reports did not contain the name of the prescribing physicians, nor were the vials preserved.

He estimated, however, that she would have had to take in excess of 25 pills—and possibly as many as 40 or more—to commit suicide.

As for Lawford, there is no indication that he was interviewed by authorities immediately after the death, although an attempt was made by Los Angeles police.

In his 1962 follow-up report, Detective R. E. Byron said that officers tried to interview Lawford but that they were told by his secretary that Lawford had taken a plane trip and that the secretary did not expect to hear from him.

Police did not interview Lawford until 1975, when he talked officially of his phone calls with her on the final night. That confidential police file was made public last week by Police Chief Daryl F. Gates. In 1982, Lawford told the district attorney that he learned of Monroe's death at 1:30 a.m. and was positive about the time because he looked at a bedside clock after receiving the phone call from his manager.

In his 1984 interview with The Times, Lawford recounted again what happened that night.

Lawford said he told Monroe that night that "five or six" people were coming over to play poker at his beach house.

"It was about 6 or half-past 6 and she said to me, 'Peter, I don't think I'm going to make it tonight because I just don't feel well.'

"I said, 'Oh, Marilyn, come on.' It was starting to rain. I said, 'Come on down, you can go home early. Call me back. Dinner won't be until 8 or 8:30.' She said, 'OK, I'll call you back.' So she rang back. I could hear the depression really moving in on her. She said, 'I really don't think I can come down tonight.' "

Lawford said she replied: "Will you say goodby to Pat, and to Jack and to yourself, because you're a nice guy."

Lawford said he tried to verbally slap Monroe, saying, "Hey, Marilyn, what is that? Come on now!"

'He (Lawford) said he had just left Monroe and she was dead and that Bobby had been there earlier. He said they got Bobby out of the city and back to Northern California and would I go on out there and arrange to do anything to remove anything incriminating from the house.'

— Fred Otash, former private detective

port and she didn't connect with him. She kept trying to get him."

"He (Lawford) had tried to reason with her to quiet down and come to the (Lawford's) beach house and relax. She said, 'No, I'm tired. There is nothing more for me to respond to. Just do me a favor. Tell the President I tried to get him. Tell him goodby for me. I think my purpose has been served.' "

Otash said Lawford tried to call Monroe back but the phone was off the hook.

"(He said) Bobby got panicky," Otash recalled. "Bobby asked, 'What's going on?' He (Lawford) said: 'Nothing. That's the way she is.' "

Otash, the quintessential private eye of the 1950s—tough, hard-drinking and street smart—admitted having had run-ins with the Kennedys over the years, saying that he had investigated them from time to time. Otash, former manager of the Hollywood Palladium who is now retired from private investigating, said he had performed work for the late Teamsters Union President Jimmy Hoffa and some famous mob figures.

Otash, 63, said he had remained silent over the years about the Monroe case because "I didn't see any purpose of getting involved. . . . I'm not being paid. I'm not writing a book. I'm not making a point. If I wanted to capitalize on

sense" assertions by Otash and Gould that Lawford had gone to Monroe's residence and destroyed a suicide note.

"Peter is hardly the type to sneak through a house," she said. "The picture Deborah painted of him was that he was a second-story man. To me it was hysterical."

Mrs. Lawford, 27, had lived with the actor since she was 17. She married him at UCLA Medical Center five months before his death and is currently writing his biography.

Deputy Dist. Atty. Ronald H. Carroll, who headed a 1982 re-investigation of the Marilyn Monroe case for the district attorney's office, said had he known of Otash's statements at that time, Lawford's actions would have been scrutinized more closely.

"It would have been pursued," Carroll said. "However, whether it would have been included in our report would depend on whether it had relationship to circumstances of her death. If it had to do with conduct after her death that was not criminal, such as a delay in calling police, it would not have had an impact on our report.

"If there had been a crime to begin with and there was a cover-up, clearly that would have been criminal," Carroll continued. "If she was despondent and wrote a note saying 'Bobby Kennedy drove me to suicide,' it is not clear that

He said he telephoned his manager, Milton Ebbins. Ebbins to contact p: Greenson and Milton (M din, Monroe's attorney, them check on her beca a "bad feeling."

"I went to dinner," he "My head wasn't the worrying about it. Dou why I didn't get up and rationalizing, 'No, she's



PLEASE
PROVIDE FREE ME
HOMELESS AND D
MEN AND WOMEN

$20.00 WILL SERVE 30 H
$33.50 WILL SERVE 50
$50.00 WILL SERVE 75
$67.00 WILL SERVE 100
$100.00 WILL SERVE 150

WE NEED YOUR

RUSH YOUR TAX-DEDI
LOS ANGELES

P.O. BOX 2
DEPT. H, L.A. C
LOCATION: 443 S. Lc
Our 35th Year of

CORRE
FO



BUNIONS

"People Who Care, C
trists skilled in foot c
such as minimal inci
support staff, sensit
equipped with the late

• Complete foot examination
• Diabetic treatment • Las



Exch
Up to
week o

Hughes and Judy Garland.

Gould was married to the actor for only a few weeks in 1976. She said it was then that Lawford told her details about Monroe's death and her alleged romantic flings with John and Robert Kennedy.

Gould said Lawford broke down and told her that Monroe had been distraught over a love affair with Robert Kennedy. She said Lawford recalled telling Monroe on the phone on the night of her death: "My God, Marilyn, don't leave any note behind!"

She said Lawford went to Monroe's house that night and destroyed a note he had found. She said Lawford was to "cover up all the dirty work and take care of everything."

Gould's account is contained in a new book, "Goddess: The Secret Lives of Marilyn Monroe" by Anthony Summers, who spent several years investigating the case with members of an independent television documentary team. The documentary, produced by the British Broadcasting Corp., is to be released worldwide in early October. Gould was paid for her interview. She refused to be interviewed by The Times.

Asked by BBC interviewers why she was coming forward at this time, she replied, "I'm only doing it because I feel something good perhaps can come out of this."

In an emotional interview with The Times from his hospital bed months before his death last Christmas Eve, Lawford tearfully denied Gould's assertion, which had appeared in a German magazine.

"It's all a fabrication. You can put me on a lie detector right now and tell me about that and the needle won't move." The Times offered to provide a lie detector test for Lawford but later, on the advice of his attorney, he retracted the offer.

"It didn't happen the way she's talking," Lawford said. "Even if those things were true, I wouldn't talk about them. . . . That's just the way I am. Plus the fact, I have four children. I'm not going to embarrass them. I'm not going to embarrass the rest of the family."

Lawford's last wife, Patricia Seaton Lawford, said of Gould's assertion: "I think Deborah Gould is fantasizing about a lot of stuff. Her only credibility is that she was married to him a short time."

Recently, Gould's story has been buttressed by Fred Otash, who said that he had decided to break 23 years of silence on the case.

Otash said that shortly after midnight on Aug. 5, 1962—hours before police were notified of Monroe's death—Lawford called him to say that something traumatic had happened. Lawford and Otash agreed to meet at the detective's Laurel Avenue office. Otash said Lawford arrived about 2 a.m. looking "half cracked and half nervous."

Interviewed last week by telephone from his home in Cannes, France, Otash told The Times:

"He (Lawford) said he had just left Monroe and she was dead and that Bobby had been there earlier. He said they got Bobby out of the city and back to Northern California and would I go on out there and arrange anything incriminating from the house.

"He said, 'I took what I could find and I destroyed it—period.' But he

in installing the devices, with whom he had asked over the years, and sent him to Monroe's house, along with an off-duty Los Angeles police officer.

"When they got there, from what they tell me, the place was swarming with people. They were incapable of sweeping the place or anything."

Otash said Lawford told him that Monroe and Robert Kennedy had had a fight over their relationship—whether he was going to marry her—and he left Monroe's Brentwood house.

"He (Kennedy) went over to Lawford's and said: 'She's ranting and raving. I'm concerned about her and what may come out of this,'" Otash said, quoting the actor. "According to Lawford, he had called her and she had said to him that she was passed around like a piece of meat. She had had it. She didn't want Bobby to use her anymore. She called the White House and there was no response from the President. She was told he (John Kennedy) was in Hyannis

port and she didn't connect with him. She kept trying to get him.

"He (Lawford) had tried to reason with her to quiet down and come to the (Lawford's) beach house and relax. She said, 'No, I'm tired. There is nothing more for me to respond to. Just do me a favor. Tell the President I tried to get him. Tell him goodby for me. I think my purpose has been served.' "

Otash said Lawford tried to call Monroe back but the phone was off the hook.

"(He said) Bobby got panicky," Otash recalled. "Bobby asked, 'What's going on?' He (Lawford) said: 'Nothing. That's the way she is.' "

Otash, the quintessential private eye of the 1950s—tough, hard-drinking and street smart—admitted having had run-ins with the Kennedys over the years, saying that he had investigated them from time to time. Otash, former manager of the Hollywood Palladium who is now retired from private investigating, said he had performed work for the late Teamsters Union President Jimmy Hoffa and some famous mob figures.

Otash, 63, said he had remained silent over the years about the Monroe case because "I didn't see any purpose of getting involved. . . . I'm not being paid. I'm not writing a book. I'm not making a point. If I wanted to capitalize on my relationship in this matter, I would have written my own book."

Lawford did not live to reply to Otash's remarks.

His widow, however, confirmed that Lawford had sought out the private investigator on various occasions, including the day of Marilyn Monroe's death.

"Peter told me he had used Otash for different situations at different times," Patricia Seaton Lawford told The Times. "I am heard he

assassinated someone after Monroe's body was discovered.

"He approached Otash afterward," she said. "I think what was a concern was the girl had committed suicide. Peter never discussed when or at what point in time Otash's services were rendered, but he did mention his name to me on many occasions.

"I don't know exactly what it was about," she said, referring to Lawford's visit to Otash. "But I think it was to make sure that nothing would harm Peter's family."

She said Lawford had told her that the week before Monroe's death, he and others had helped the actress get through a suicidal period at Cal-Neva Lodge at Lake Tahoe.

"He mentioned to me she had taken a lot of sleeping pills and had been drinking a lot (at Cal-Neva Lodge) and she was in really bad shape," Mrs. Lawford said. She did not know what triggered Monroe's anguish.

But she dismissed as "total non-

sense" assertions by Otash and Gould that Lawford had gone to Monroe's residence and destroyed a suicide note.

"Peter is hardly the type to sneak through a house," she said. "The picture Deborah painted of him was that he was a second-story man. To me it was hysterical."

Mrs. Lawford, 27, had lived with the actor since she was 17. She married him at UCLA Medical Center five months before his death and is currently writing his biography.

Deputy Dist. Atty. Ronald H. Carroll, who headed a 1982 re-investigation of the Marilyn Monroe case for the district attorney's office, said had he known of Otash's statements at that time, Lawford's actions would have been scrutinized more closely.

"It would have been pursued," Carroll said. "However, whether it would have been included in our report would depend on whether it had relationship to circumstances of her death. If it had to do with conduct after her death that was not criminal, such as a delay in calling police, it would not have had an impact on our report.

"If there had been a crime to begin with and there was a cover-up, clearly that would have been criminal," Carroll continued. "If she was despondent and wrote a note saying 'Bobby Kennedy drove me to suicide,' it is not clear that the taking of that note would have been a crime."

Carroll, whose investigation took 3½ months, concluded that there were insufficient facts to warrant opening of a criminal investigation into Monroe's death.

But the prosecutor said he and his investigator found discrepancies that were historically interesting.

"There is a discrepancy in the initial (police) reports," Carroll

us were two areas that c sus some concern," Carroll said. One was the source of medication. We could account for some of it, but not all of it. The other was the delay (in notifying police)."

Monroe's physician, Dr. Engelberg, told the district attorney's office that after finding her dead, he was stunned and remained in the bedroom with psychiatrist Greenson for about half an hour discussing her death.

"Dr. Engelberg explained he didn't usually notify police on this type of case, but due to Marilyn's notoriety, decided to call," the district attorney's file states.

Prosecutors said 15 bottles of various pills were found at the scene of Monroe's death. Eight vials were supplied to the coroner's office, including an empty container labeled Nembutal and another labeled chloral hydrate. Carroll said reports did not contain the name of the prescribing physicians, nor were the vials preserved.

He estimated, however, that she would have had to take in excess of 25 pills—and possibly as many as 40 or more—to commit suicide.

As for Lawford, there is no indication that he was interviewed by authorities immediately after the death, although an attempt was made by Los Angeles police.

In his 1962 follow-up report, Detective R. E. Byron said that officers tried to interview Lawford but that they were told by his secretary that Lawford had taken a plane trip and that the secretary did not expect to hear from him.

Police did not interview Lawford until 1975, when he talked officially of his phone calls with her on the final night. That confidential police file was made public last week by Police Chief Daryl F. Gates. In 1982, Lawford told the district attorney that he learned of Monroe's death at 1:30 a.m. and was positive about the time because he looked at a bedside clock after receiving the phone call from his manager.

In his 1984 interview with The Times, Lawford recounted again what happened that night.

Lawford said he told Monroe that night that "five or six" people were coming over to play poker at his beach house.

"It was about 6 or half-past 6 and she said to me, 'Peter, I don't think I'm going to make it tonight because I just don't feel well.'

"I said, 'Oh, Marilyn, come on.' It was starting to rain. I said, 'Come on down, you can go home early. Call me back. Dinner won't be until 8 or 8:30.' She said, 'OK, I'll call you back.' So she rang back. I could hear the depression really moving in on her. She said, 'I really don't think I can come down tonight.' "

Lawford said the replied: "Will you say goodby to Pat, and to Jack and to yourself, because you're a nice guy."

Lawford said he tried to verbally right Monroe, saying, "Hey, Marilyn, what is that? Come on now!" She said, 'You've all been so nice to me.' He said, 'Marilyn!'

"I started to really get angry and frightened," he recalled. "She said: 'I'll see. I'll see.' And she hung up. . . . I tried to ring her back and it was busy. It was busy, busy, busy for an hour and a half. Now, to this day, I've lived with this. I should have got into my car and gone straight to her house. I didn't do it."

At this point in the interview, Lawford broke down and cried.



PLEASE
PROVIDE FREE ME
HOMELESS AND D
MEN AND WOMEN

$20.00 WILL SERVE 30 HE
$33.50 WILL SERVE 50
$50.00 WILL SERVE 75
$67.00 WILL SERVE 100
$100.00 WILL SERVE 150

WE NEED YOUR

RUSH YOUR TAX-DED
LOS ANGELES
P.O. BOX 2
DEPT. H, L.A. C
LOCATION: 443 S. L.
Our 35th Year on



CORRE
FO

BUNIONS

"People Who Care, C
trists skilled in foot c
such as minimal incis
support staff, exten
equipped with the late

• Complete foot examination
• Diabetic treatment • Las

43019 SIERR
Phone (805) 942-





# Years After Film Star's Death, the Controversy Continues

n am so out of it, I would er if you went there,' I said, going out there. First, I'm -known."

said he called a man skilled ling listening devices, with he had worked over the nd sent him to Monroe's long with an off-duty Los police officer.

n they got there, from ey. tell me, the place was g with people. They were e of sweeping the place or t.'"

said Lawford told him that and Robert Kennedy had ight over their relation- nether he was going to er—and he left Monroe's od house.

Kennedy) went over to 's and said: 'She's ranting ing, I'm concerned about what may come out of Otash said, quoting the According to Lawford, he ed her and she had said to t she was passed around, ce-of-meat. She had had l... t's want Bobby to use her . She called the White nd there was no response President. She was told he ennedy) was in Hyannis-

(Otash) had worked for Sinatra and different people throughout that period."

She said her husband told her that he had gone to Otash for assistance sometime after Monroe's body was discovered.

"He approached Otash after- ward," she said. "I think what was a concern was the girl had commit- ted suicide. We could account for some of it, but not all of it. The other was the delay (in notifying police)."

Peter never discussed when or at what point in time Otash's services were rendered, but he did mention his name to me on many occasions.

"I don't know exactly what it was about," she said, referring to Lawford's visit to Otash. "But I think it was to make sure that nothing would harm Peter's fami- ly."

She said Lawford had told her that the week before Monroe's death, he and others had helped the actress get through a suicidal peri- od at Cal-Neva Lodge at Lake Tahoe.

"He mentioned to me she had taken a lot of sleeping pills and had been drinking a lot (at Cal-Neva Lodge) and she was in really bad shape," Mrs. Lawford said. She did not know what triggered Monroe's anguish.

But she dismissed as "total non-

said. "They report she was found around 3:40 a.m. and police don't get called until 4:25. Why the hell the delay? Why do you wait that long in the interim?

"There were two areas that caused us some concern," Carroll said "One was the source of medi- cation. We could account for some of it, but not all of it. The other was the delay (in notifying police)."

Monroe's physician, Dr. Engel- berg, told the district attorney's office that after finding her dead, he was stunned and remained in the bedroom with psychiatrist Greenson for about half an hour discussing her death.

"Dr. Engelberg explained he didn't usually notify police on this type of case, but due to Marilyn's notoriety, decided to call," the district attorney's file states.

Prosecutors said 15 bottles of various pills were found at the scene of Monroe's death. Eight vials were supplied to the coroner's office, including an empty contain- er labeled Nembutal, and another labeled chloral hydrate. Carroll said reports did not contain the name of the prescribing physicians, nor were the vials preserved.

He estimated, however, that she would have had to take in excess of 25 pills—and possibly as many as 40 or more—to commit suicide.

As for Lawford, there is no indication that he was interviewed by authorities immediately after the death, although an attempt was made by Los Angeles police.

In his 1962 follow-up report, Detective R. E. Byron said that officers tried to interview Lawford but that they were told by his secretary that Lawford had taken a plane trip and that the secretary did not expect to hear from him.

Police did not interview Lawford until 1975, when he talked officially of his phone calls with her on the fatal night. That confidential police file was made public last week by Police Chief Daryl F. Gates. In 1982, Lawford told the district attorney that he learned of Mon- roe's death at 1:30 a.m. and was positive about the time because he looked at a bedside clock after receiving the phone call from his manager.

In his 1984 interview with The Times, Lawford recounted again what happened that night.

Lawford said he told Monroe that night that "five or six" people were coming over to play poker at his beach house.

"It was about 6 or half-past 6 and she said to me, 'Peter, I don't think I'm going to make it tonight be- cause I just don't feel well.'

"I said, 'Oh, Marilyn, come on.' It was starting to rain. I said, 'Come on down, you can go home early. Call me back. Dinner won't be until 8 or 8:30.' She said, 'OK, I'll call you back.' So she rang back. I could hear the depression really moving in on her. She said, 'I really don't think I can come down tonight.'"

Lawford said she replied: "Will you say goodby to Pat, and to Jack and to yourself, because you're a nice guy."

Lawford said he tried to verbally slap Monroe, saying, "Hey, Mari- lyn, what is that.? Come on now!" She said, 'You've all been so nice to me.' He said, 'Marilyn!'

He said he telephoned his man- ager, Milton Ebbins, and asked Ebbins to contact psychiatrist Greenson and Milton (Mickey) Ru- din, Monroe's attorney, and have them check on her because he had a "bad feeling."

"I went to dinner," he continued. "My head wasn't there. I was worrying about it. Don't ask me why I didn't get up and go. I kept rationalizing, 'No, she's not going

to do that,' so I called Ebbins back about 9:30 and he was out. He rang me between 11 and 12 (midnight.) He said, 'I finally got hold of Rudin, who was getting hold of Greenson.' He said, 'They're on their way over there.'

Ebbins told The Times that "Ru- din called me from the house and told me they'd just broken in and found the body."

Please see MONROE, Page 10



# PLEASE HELP US!

PROVIDE FREE MEALS FOR HOMELESS AND DESTITUTE MEN AND WOMEN

$20.00 WILL SERVE 30 Hungry People
$33.50 WILL SERVE 50
$50.00 WILL SERVE 75
$67.00 WILL SERVE 100
$100.00 WILL SERVE 150

NOW!!

WE NEED YOUR HELP NOW!!

RUSH YOUR TAX-DEDUCTIBLE GIFT TO:

## LOS ANGELES MISSION

P.O. BOX 21448
DEPT. N, L.A. CA 90021
LOCATION: 443 S. Los Angeles St.
Our 35th Year on Skid Row

lwford) said he had just left Monroe and she ad and that Bobby had been there earlier. He ey got Bobby out of the city and back to Northern nia and would I go on out there and arrange nything to remove anything incriminating from use.'

— **Fred Otash**, former private detective

l she didn't connect with kept trying to get him Lawford) had tried to rea- a her to quiet down and the (Lawford's) beach nd relax. She said, 'No, I'm here is nothing more for me nd to. Just do me a favor.

President I tried to get ll him goodby for me. I my purpose has been "

said Lawford tried to call back but the phone was off

said) Bobby got panicky," 'recalled. "Bobby asked, going on?' He (Lawford) thing. That's the way she

. the quintessential private the 1950s—tough, hard- and street smart—admit- a her to quiet down and pe ins with the ve over the years, saying ad investigated them from ime. Otash, former manag- Hollywood Palladium who tired from private investi- aid he had performed work te Teamsters Union Presi- imy Hoffa and some famous area.

63, said he had remained ver the years about the case because "I didn't see irpose of getting in- . . . I'm not being paid. I'm ing a book. I'm not making If I wanted to capitalize on tionship in this matter, I ave written my own book."

"sense" assertions by Otash and Gould that Lawford had gone to Monroe's residence and destroyed a suicide note.

"Peter is hardly the type to sneak through a house," she said. "The picture Deborah painted of him was that he was a second-story man. To me it was hysterical."

Mrs. Lawford, 27, had lived with the actor since she was 17. She married him at UCLA Medical Center five months before his death and is currently writing his biography.

Deputy Dist. Atty. Ronald H. Carroll, who headed a 1982 re-in- vestigation of the Marilyn Monroe case for the district attorney's office, said had he known of Otash's statements at that time, Lawford's actions would have been scruti- nized more closely.

"It would have been pursued," Carroll said. "However, whether it would have been included in our report would depend on whether it had relationship to circumstances of her death. If it had to do with conduct after her death that was not criminal, such as a delay in calling police, it would not have had an impact on our report.

"If there had been a crime to begin with and there was a cov- er-up, clearly that would have been criminal," Carroll continued.

"If she was despondent and wrote a note saying 'Bobby Kennedy drove me to suicide,' it is not clear that the taking of that note would have been a crime."

# CORRECT YOUR FOOT PROBLEMS

  

BUNIONS    HAMMER TOES    CALLOUSES

"People Who Care, Caring for People" begins with a team of podia- trists skilled in foot care as well as sophisticated surgical procedures such as minimal incision surgery. It continues with a knowledgeable support staff, sensitive to patient needs and a comfortable office equipped with the latest in podiatric technology.

• Complete foot examinations    • Joint replacement implant surgery specialists
• Diabetic treatment • Laser surgery    • Outpatient surgery • Most insurance accepted



## WEST COAST PODIATRY GROUP

(213) 936-6255

# 24th Birthday Special!

Come spend a fabulous week with us and receive a discount up to

# $150. OFF*



Exciting spa savings through October 31, 1985!
Up to $150 deducted from your total bill after a full week visit, as follows:

* Private accommodation    $150 off
  Double occupancy    $100 off
  Triple occupancy    $ 75 off

9 exercise classes and 3 meals included in our low daily rates from just $63. Don't miss this incomparable

# MONROE: Questions About Her Death

Continued from Page 9

Rudin was interviewed briefly in 1962 by Detective Byron but said only that he telephoned housekeeper Murray at 9 p.m. and asked her if Monroe was all right. Told that she was, Rudin said he dismissed the possibility of anything further being wrong. Rudin, who was the Greenson's brother-in-law, has remained silent on the case ever since.

There was no formal coroner's inquest into Monroe's death in 1962. Because the death appeared to be a suicide, the main investigative agency handling the case was the Los Angeles County coroner's office, then run by Dr. Theodore J. Curphey.

Rather than conduct a public inquest, Curphey decided to appoint a three-member team of mental health professionals to probe into Monroe's background. Their report, which concluded that her death was a probable suicide, was issued in 11 days.

Psychologist Norman Farberow, who was a member of the team, said he was not aware in 1962 that Lawford had talked on the phone to the despondent actress shortly before her death, although Los Angeles newspapers carried front-page stories on Lawford's

reported final conversation at the time.

"Nobody mentioned, at least to me, that she had made a call to Lawford," Farberow recalled. "So that his involvement was something that was not pursued and was not known at that time." Farberow also said he was never told of Rudin.

Still unresolved is whether Robert Kennedy was in Los Angeles at the time of Monroe's death.

Kennedy had attended a meeting of the American Bar Assn. in San Francisco that weekend and then, according to official reports, went with his wife and children to the home of friends on a farm in Gilroy, Calif.

Carroll and his investigator, Alan Tomich, found no evidence in 1982 that Kennedy was in Los Angeles that day in 1962.

Carroll, however, did reveal to The Times that, in 1982, Los Angeles Superior Court Commissioner John Dickie told him that he (Dickie) conducted a secret investigation in 1962 of Monroe's death for then-Chief Deputy Dist. Atty. Manley J. Bowler. Carroll said Dickie apparently found that Kennedy had been at the Beverly Hilton the day of her death. Dickie's report, if it exists, has not

been found. Dickie refused to be interviewed, and Bowler is dead.

Former Mayor Sam Yorty recalled being told by former Police Chief William Parker that Kennedy was in town that weekend.

"Chief Parker told me that he knew Bobby Kennedy was at the Hilton Hotel the night she died and he (Kennedy) was supposed to be in Fresno," Yorty recalled. "I just remember we talked about it. I don't think there is any Police Department file on that. I think the chief kept the file separately. As mayor, I sent for it later when the chief died, and they didn't have it."

## RTD Riders Protest Proposed Fare Hikes

More than 200 Southern California Rapid Transit District riders, protesting proposed fare hikes and cutbacks in service, appeared at a public hearing Saturday.

The RTD is considering service cutbacks on 51 routes, which carry 6.1 million riders a year. Also proposed are a hike of up to 10 cents in the basic 85-cent fare and an increase in the cost of monthly passes, currently set at a base of $32.

THE BROADW

# GOOD READING T



THE BROADWAY
SOUTHERN CALIFORNIA

Becau
WE SA
With a
of rea
shopp
Horize

With a
stories
and 'H

Robe
his m
to TV
also i

BECA
THE I
SOUT
CALI

SHOP SUNDAY 11:00 A.M. TO 7:00 P.M.

# LAST DAY
# FALL
# APPAREL SALE

BELOW, JUST SOME OF THE SPECTACULAR SAVINGS AND VALUES YOU'LL FIND FOR MEN, WOMEN

FOR HER

33% OFF
Selected Sportswear 80's career separates, blouses, skirts, pants and more. D. 78/443

21.99
Plaza career blouses in georgette polyester Orig. 30.00 to 32.00. D. 66/297.

24.99
Novelty sweater designs by Beldoch Popper in Plaza Sweaters. Orig. 34.00 to 36.00. D. 450.

# Tab S

 **Print**

# Marilyn Monroe

Article View

On the File menu, click Print to print the information.

# Marilyn Monroe

Marilyn Monroe (1926-1962), American motion-picture actor, who became the most famous international sex symbol of the 20th century. Born Norma Jean Mortenson in Los Angeles, the daughter of an emotionally unstable mother, she spent a troubled childhood in foster homes and orphanages and at the age of 16 entered into an ill-fated marriage. In 1944, while working in a defense plant, she was noticed by a United States Army photographer who induced her to pose for posters for the troops. Instantly popular as a model, Monroe soon found other assignments and registered with a modeling agency, which sent her to charm school and put her on a number of magazine covers. She was signed by the 20th Century-Fox film studio in 1946 but had only two small film roles before she was dropped by the studio. In 1948 she was briefly under contract to Columbia Pictures, and although she was soon out of work again, this stint yielded appearances in a low-budget musical, *Ladies of the Chorus* (1949), and in the film *Love Happy* (1949), in which she had a bit part with the Marx Brothers.

In 1950 20th Century-Fox signed Monroe to another contract, and over the next few years she appeared in a series of small parts in films that began to gain her increased attention. Notable among these were *Asphalt Jungle* (1950) and *All About Eve* (1950). Monroe also appeared in *Love Nest* (1951), *Clash By Night* (1952), and *Monkey Business* (1952; with Cary Grant and Ginger Rogers) and had her first lead role in *Don't Bother to Knock* (1952), as a psychotic babysitter. By 1953 she was appearing as a star in such films as *Niagara, How to Marry a Millionaire,* and *Gentlemen Prefer Blondes* (as Lorelei Lee).

The sex-symbol phase of her career followed, in which her wide-eyed charm, physical voluptuousness, and natural sex appeal made her internationally renowned and her looks and mannerisms were widely imitated. Famous films of this period, during which she was 20th Century-Fox's leading box-office attraction, include *River of No Return* (1954), *There's No Business Like Show Business* (1954), and *The Seven-Year Itch* (1955; directed by Billy Wilder). In 1954 Monroe married baseball player Joe DiMaggio, but they were divorced a year later. In 1955 she rebelled against her long succession of stereotyped roles, announced that she was forming her own production company, and went to New York City to attend classes at the Actors Studio. She was, however, subsequently induced to remain at 20th Century-Fox with a contract that offered her more creative control. In 1956 she married playwright Arthur Miller, whom she had met in New York City and who later scripted her last film. She made *The Prince and the Showgirl*—a critical and commercial failure—with Laurence Olivier in 1957, gave a noted performance as the singer Sugar Kane in *Some Like It Hot* (1959; directed by Wilder), and appeared with Yves Montand in *Let's Make Love* (1960).

During this period, under the constant care of a psychiatrist, beset by depression and illness, and prone to mix prescription drugs with alcohol, Monroe was becoming increasingly unreliable. Her final film was *The Misfits* (1961), written for her by Miller and directed by John Huston. A week after the film opened, she divorced Miller. In the summer of 1962 she was fired from the set of her latest picture, and a month later she was found dead in her home, the apparent victim of a barbiturate overdose (although suicide was not ruled out).

Monroe's autobiography, *My Story,* appeared in 1974, and many celebrity biographies and collections of still photographs of her have also been published. In addition, her life has been the subject of several documentaries and fictionalized film treatments.

---

"Marilyn Monroe," Microsoft® Encarta® Online Encyclopedia 2006
http://encarta.msn.com © 1997-2006 Microsoft Corporation. All Rights Reserved.

© 1993-2006 Microsoft Corporation. All Rights Reserved.

# Tab T

# DECLARATION OF TRUST

## for

## GLADYS BAKER

I, MARILYN MONROE MILLER, of Roxbury, Connecticut, as
Grantor, on this 26th day of October, 1959, do hereby make,
constitute and appoint myself Trustee of all my right, title and
interest in and to the property described in Schedule A annexed
hereto for the benefit of Gladys Baker (hereinafter referred to
as the "Beneficiary"), and do hereby acknowledge, state and
declare that I hold said property and all reinvestments thereof,
together with all gains or profits on any of the aforementioned
property constituting principal under applicable law and the pro-
visions hereof (the aforementioned classes of property, together
with such gains or profits, being hereinafter collectively referred
to as the "principal") for the following uses and purposes:

1.  The Trustee (which term, as used in this Declara-
tion of Trust, shall also include any successor Trustee herein-
after named and any other person or corporation who may act as a
trustee hereunder) shall have, hold, manage, control, invest and
reinvest the principal, shall receive the income thereof, and,
from the date hereof until the termination of the trust as herein-

after provided, shall either pay the net income thereof to, or
apply said net income for the benefit of, the Beneficiary, in at
least annual installments.

2.   The trust shall terminate on the first of the
following dates to occur:

(a)   November 30, 1969; or

(b)   The date of the Beneficiary's death.

Upon termination of the trust, all of the principal of the trust
shall be paid to the Grantor, in her individual capacity, or,
if the Grantor shall not then be living, to the executors and ad-
ministrators of the Grantor.

3.   The Trustee may, in her sole and absolute discre-
tion, at any time or from time to time, pay to, or apply for the
benefit, welfare and maintenance of, the Beneficiary, so much or
all of the principal as the Trustee, in such discretion, shall de-
termine.

4.   The trust hereby created is, and is hereby declared
to be, irrevocable.  The Grantor shall have no power to alter,
amend, modify, revoke or terminate the trust in whole or in part
at any time.

5.   A.  If at any time the Grantor shall cease to act as
Trustee of the trust, the Grantor's husband, ARTHUR MILLER, shall

2

have the right to become successor Trustee in her place and stead.

    B.  No bond or other security shall be required of or given by any person as a fiduciary hereunder.

    C.  Words of reference to the Trustee, such as "she" or "hers" shall be deemed to be in the masculine if a male Trustee shall be acting hereunder, and shall be deemed to be in the masculine if a male Trustee shall be acting hereunder, and shall be deemed to be in the plural if more than one Trustee shall be acting hereunder at any time.

    6.  The original principal of the trust includes shares of preferred stock of Marilyn Monroe Productions, Inc.  The Grantor is aware that in view of the nature of the business of said corporation and of the fact that said corporation has been in existence for only a short time, it is entirely possible that the profits of said corporation may fluctuate greatly from time to time and that substantial periods of time may elapse during which said corporation may sustain losses and/or may pay no dividends. Believing, however, that there is a substantial possibility that the corporation will pay substantial dividends over the course of years, the Grantor authorizes and empowers the Trustee to retain the preferred stock of Marilyn Monroe Productions, Inc. and its successor or successors, so long as she may deem it advisable, without liability or responsibility for any depreciation in or loss by or on account of continuing to hold such stock, and directs that all such depreciation and loss shall be borne solely by the trust.

3

and the persons beneficially interested therein.  Nothing herein contained shall, however, limit the power and authority of the Trustee to sell any or all of such stock is she shall, in her sole discretion, deem it advisable so to do.

7.  Whenever in this Article 7 the words "the investment funds" are used, such words shall be deemed to mean the principal of the trust.

The Trustee shall have the authorities, powers, privileges, discretions and immunities hereinafter set out, and each and all of the provisions hereinafter contained granting such authorities, powers, privileges, discretions and immunities shall have the broadest and most liberal construction and application; provided, however, that nothing herein shall authorize the Trustee to treat the investment funds' or any portion thereof in such a way as to enable the Grantor or any person to purchase, exchange or otherwise deal with or dispose of the same for less than an adequate consideration in money or money's worth:  subject to the foregoing, the Trustee may in her sole and absolute discretion (and without loss or liability resulting from her so doing):

A.  Sell at public, or private sale or exchange, at such price or prices and on such terms (giving credit for more than one year, and with or without requiring the giving of any security), and at such time or times as she shall deem proper, the whole or any portion or portions of the investment funds, and convey and transfer the same.

4

B.  Permit any portion of the investment funds to remain uninvested for such period or periods as she may deem advisable or proper; retain and hold in the investment funds any property, or any part or portion thereof, invested in the same form of investment in which the same shall be invested at the date of the receipt thereof in any manner or form or in any property which she may determine, whether or not any such retained or new investment or property shall be productive of income or shall constitute an investment of the nature prescribed by any statute or by law or by any rule of any court for the investment of trust funds; hold the investment funds or any part thereof in bearer form or in the name or names of a nominee or nominees; in her discretion, amortize, or not amortize premiums on bonds held or purchased by her; delegate voting power to proxies, voting trustees, and protective committees, acquire, sell or exercise options; and exercise in respect of the investment funds, all rights, powers or privileges which may be lawfully exercised by any person owning similar property in his own right; provided, however, that the Trustee shall have no power or authority to make any loan of the investment funds or of any part thereof, either directly or indirectly, to or for the benefit of the Grantor.

C.  Borrow money from any person (including the Trustee) for any purpose whatsoever connected with the administration or preservation of the investment funds; and, in connection therewith, pledge, hypothecate or mortgage any part or all of the investment funds.

5

D.  In the division of the investment funds or of
any portion thereof into parts or shares, and/or in the payment
or distribution thereof, make such division, payment and/or dis-
tribution in kind or in money, or partly in kind and partly in
money, and to that end, allot to any part or share of principal
and/or income, specific property or any undivided interest therein;
and for such purpose and to the extent permitted by applicable law,
the judgment of the Trustee concerning the relative value of the
property so to be allotted or distributed shall be conclusive.

E.  Settle, compromise or arbitrate claims or disputes
by or against the trust.

F.  If a guardian, conservator or committee shall
have been appointed for the Beneficiary, then pay to such guardian,
conservator or committee any sum or property, including income, which
the Beneficiary shall be entitled to receive under any provision of this
instrument, without requiring that such guardian, conservator or com-
mittee give a bond or other security for such sum or property; and
the receipt of such guardian, conservator or committee for such sum
or property shall constitute a complete and final release and dis-
charge of the Trustee from all further accountability in respect of
any such payment or delivery so made.

G.  Open and maintain such so-called "custody" ac-
counts, and employ such agents, attorneys, accountants, invest-
ment counsel or custodian as the Trustee may deem appropriate for
the proper protection and administration of the trust, and pay to
such agents, attorneys, accountants, investment counsel or custodians
proper compensation, plus all necessary costs and disbursements;

6

and if the Trustee, or a partnership or corporation in which the Trustee shall be interested, shall be so employed, the compensation, costs and disbursements which shall be so payable to such Trustee, or to any such partnership or corporation, shall not be deemed to be commissions.

H.  In any case where doubt or uncertainty exists as to the facts or applicable law:

(i)  Determine whether, and the extent, if any, to which any item of cash or property received by the trust shall be apportioned or allocated in whole or in part to principal or to income; and

(ii)  Determine whether, and the extent, if any, to which any charges, expenses or disbursements incurred or made for the benefit of or by the trust shall be charged against or paid from principal or income.

8.  The Grantor shall not be entitled to receive any commissions as a Trustee hereunder.

9.  This Declaration of Trust shall be construed according to, and the trust hereby created shall be governed by, the laws of the State of New York.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year first above written.

(L.S.)

, Marilyn Monroe Miller

7

STATE OF NEW YORK  )
                        : ss.:
COUNTY OF NEW YORK )

        On the 22nd day of October, 1959, before me personally came MARILYN MONROE MILLER, to me known, and known to me to be the individual described in and who executed the foregoing instrument, and she duly acknowledged to me that she executed the same.

                            *Robert H. Montgomery, Jr.*
                                 Notary Public

                    ROBERT H. MONTGOMERY, JR.
                 Notary Public, State of New York
                      NO. 31-2751500
                 Qualified in New York County
               Commission Expires March 30, 19..

8

## SCHEDULE A

100 shares of Marilyn Monroe Productions, Inc.
Preferred Stock.