# Exhibit A

# CMG WORLDWIDE
*Representing the World's Greatest Legends*

**Via Facsimile**
**Confirmation Via First-Class Mail**

March 4, 2004

Mr. Len Reiter
President
BRADFORD LICENSING ASSOCIATES
209 Cooper Avenue Suite 1
Montclair, New Jersey 07043

**Re:   Unauthorized Use of Marilyn Monroe**

Dear Mr. Reiter:

CMG Worldwide, Inc., ("CMG"), is the exclusive, worldwide agent for Marilyn Monroe, LLC, proprietor of certain trademark rights, the right of association and sponsorship and right of publicity in and to the Marilyn Monroe name, image, and likeness.

We have learned that Bradford Licensing Associates is claiming to represent the rights of Marilyn Monroe. Your fraudulent representation of Marilyn Monroe is interfering with various business relationships and is causing harm to CMG, Marilyn Monroe, LLC, and its licensees. Furthermore, Bradford Licensing Associates is offering merchandise for sale featuring the image of Marilyn Monroe, which is in contravention to the aforementioned rights.

This letter therefore represents a formal demand that your company immediately cease and desist from engaging in activities which conflict with CMG's exclusive right to represent Marilyn Monroe, LLC. We also demand that your company immediately cease and desist from licensing or selling any good which implicates the rights of our client and that you further provide an accounting detailing the merchandise sold to date. Be advised that a fee will be required to absolve your company for its wrongful conduct and to compensate CMG and our client from the substantial harm it has suffered as a result of your illegal activities.

We prefer to resolve this matter in an amicable fashion. To that end, we will expect your acknowledgment and response within two business days of your receipt of this letter, confirming your company's willingness comply with our demands. Should you fail to do so, be advised that CMG is prepared to utilize all legal avenues available to ensure that its rights and the rights of Marilyn Monroe, LLC are adequately protected.

Los Angeles
8560 Sunset Blvd, 10th Floor Penthouse
West Hollywood, California 90069 USA
Phone: 310.854.1005  Fax: 317.570.5500

Corporate Headquarters
10500 Crosspoint Boulevard
Indianapolis, Indiana 46256 USA
Phone: 317.570.5000 Fax 317.570.5500
www.CMGWorldwide.com

Rio de Janeiro
Praia de Botafogo, 228 - Sala 1111
Rio de Janeiro, 22359-900 Brasil
Phone +55 (21) 2554.8960 Fax:+55 (21) 2554.7350

Copy of Page 1.max

Mr. Len Reiter
March 4, 2004
Page 2 of 2


Nothing contained herein or omitted herefrom constitutes a waiver of any of the rights or remedies at law or in equity of Marilyn Monroe, LLC and CMG Worldwide, Inc., all of which are hereby expressly reserved.

Respectfully,

Wesley A. Zirkle
Corporate Counsel

cc:   Mark A. Roesler, Esq., Chairman & CEO
      Jonathan L. Faber, Esq., President
      Marilyn Monroe, LLC