# Exhibit B



- About Our Company
- Client Overview
- Bradford Productions
- Press Releases
- Contact Bradford
- Industry Websites
- Homepage

### The Jim Dougherty & Norma Jeane Limited Edition Collection



Before she blossomed into a glamorous image of beauty, Marilyn Monroe was Norma Jeane Baker. Now, thanks to Valhalla Productions and the upcoming documentary Marilyn's Man, The Jim Dougherty and Norma Jeane Limited Edition Collection was born. This new line of merchandise will feature Marilyn Monroe in rare and unseen photos from her early years with first husband Jim Dougherty.

Monroe, synonymous with beauty, sophistication, and style, is one of the most recognized faces of all time. Her rise to fame began with the help of her first lover, dedicated friend, and husband Jim Dougherty. Without his support, Marilyn would never have morphed into the Icon Hollywood Superstar that she became.

Now, rare and exclusive photos from their early years together are available for a new line of merchandise.

Current licensing opportunities include novelties/collectibles, publishing, gift items, and more.

For more information about The Jim Dougherty and Norma Jeane Limited Edition Collection licensing program, please contact Nicole Iozzi, Nicole.Iozzi@bradfordlicensing.com.

---

Home | About Our Company | Client Overview | Bradford Productions | Press Releases
Contact Bradford | Industry Websites | E-Mail

http://www.bradfordlicensing.com/client_overview/norma_jeane.html       3/4/2004

Untitled.max