# MEMO ENDORSED

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
SHAW FAMILY ARCHIVES, LTD, BRADFORD
LICENSING, INC., JAMES DOUGHERTY,
VALHALLA PRODUCTIONS, LLC, EDITH
MARCUS and META STEVENS

       Plaintiffs,

  -against-

CMG WORLDWIDE, INC. and MARILYN
MONROE, LLC,

       Defendants.
----------------------------------------X

DECLARATION OF BRIAN L. GREBEN

Index No. 05 CIV 3939 (CM)

## DECLARATION OF BRIAN L. GREBEN

BRIAN L. GREBEN, an attorney duly licensed to practice law before this Court, affirms the following facts under penalty of perjury:

1. I am one of the attorneys of record for Plaintiffs Shaw Family Archives, Ltd., Bradford Licensing, Inc. Edith Marcus and Meta Stevens in the above-captioned matter, and I am fully familiar with the facts set forth herein.

2. While I am counsel of record in this action, as of September 1, 2006, David Marcus assumed the role of lead counsel in this action. As of February 8, 2007, I ceased all work in this matter. Further, in February of 2007, the aforementioned plaintiffs also retained Law Offices of Christopher Serbagi in this matter. Mr. Marcus and Mr. Serbagi are now co-counsels in this matter.

3. On or about May 9, 2007, the aforementioned plaintiffs officially released me from my duties in this case. Attached hereto as Exhibit A is a true and correct

copy of the substitution of counsel form, dated May 9, 2007, executed by the relevant Plaintiffs and myself.

4. Because David M. Marcus and Christopher Serbagi have been actively involved in the case and I have not, there will be no prejudice to Plaintiffs if the Court grants my request.

5. I thank the Court for its assistance in this matter.

Dated: May 10, 2007
New York, New York

BRIAN L. GREBEN

7/1/07,
So ordered
[signature]

2

JUL 09 2007 5:02 PM FR HERRICK FEINSTEIN LLP92 1500 TO *8970*888880653* P.05
06/06/2007 Case 1:06-cv-02619-CM Document 31 Filed 07/27/2007 Page 3 of 3

Fax sent by : 9735897419    Bradford Licensing    05/11/07   09:28   Pg: 1/1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SHAW FAMILY ARCHIVES, LTD, BRADFORD :
LICENSING, INC., JAMES DOUGHERTY,
VALHALLA PRODUCTIONS, LLC, EDITH
MARCUS and META STEVENS,

                Plaintiffs,

-against-                     : Index No. 05 CIV 3939 (CM)

CMG WORLDWIDE, INC. and MARILYN
MONROE, LLC,

                Defendants.
------------------------------------X

IT IS HEREBY CONSENTED THAT, Brian L. Greben, formally of Marcus & Greben, 1650 Broadway, Suite 707, New York, New York 10019, is no longer attorneys of record for the Plaintiffs Shaw Family Archives, Ltd., Bradford Licensing, Inc., Edith Marcus and Meta Stevens in the above-entitled action. Said plaintiffs are presently represented by Law Offices of Christopher Serbagi and Law Office of David M. Marcus.

Dated: May 9, 2007
      New York, New York

By: Larry Shaw
Shaw Family Archives
Plaintiff/Consolidated Defendant

By: Edith Marcus
Plaintiff

By: Meta Stevens
Plaintiff

By: Michelle Monroe
Bradford Licensing, Inc.
Plaintiff/Consolidated Defendant

By: Brian L. Greben, Esq.
Outgoing Attorney

PAGE 2/3 * RCVD AT 6/6/2007 5:00:24 PM [Eastern Daylight Time] * SVR:NYFX012 * DNIS:3328 * CSID: * DURATION (mm-ss):04-24

** TOTAL PAGE.05 **